# Exhibit  A



# BlueCross BlueShield
# of Maryland
An Independent Licensee of the
Blue Cross and Blue Shield Association

## PARTICIPATING PROFESSIONAL PROVIDER AGREEMENT

## SCOPE OF AGREEMENT

This Participating Professional Provider Agreement is between Blue Cross and Blue Shield of Maryland, Inc., (hereinafter referred to as "BCBSM"), and you (hereinafter sometimes referred to as "Provider") and governs your participation as a BCBSM Participating Provider in the BCBSM Program. This Agreement applies to all Covered Services you provide.

## DEFINITIONS

1. **BCBSM Program** means a health care benefit or services program which is partially or wholly underwritten and/or administered by BCBSM; or which is partially or wholly underwritten by a subsidiary or affiliate of BCBSM and for which BCBSM has been identified as the administrator.

2. **Allowed Benefit** for Covered Services under this Agreement is as follows: the Allowed Benefit payable to a Participating Provider for a Covered Service will be the lesser of (1) the practitioner's actual charge or (2) the practitioner's BCBSM profile rate in effect on the date that the service is rendered.

3. **Covered Service** means a medically necessary service or supply provided to a Member for which the Member is entitled to receive a benefit under the BCBSM Program in which he/she is enrolled.

4. **Member** means any eligible person covered under a BCBSM Program.

5. **Participating Provider** means any provider who contracts with BCBSM to be paid directly for rendering Covered Services.

6. **Preferred Provider** means any Participating Provider who has agreed to comply with any and all Preferred Provider policies and procedures, including acceptance of the Preferred Provider Allowed Benefit as payment in full for Covered Services provided to Members enrolled in Preferred BCBSM Programs.

7. **Preferred Provider Allowed Benefit (PPAB)** for Covered Services is 90% of the Allowed Benefit.

8. **Practitioner** means one legally entitled by license to practice the healing arts and perform within the scope of that license in the state where services are rendered.

## SERVICES

9. You agree to provide Covered Services to Members in accordance with the terms and conditions of this Agreement; within the scope of your professional license or certification; and in accordance with, and subject to, the provisions of the subscription agreements for the BCBSM Programs.

10. You agree that all services provided to Members under this Agreement shall be provided by you or by a duly licensed or certified person under your direct supervision.

11. You agree to use your best efforts to comply with all reasonable administrative policies and procedures established by BCBSM that are related to the delivery and reimbursement of Covered Services and you agree to comply with the applicable BCBSM Cost Containment Programs.

12. You agree to clearly identify to Members, prior to rendering treatment, your level of participation with BCBSM (Participating, Preferred, etc.). BCBSM shall make available upon request materials which, when prominently posted in Providers office(s), meet this requirement.

13. BCBSM shall perform certain administrative functions relating to BCBSM Programs, which may include but not be limited to, processing claims, marketing, enrollment, issuance of Member identification cards, Member service, and administration of Member complaints and appeal procedures.

14. BCBSM shall be solely responsible for the establishment and coordination of all general policies governing the delivery of Covered Services to Members, including procedures relating to quality management, utilization review, and medical records.

## BILLING

15. You agree to comply with our billing and claims procedures and to submit claims within 30 days after completion of service in an electronic billing format or on an approved billing form, both as approved by BCBSM. In either instance, you accept full responsibility for all claims submitted. You further agree that if submitting electronically, each bill can be associated with a source document and a patient's signature. Claims initially submitted more than 1 year beyond the service date will generally be denied and may not be billed to the Member. If the initial claims submission to BCBSM is made more than one year after the date of service because of circumstances not reasonably within your control, BCBSM at its option shall,

   1. process the claim as if it were timely filed, or

   2. deny payment of claims and direct Provider to balance bill Member, or

   3. uphold the denial and direct Provider not to balance bill the Member.

16. You agree to use the most appropriate procedure and diagnostic codes when billing for services rendered and not to unbundle charges into separate procedure codes when a single code is more appropriate. You agree that if billed codes are re-assigned or rebundled by BCBSM, you will accept the Allowed Benefit for those services as payment in full. If you dispute the re-assignment or rebundling by BCBSM, the appeal mechanisms described in Paragraph 36 (entitled Procedure for Appeal) of this Agreement shall apply.

If a BCBSM Program is the only coverage involved, you agree not to bill, charge, collect or seek compensation from a Member, or any person responsible for a Member, for an amount in excess of the Allowed Benefit for Covered Services provided to a patient under the applicable BCBSM Program.

**All instances of Third Party Liability shall be covered by Paragraph 34 of this Agreement.**

18. We agree to provide you with timely access to claims, benefit, and eligibility information on Members.

## PAYMENT

19. We agree to pay you directly the Allowed Benefit, less any applicable coinsurance, copay or deductible amounts, for Covered Services.

20. We agree to pay claims for Covered Services rendered to Members and/or to provide notification to you and the Members of the denial of a claim stating the specific reasons for the denial, in a timely manner, as provided by Maryland Law. We retain sole authority to determine what is a Covered Service and who is a Member. *We agree to pay interest on the amount of an unpaid claim or any portion thereof in accordance with Maryland law.*

21. If Provider renders Covered Services to a subscriber of a Health Maintenance Organization affiliated with BCBSM (hereinafter HMO) and those Covered Services are not rendered pursuant to the authorized HMO referral process, then BCBSM, as administrator, agrees to reimburse Provider directly for said services at Allowed Benefit. This paragraph applies only to those products for which BCBSM has been identified as the out-of-network claims administrator.

22. You agree to charge the Member for any applicable coinsurance, copay or deductible amounts in accordance with and subject to the provisions of the subscription agreements for the relevant BCBSM Program and not to waive the payment of such amounts by the Member.

23. BCBSM agrees that you may bill and collect directly from Members charges for services that have been determined not to be Covered Services. You agree not to bill a Member for any service for which payment is denied due to a BCBSM determination that said service is not medically necessary, unless the member has agreed, in writing, to be personally financially liable for payment for said medically unnecessary services.

24. You agree that if BCBSM overpays you, we have the right to recover such overpayment by offset against future payments. The right of BCBSM to recover said overpayments shall be limited to those periods of time as set forth under the provisions of Annotated Code of Maryland, Health General Article, Section 4-403 (b) (c) as it relates to medical record keeping. If you dispute recovery of all or part of an alleged overpayment, the appeal mechanisms described in Paragraph 36 (entitled Procedure for Appeal) of this Agreement, shall apply.

## QUALITY & UTILIZATION MANAGEMENT

25. You agree to cooperate with us and assist the Member in complying with all contractual provisions in an effort to maximize the benefit available to the Member. For example, certain BCBSM Programs require the Member to obtain approval in advance of rendering services. Reduction of benefits because of the Member's non-compliance shall be and remain the responsibility of the Member.

26. Both parties agree that BCBSM has the right to review any and all documents and medical records reasonably required to adjudicate claims and perform our duties under this Agreement including, but not limited to, post payment audits. You agree, upon the request of BCBSM, to provide copies of these documents and records at no charge.

27. Both parties agree, in accordance with applicable state law, to preserve the confidentiality of the medical information obtained in treating Members, and you agree to permit an on-site audit of medical records of any Member upon reasonable notice and during regular business hours or at such other mutually agreed time and place.

28. You represent that you are a health care provider licensed or certified in the state in which you are practicing and you agree to notify us immediately of the suspension, withdrawal, revocation, termination, or expiration of your professional license or certification, or if debarred, suspended, or voluntarily excluded from participating in Medicare, Medicaid, or Federal Employees Health Benefits Programs.

29. If credentialing information is required for your participation with BCBSM, you agree to supply the requested information and to inform BCBSM on a timely basis of any subsequent material changes in the information supplied, and of any major occurrence that could impair your ability to perform your duties under this Agreement.

30. Any other health professionals employed by or providing services for you shall be duly licensed or certified under applicable law. If you are billing for the services of any other health professionals employed by or providing services for you, you certify that said other health professionals are supervised by you according to currently accepted standards of professional practice.

## RELATIONSHIP OF THE PARTIES

31. You shall perform your duties hereunder as an independent contractor. Both parties acknowledge that this Agreement in no way limits your rights or availability to other employment contemporaneously with or following your performance under this Agreement. As an independent contractor, you shall bear full responsibility for any and all of your taxes and fees. Neither of the parties hereto, nor any of their respective employees, shall be construed to be the agent, employee, or representative of the other.

32. You have a duty to exercise independent medical/professional judgment as required within the scope of you license or certificate (if a license or certificate is required), in your delivery of or referral for services. You agree that eligibility of a service for coverage by BCBSM will not influence your judgment in the decision to recommend or render such service.

## ELECTIONS

33. You agree to provide Covered Services to all Members and not to refuse, withhold from, deny or discriminate against any Member the provision of Covered Services because of the race, gender, creed, color, national origin, marital status, or physical or mental handicap of any Member. You agree to give equal access to BCBSM Members as to any other fee-for-service patient. You retain the right to request that a Member select another provider, if this request results from Member unmanageability and/or history of Member non-compliance with provider recommended treatment modalities which has resulted in the impossibility of the creation or maintenance of the provider/patient relationship between you and the Member.

## COMPENSATION

34. You agree to abide by the applicable BCBSM general policies with regard to filing claims and accepting reimbursement under the Coordination of Benefits (COB), subrogation, Personal Injury Protection (PIP), workers' compensation, Medicare assignment and Medicare non-assignment, TEFRA and other provisions of law.

35. It is recognized by the parties that Provider may have contractual relationships with certain subsidiaries of BCBSM. If a Member seeks care from Provider pursuant to a subscription agreement with a subsidiary of BCBSM, then payments shall be made to Provider in accordance with your agreement with that subsidiary. This agreement is not intended to supersede existing or future contractual relationships which Provider may enter with subsidiaries or affiliates of BCBSM.

## PROCEDURE FOR APPEAL

36. BCBSM agrees to provide you with a procedure to appeal any decisions made in connection with this Agreement. You agree to file any appeal within 90 days of the date you received notice of our determination or policy that is the subject of the appeal. In the course of an appeal process, said appeal may ultimately be referred to a committee which includes physicians or other health care providers. Any decision made by such committee shall be binding on both parties. You agree not to bill the Member for any amounts in dispute during the pendency of the appeal. If the appeal involves a payment dispute, BCBSM agrees not to effect recovery of disputed overpayments during the pendency of the appeal.

## GENERAL PROVISIONS

37. BCBSM and the Provider agree to cooperate fully with each other in administering the various provisions of this Agreement.

38. You agree to notify us in writing within 30 days of any change in business address/location, business name, and/or ownership and any addition or deletion of names of practitioners and/or professionals who are subject to this Agreement.

39. You agree that we may publish or otherwise identify your name as part of a list of Participating Providers that we may use in marketing and administering BCBSM Programs. We agree to represent to Members that you are a specialist in your self-designated field(s) of specialized medical practice: (1) if you are a Maryland physician, if you have been identified as a specialist in that field by the State Board of Physician Quality Assurance as provided by Maryland law; or (2) if you are a physician not practicing in Maryland, you have been identified as a specialist by the appropriate board as recognized by the American Board of Medical Specialties.

40. Any notice required to be given by Provider under this Agreement must be given in writing by registered or certified mail, postage prepaid.

41. The failure of either party to enforce or insist upon compliance with any provisions of this Agreement in any instance shall not be construed as or constitute a waiver of that party's right to enforce or insist upon compliance with such provision, rule, or regulation, either currently or in the future.

42. This Agreement shall be governed by the laws of the State of Maryland and represents the full and complete understanding of the parties with respect to this Agreement and the relationship created therein.

## TERM AND TERMINATION

43. The initial term of this Agreement shall be for one year from the effective date indicated herein. This Agreement shall automatically renew without notice from year to year unless terminated in accordance with the provisions herein.

44. Either party may terminate this Agreement by giving 60 days written notice to the other party. We reserve the right to amend this Agreement, with the exception of your right to terminate, by sending you written notice 30 days prior to the effective date of any amendment. If you choose to terminate on account of a proposed amendment, then the date of said termination will be the effective date of the amendment, notwithstanding the failure of either party to give 60 days written notice. In the event termination of this Agreement occurs, you agree to identify to Members, prior to rendering treatment, that you no longer are participating with BCBSM. BCBSM shall make available upon request materials which, when prominently posted in Provider's office(s), meet this requirement.

ISCLOSURE

45. You hereby expressly acknowledge your understanding that this Agreement constitutes a contract between you and BCBSM, that Blue Cross and Blue Shield of Maryland, Inc. is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association") permitting Blue Cross and Blue Shield of Maryland, Inc. to use the Blue Cross and Blue Shield Service Marks in a portion of the State of Maryland, and that BCBSM is not contracting as the agent of the Association. You further acknowledge and agree that you have not entered into this Agreement based upon representations by any person other than BCBSM and that no person, entity, or organization other than BCBSM shall be held accountable or liable to you for any of BCBSM's obligations to you created under this Agreement. This paragraph shall not create any additional obligations whatsoever on the part of BCBSM other than those obligations created under other provisions of this Agreement.

## APPLICATION

46. Applications or other documents required by BCBSM for participation under this Agreement shall be incorporated in and made part hereof. Material misrepresentation made in any of said applications or documents may constitute grounds for immediate termination of this Agreement by BCBSM.

## PRIOR AGREEMENTS

47. This Agreement upon execution by the parties supersedes and voids any and all prior Participating Provider Agreements between the parties hereto.

Accepted by Provider:

Feldman's Medical Center Pharmacy
Name of Provider/Practice

David Caldwell RPh
Authorized Signature

Pharmacist - in - charge
Print Name/Title

Date: August 12, 1997

Accepted by Blue Cross and
Blue Shield of Maryland, Inc.

By:_____

Print Name/Title

For BCBSM Use Only
Agreement
Effective Date:_____

Please supply the following information: If this is a partnership or corporation, please provide a list containing names and specialties of all practitioners.

Billing Address: Feldman's Medical Center Pharmacy
11055 Little Patuxent Parkway
Columbia MD 21044

Telephone No: 410 - 964 - 8444

Office Address: same as above
_____
_____
_____

Telephone No:_____

NOTE: If you have multiple office addresses, please indicate here (X) and supply addresses and phone numbers on separate attachments.

52 - 1450108          Federal Tax ID

DME - Pharmacy          Field of Practice or Specialty

**ATTACHMENT A**



**Option to Participate in the**
**PREFERRED PROVIDER NETWORK**

As a Participating Provider you have the option to request inclusion in BCBSM Preferred Provider Programs. The terms and conditions of preferred participation include:

1. Provider agrees to provide services to any Members covered under BCBSM Preferred Provider Programs in accordance with their subscription agreements.

2. Provider agrees to be listed in Preferred directories and also agrees that he/she will only be listed in directories for those employee groups whose preferred hospitals include at least one at which he/she has admitting privileges.

3. Provider agrees that unless it is medically necessary to do otherwise, to refer all BCBSM Preferred Provider Program Members only to Preferred Providers and to admit only to Preferred institutions and/or facilities relevant to that Member.

4. Provider agrees to accept as payment in full for Covered Services rendered to Members enrolled in BCBSM Preferred Provider Programs the Preferred Provider Allowed Benefit.

5. Provider agrees to make best efforts to submit required notifications and/or authorizations necessary to maximize Preferred Member benefits, prior to care being rendered or referred.

Should you choose not to accept inclusion in BCBSM Preferred Provider Programs, the terms and conditions of this Attachment A shall not apply. All other terms and conditions of this Participating Professional Provider Agreement shall remain in full force and effect.

*Please indicate below whether you elect inclusion.*

- I/we elect inclusion in the BCBSM Preferred Provider Program pursuant to the provisions of Attachment A herein which shall be incorporated in and made a part of the foregoing Participating Professional Provider Agreement.


_Jaymscaldwell_                    8-12-97
Authorized Signature                    Date


- I/We do not elect inclusion. All other terms and conditions of this Participating Professional Provider Agreement shall remain in full force and effect.


_____        _____
Authorized Signature                    Date



**BlueCross BlueShield**
**of Maryland**
An Independent Licensee of the
Blue Cross and Blue Shield Association

## NEW PROVIDER DATA FOR GROUPS

Please complete this form (print or type) and return it with your Blue Cross and Blue Shield of Maryland agreement(s), if applicable; **no agreements required for non-participating status.** The data requested is essential to implement your provider account number. **If this data is incomplete, we cannot assign a provider number.** Your assistance is appreciated.

### GROUP INFORMATION

Name of Group: _Feldman's Medical Center Pharmacy, Inc._

*Check One:*

[X] Corporation        Date of Incorporation: _05/01/85_   (Attach Articles of Incorporation)

[ ] Partnership        Date Partnership Formed: _/_/_   (Attach Partnership Agreement)

Corporate/Partnership Tax ID Number: _52- 1450108_

Method of Billing: [X] Manual/Paper
                   [ ] Electronic      Vendor Name _____

### PRACTICE INFORMATION

Billing Address: _11055 Little Patuxent Pkwy_

_Columbia MD 21044_

Billing Agent: [X] No    [ ] Yes    Billing Agent Name _____

Contact Person: _Gayle Caldwell_                Phone Number: _(410) 964-8444_

Primary Office Address: _11055 Little Patuxent Pkwy_

_Columbia MD 21044_

Contact Person: _Gayle Caldwell_                Phone Number: _(410) 964-8444_

List additional office locations on bottom of this sheet:        Fax Number: _(410) 740-1377_

_Feldman's Dorsey Hall Pharmacy_

_9501 Old Annapolis Rd._

_Ellicott City MD 21042_

MSA 8-12-97

## PROVIDER PARTICIPATION
### WITH
#### BLUE CROSS AND BLUE SHIELD OF MARYLAND

### ADVANTAGES

Over 80% of health care providers participate with Blue Cross and Blue Shield of Maryland (BCBSM).  This unique association affords you several advantages:

* **A competitive edge in the industry**
  BCBSM is the largest health insurance carrier in the state. Our customers know that a "Participating Provider" means a cost savings to them, as they are only responsible for deductible and copayment amounts up to the allowed benefit.

* **Direct reimbursement**
  Only participating providers can receive payment directly from BCBSM.

* **Dedicated account team service**
  BCBSM has provided the Account Team Structure, dedicated account teams to service telephone and written inquiries from participating providers.  Non-participating provider telephone inquiries are sent directly into our voice response system, BLUE LINE.

### THE PARTICIPATING AGREEMENTS

You choose to participate by signing the Participating Provider Agreement.
    1. Basic Agreement       2. Attachment A, Preferred Provider Network

The Participating Agreement & Attachment A are arranged as building blocks —
    - you must participate with the Basic program to be eligible for the Preferred Provider Programs

To obtain agreements:  You may obtain the Participating Agreement & Attachment A by contacting the Networks Development Department at (410) 528-7160 or (800) 746-1444 or by sending your written request to:

        BLUE CROSS AND BLUE SHIELD OF MARYLAND
        NETWORKS DEVELOPMENT AND PROVIDER CONTRACTING
        10455 Mill Run Circle
        Owings Mills, Maryland  21117

The first type of preferred provider program, PPO, premiered in 1985 and answered the demands from group accounts to reduce premium payments without reducing employee benefits.

## WHAT IS A PPO?

A PPO is a subscriber driven preferred provider program. This means that:

- the patient/subscriber is responsible for staying within the network of preferred providers. Example: When the preferred provider refers a patient covered by a PPO program to a specialist - it is the patient's responsibility to ensure the specialist is a preferred provider.

- adhering to managed care provisions such as second surgical opinions, admissions review programs etc. is also the subscriber's responsibility. If these provisions are not met and the claim is denied or paid at a reduced amount, the subscriber is financially obligated.

## PREFERRED PROVIDER NETWORK (PPN)

To meet the challenges of our larger group accounts, the PPN network was developed. These programs combine cost savings, a wide range of benefits and a network of providers who are willing to be even more responsive to keeping the patient within the family of preferred providers and adhering to managed care provisions.

In contrast to the PPO programs, a PPN is a provider driven program. This means that:
- the PPN provider has agreed to ensure that the managed care provisions are met; if not, the provider may be penalized.

- when a PPN provider refers a patient covered by a PPN program to a specialist, it is the referring provider's responsibility to ENSURE that the specialist is in the PPN network.

## OUT-OF-NETWORK REFERRALS
When it is necessary to refer a patient covered by a PPN program to a non-PPN provider, the referring provider has agreed to contact the BCBSM's Provider Referral unit at (410) 581-3521 or (800) 492-2715 to advise BCBSM of the out of network referral. In this way, when the claim is received from the non-PPN provider, the patient will not be financially penalized for going out of network.

## REIMBURSEMENT

Reimbursement differs from the allowed benefit. Preferred Providers agree to accept a Preferred Provider Allowance (PPA) as payment in full.  The PPA is 90% of the allowed benefit.

## WHAT ARE YOUR RESPONSIBILITIES?



### 1996 Disclosure Document

This disclosure document explains the structure of the Blue Cross and Blue Shield system, the independent nature of every Blue Cross and Blue Shield Plan and the financial condition of Blue Cross and Blue Shield of Maryland, Inc. (BCBSM) and its subsidiaries.

CareFirst,* CFS Health Group, Columbia Medical Plan,* Delmarva Health Plan, FirstCare, FreeState Health Plan,* Panuxent Medical Group, Potomac Health,* Potomac Physicians, P.A. and Willse & Associates are subsidiaries or affiliates of Blue Cross and Blue Shield of Maryland, Inc.

The Blue Cross and Blue Shield Association licenses BCBSM, and other independent licensees, to offer certain products and services under the BLUE CROSS® and BLUE SHIELD® brand names and service marks.

Blue Cross and Blue Shield of Maryland, Inc. is an independent organization governed by its own Board of Directors and is solely responsible for its own debts and other obligations.

Neither the Blue Cross and Blue Shield Association nor any other organization using the BLUE CROSS® and BLUE SHIELD® brand names acts as the guarantor of Blue Cross and Blue Shield of Maryland's obligations or those of any other licensee.

### Blue Cross and Blue Shield of Maryland, Inc. and Subsidiaries
Condensed Balance Sheets[1] as of December 31, 1995 and 1994
(Dollars in thousands)

|                                              | 1995       | 1994       |
|----------------------------------------------|------------|------------|
| **ASSETS:**                                  |            |            |
| Cash and Investments                         | $385,553   | $302,739   |
| Premiums and Other Receivables               | 199,565    | 205,710    |
| Property and Equipment                       | 52,339     | 49,806     |
| Hospital Advances and Other Assets           | 153,926    | 183,414    |
| Total Assets                                 | $791,383   | $741,669   |
| **LIABILITIES AND RESERVES:**                |            |            |
| Unpaid Claims Liability                      | $241,044   | $235,175   |
| Unearned Premiums and Other Advances         | 150,949    | 152,747    |
| Accounts Payable and Other Liabilities       | 129,216    | 143,433    |
| Total Liabilities                            | $521,209   | $531,355   |
| Reserves and Unassigned Funds[2]             | 270,174    | 210,314    |
| Total Liabilities and Reserves               | $791,383   | $741,669   |

\* Independent Licensees of the Blue Cross and Blue Shield Association

® Registered marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

[1] As derived from the audited financial statement of Blue Cross and Blue Shield of Maryland, Inc. and subsidiaries. For a complete copy of the organization's audited financial statements, which were prepared in accordance with generally accepted accounting principles, please call the Corporate Finance Department at (410) 998-5192. Certain amounts in the 1994 statements have been reclassified to be consistent with the 1995 presentation of condensed statements.

[2] Includes $197.8 million statutory surplus reported to the Maryland Insurance Administration by Blue Cross and Blue Shield of Maryland, Inc. as of 12/31/95.



**BlueCross BlueShield of Maryland**

10455 Mill Run Circle • Owings Mills, MD 21117-5559

An Independent Licensee of the Blue Cross and Blue Shield Association.

September 24, 1996

Dear Provider:

Effective November 1, 1996, Blue Cross and Blue Shield of Maryland will be making changes in the processing of certain durable medical equipment and medical supply claims. The following changes will take place on that date:

- All claims must be submitted with valid HCPCS procedure codes. If there is not an applicable code, the claim must be submitted with verbiage only. An invoice or vendor slip must accompany the claim form. The invoice or vendor slip must indicate the description of the item, price and the name of the vendor.

- Procedure codes E1399 and A4649 will no longer be acceptable codes to use on claims submitted by providers. BCBSM will assign these codes to services as necessary.

- If a claim is submitted with verbiage and an invoice or vendor slip is not attached, the claim will reject with remark code 52120 which indicates that the claim is being returned for additional information.

- If a claim is submitted with verbiage, and our Medical Review area can assign an appropriate code, the claim will reject with remark code 50346 which indicates to submit the claim using a valid procedure code. The provider will be responsible for resubmitting the claim with the appropriate procedure code.

If you have any questions concerning these new procedures, please contact the Provider Claims & Benefits Inquiry Department at 410-581-3577 or 800-437-2328.

Sincerely,

Ernest A. Viscuso
Director
Provider Contracting & Network Development

**BlueCross BlueShield
of Maryland**

10455 Mill Run Circle • Owings Mills, MD 21117-5559

An Independent Licensee of the Blue Cross and Blue Shield Association.

Dear Provider:

In response to your inquiry regarding your request for a Durable Medical Equipment
provider account number with Blue Cross Blue Shield of Maryland, Inc. (BCBSM),
please provide us with the following information:

1.  Legal name and Federal Tax ID number of corporation/partnership
    *Feldman's Medical Center Pharmacy    Tax ID # 52- 1458188*

2.  Billing address and physical locatino (s), contact person *- Gayle Caldwell*
    and phone number *11055 Little Patuxent Parkway*
    *Columbia, MD 21044   410-964-8444*

3.  A list of officers (i.e., President, Vice-President, etc.)
    *President : Leslie S. Feldman*
    *V. Pres : Stefanie Feldman*

4.  Are you a contracted provider?        Yes_____   No__X_____

    If so, please provide the name of the facility or facilities

    _____

    _____

5.  Please provide a detailed description of the services being
    rendered and/or equipment/supplies used.

    *Rental of wheelchairs*          *Glucometers + supplies*
    *Purchase or*
    *Rental of walkers*              *Ostomy supplies.*
                                     *Misc small DME*

Please note the following guidelines for DME IV Therapy services when submitting
a claim to BCBSM:

1.  All services must be itemized.

2.  A physician's certificate of necessity must be attached to each claim
    including the patient's diagnosis and/or condition.

3.  Nurses visits or consultations with the physician are non-covered services
    to you as a provider of care.

Corporation:

Other Pharmacy/billing address

Feldman's Dorsey Hall Pharmacy

9501 Old Annapolis Rd.

Ellicott City, MD 21042

410-730-8200

Fed Tax ID #: 52-1450188

Contact person: Andy Adams

Specialty: DME- Pharmacy.



**BlueCross BlueShield of Maryland**

10455 Mill Run Circle • Owings Mills, MD 21117-5559

An Independent Licensee of the Blue Cross and Blue Shield Association.

March 25, 1998

Dear Pharmacy Colleague:

Beginning April 1, 1998, Blue Cross and Blue Shield of Maryland (BCBSMD) will be offering a new **Standardized Prescription Benefit Program.** The goal of the Standard Prescription Program is to both simplify the various pharmacy benefits currently offered by BCBSMD and to help manage the overall increases in prescription costs. The new program, developed primarily for our large employer group customers with HMO or traditional indemnity coverage, will be phased in on an employer/group basis over the next twelve months starting April 1st. Letters and brochures, included in a comprehensive communications plan, will be distributed to all customers as they transition into the new program. As a participating pharmacy, you should continue to reference the API (Advance Paradigm, Inc.) "on-line messaging" system as usual to confirm coverage eligibility guidelines and/or determine any copayment amounts.

Here is an overview of the changes you will see.

**The Standard Prescription Benefit**
The new Standard Prescription Benefit represents a departure from the traditional open formulary benefit currently offered by BCBSMD. Each employer group will select one of two new drug benefit formulary options: PERSONAL (closed formulary) or CHOICE (copay-driven formulary). Only our self-insured group customers will have the option of the current TRADITIONAL (open formulary) benefit structure. The current BCBSMD formulary will serve as the basis for all BCBSMD benefit options:

**Standard Benefit Option 1 - PERSONAL**
BCBSMD members who have the PERSONAL prescription coverage option are entitled to BCBSMD's formulary medications only. In addition, a two-tiered copay is in place, where a lower copay is charged for generic medications, and a higher copay for brand medications. *There is no benefit for non-formulary drugs without an authorization.* Physicians can obtain authorizations for non-formulary medications by calling API at 800-294-5979. In addition, participating pharmacies can call this same number to obtain a one time authorization if you are unable to contact a physician to change to a formulary medication.

**Standard Benefit Option 2 - CHOICE**
Members who select the CHOICE benefit will have coverage for a formulary or a non-formulary medication. A two-tiered copay structure is in place here also, where a lower copay is charged for both generic and formulary branded medications, and a higher copay is charged for non-formulary branded medications. No appeals process is in place for this benefit structure since the patient can still obtain any medication.

**Standard Benefit Option 3 - TRADITIONAL**
The traditional open formulary benefit will be made available to our self-insured customers only. This is the most similar to our current benefit structure and includes mandatory generic substitution. Copays can be either flat or two tiered (generic/brand).

**OTHER Pharmacy NEWS**

**Clinical Prior Authorization**
Each of the new standard benefit options will include the clinical prior authorization program. Drugs requiring prior authorization will be covered if determined to be medically indicated for the treatment of a covered medical condition. Authorizations can be obtained by having the physician call API at 800-294-5979.

**Diabetic Supplies**
New to the BCBSMD prescription benefit is the coverage of diabetic supplies. Diabetic supplies have been added to our maintenance listing, thus correcting problems with day supply limitations experienced earlier this year. No copayments will be collected for diabetic supplies, and the cost of the supplies will not accumulate against deductibles or benefit maximums.

**Maintenance Medication Listing**
The BCBSMD Maintenance Medication Listing will still be the basis for identifying medications available in a maintenance supply. Inclusion of a medication on the maintenance list is based upon the primary indication of the medication, safety profile with long term use, and concerns of patient monitoring that may be compromised with the dispensing of maintenance quantities.

Please call if you have any questions. We are available to work with you to ensure a smooth transition of these and any future pharmacy changes. I can be reached at 410-528-7897, if you have any questions or if you just need a copy of the BCBSMD formulary. Pharmacy customers may direct their questions to API at 800-241-3371 or to the BCBSMD Customer Service phone number listed on their membership card. Thank you.

Sincerely,

*Winston Wong*

Winston Wong, Pharm.D.
*Director, Pharmacy Management*

**BlueCross BlueShield
of Maryland**

10455 Mill Run Circle • Owings Mills, MD 21117-5559

An Independent Licensee of the Blue Cross and Blue Shield Association.

September 22, 1997

Feldman's Medical Center Pharmacy
11055 Little Patuxent Pkwy.
Columbia, MD 21044

*[handwritten notes in right margin, partially legible:]*
*Pharmacy Manager: Mr. ... / Owen Hall Sep. 27 02 / Bus Phone Henderson / Office: / (971) 800-3086*

Dear Provider:

Thank you for becoming a **Participating** provider and member of the **Preferred Provider Network** with Blue Cross Blue Shield of Maryland, Inc. (BCBSM). Processing of your contracts has been completed for an effective date of August 12, 1997 for provider number Y043FE.  A copy of your contract will be forwarded to you.

You have been accepted as a member of our PPN.  The benefit structure of the PPN encourages our members, through financial incentives, to seek care from PPN Practitioners.  To assist our members, we publish directories identifying all health care professionals enrolled in our programs; you will be listed in future directories.  In the interim, we have included your name in our telephone referral unit (410-581-3521 or 1-800-492-2715).  Our telephone referral unit is operational daily to assist our subscribers and providers in locating PPN practitioners convenient to them.

Using your provider number as listed above on all of the claims that are submitted to us will assure payment directly to you.  Claims received without the provider number will be returned to you.

The new state law called the "Uniform Claim Form Regulation" states that health care practitioners shall submit claims on the HCFA 1500.

You may call BCBSM's automated inquiry system "Blue Line" at 410-581-3535 or 1-800-248-8410 for information related to claims status, member eligibility, or benefits.  Questions related to proper billing procedures or other claims issues should be directed to Account Team J at 410-581-3577.  If you have any further questions about your contract status, you may contact the Professional Database Department at 410-528-7230 or 1-800-352-1448.

We appreciate your participation with BCBSM and your membership in our Preferred Provider Network. Thank you for your continued support as BCBSM strives to meet the healthcare needs of our subscribers.

Sincerely,

*Eldean Krieger*

Eldean Krieger
Professional Database
106lt.mw

## ATTACHMENT A



### Option to Participate in the
### PREFERRED PROVIDER NETWORK

As a Participating Provider you have the option to request inclusion in BCBSM Preferred Provider Programs. The terms and conditions of preferred participation include:

1. Provider agrees to provide services to any Members covered under BCBSM Preferred Provider Programs in accordance with their subscription agreements.

2. Provider agrees to be listed in Preferred directories and also agrees that he/she will only be listed in directories for those employee groups whose preferred hospitals include at least one at which he/she has admitting privileges.

3. Provider agrees that unless it is medically necessary to do otherwise, to refer all BCBSM Preferred Provider Program Members only to Preferred Providers and to admit only to Preferred institutions and/or facilities relevant to that Member.

4. Provider agrees to accept as payment in full for Covered Services rendered to Members enrolled in BCBSM Preferred Provider Programs the Preferred Provider Allowed Benefit.

5. Provider agrees to make best efforts to submit required notifications and/or authorizations necessary to maximize Preferred Member benefits, prior to care being rendered or referred.

Should you choose not to accept inclusion in BCBSM Preferred Provider Programs, the terms and conditions of this Attachment A shall not apply. All other terms and conditions of this Participating Professional Provider Agreement shall remain in full force and effect.

Please indicate below whether you elect inclusion.

- I/we elect inclusion in the BCBSM Preferred Provider Program pursuant to the provisions of Attachment A herein which shall be incorporated in and made a part of the foregoing Participating Professional Provider Agreement.


_____     8-12-97
Authorized Signature                Date



- I/We do not elect inclusion. All other terms and conditions of this Participating Professional Provider Agreement shall remain in full force and effect.


_____     _____
Authorized Signature                Date

**Form W-9**
(Rev. March 1994)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give form to the
requester. Do NOT
send to the IRS.

Name (if joint names, list first and circle the name of the person or entity whose number you enter in Part I below. See instructions on page 2 if your name has changed.)

Leslie S. Feldman

Business name (Sole proprietors see instructions on page 2)

Feldman's Medical Center Pharmacy

Please check appropriate box: ☐ Individual/Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other ▶ .............

Address (number, street, and apt. or suite no.)

11055 Little Patuxent Pkwy

City, state, and ZIP code

Columbia MD 21044

Requester's name and address (optional)

Please print or type

**Part I — Taxpayer Identification Number (TIN)**

List account number(s) here (optional)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How To Get a TIN below.

Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number

[ | | | | | | | ]

OR

Employer identification number

5 2 1 4 5 0 1 0 8

**Part II — For Payees Exempt From Backup Withholding (See Part II instructions on page 2)**

▶

**Part III — Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

Certification Instructions.—You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see Part III instructions on page 2.)

**Sign Here**   Signature ▶ David Caldwell RPh   Date ▶ 8-12-97

Section references are to the Internal Revenue Code.

Purpose of Form.—A person who is required to file an information return with the IRS must get your correct TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA. Use Form W-9 to give your correct TIN to the requester (the person requesting your TIN) and, when applicable, (1) to certify the TIN you are giving is correct (or you are waiting for a number to be issued), (2) to certify you are not subject to backup withholding, or (3) to claim exemption from backup withholding if you are an exempt payee. Giving your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

Note: If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

What is Backup Withholding?—Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. The IRS tells the requester that you furnished an incorrect TIN, or
3. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
4. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only), or

5. You do not certify your TIN. See the Part II instructions for exceptions.

Certain payees and payments are exempt from backup withholding and information reporting. See the Part II instructions and the separate instructions for the Requester of Form W-9.

How To Get a TIN.—If you do not have a TIN, apply for one immediately. To apply, get Form SS-5, Application for a Social Security Number Card (for individuals), from your local office of the Social Security Administration, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities), from your local IRS office.

If you do not have a TIN, write "Applied For" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have 60 days to get a TIN and give it to the requester. If the requester does not receive your TIN within 60 days, backup withholding, if applicable, will begin and continue until you furnish your TIN.

Cat. No. 10231X

Form W-9 (Rev. 3-94)