# Exhibit B

Feldman's Medical Center
Accounts Receivable - Detailed
Amount Expected as of 04/14/09 by Invoice date

| Inv # | Date of Birth | Payor - Home Plan | Policy | Date of Service | Date Billed | Age | HCPC | NDC # | Units Billed | Amt Charged | Expected | Total Payments | CPR Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12555 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 02/06/08 | 02/07/08 | 454 | J7192 | 00944-2832-10 | 24,480 | 40,392.00 | 30,355.20 | 619.20 | 29,736.00 |
| 14917 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 08/23/08 | 08/25/08 | 254 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 34,876.50 | | 34,660.20 |
| 15787 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 10/31/08 | 10/31/08 | 187 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 34,660.20 | | 34,660.20 |
| 13867 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 05/30/08 | 06/04/08 | 336 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 35,228.40 | 346.48 | 34,881.92 |
| 13617 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 05/02/08 | 05/05/08 | 365 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 35,228.40 | | 35,228.40 |
| 14727 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 08/11/08 | 08/12/08 | 267 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 35,228.40 | | 35,228.40 |
| 15291 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 09/19/08 | 09/22/08 | 225 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 35,228.40 | | 35,228.40 |
| 16500 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 12/19/08 | 12/24/08 | 133 | J7192 | 00944-2833-10 | 29,460 | 48,609.00 | 35,941.20 | | 35,941.20 |
| 17675 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 03/26/09 | 04/01/09 | 35 | J7192 | 00944-2833-10 | 29,550 | 49,053.00 | 36,051.00 | | 36,051.00 |
| 14319 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 07/07/08 | 07/07/08 | 303 | J7192 | 00944-2833-10 | 28,410 | 46,876.50 | 37,302.33 | | 37,302.33 |
| 17360 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 03/04/09 | 03/04/09 | 63 | J7192 | 00944-2833-10 | 28,800 | 47,808.00 | 38,880.00 | | 38,880.00 |
| 16849 | 01/03/79 | BC BS Anthem Virginia | YTP967A53463 | 01/22/09 | 01/23/09 | 103 | J7192 | 00944-2833-10 | 31,035 | 51,518.10 | 41,897.25 | | 41,897.25 |
| 14685 | 11/09/78 | Care First BC BS MD | XIP900531589 | 08/07/08 | 08/08/08 | 271 | J7192 | 00944-3945-10 | 60,810 | 106,454.50 | 106,454.50 | | 74,188.21 |
| 17313 | 10/30/77 | Care First BC BS MD | XIP904223478 | 02/26/09 | 02/27/09 | 68 | J7192 | 00026-3793-30 | 30,456 | 53,298.00 | 37,156.32 | | 37,156.32 |
| 16035 | 10/30/77 | Care First BC BS MD | XIP904223478 | 11/19/08 | 11/19/08 | 168 | J7192 | 00026-3793-30 | 30,480 | 53,340.00 | 37,185.60 | | 37,185.60 |
| 16348 | 10/30/77 | Care First BC BS MD | XIP904223478 | 12/12/08 | 12/12/08 | 145 | J7192 | 00026-3793-30 | 30,936 | 54,138.00 | 37,741.92 | | 37,741.92 |
| 14504 | 10/30/77 | Care First BC BS MD | XIP904223478 | 08/20/08 | 08/22/08 | 257 | J7192 | 00026-0379-30 | 31,484 | 55,082.00 | 38,396.08 | | 38,396.08 |
| 15321 | 10/30/77 | Care First BC BS MD | XIP904223478 | 09/22/08 | 09/23/08 | 225 | J7192 | 00026-0379-30 | 31,464 | 55,073.00 | 38,403.08 | | 38,403.08 |
| 16702 | 10/30/77 | Care First BC BS MD | XIP904223478 | 01/10/09 | 01/13/09 | 113 | J7192 | 00026-3793-30 | 31,596 | 55,293.00 | 38,547.12 | | 38,547.12 |
| 16368 | 12/02/59 | Care First BC BS MD | XIP900854677 | 12/13/08 | 12/16/08 | 141 | J7193 | 68516-3800-02 | 73,650 | 109,002.00 | 75,123.00 | | 75,123.00 |
| 16843 | 12/02/59 | Care First BC BS MD | XIP900854677 | 01/17/09 | 01/23/09 | 103 | J7193 | 68516-3600-02 | 73,650 | 109,036.55 | 75,123.00 | | 75,123.00 |
| 17514 | 12/02/59 | Care First BC BS MD | XIP900854677 | 03/11/09 | 03/19/09 | 48 | J7193 | 68516-3500-02 | 73,990 | 109,536.33 | 76,469.80 | | 75,469.80 |
| 16099 | 12/02/59 | Care First BC BS MD | XIP900854677 | 11/15/08 | 11/24/08 | 163 | J7193 | 68516-3800-02 | 74,100 | 109,707.15 | 75,582.00 | | 75,582.00 |
| 14914 | 12/02/59 | Care First BC BS MD | XIP900854677 | 08/23/08 | 08/25/08 | 254 | J7193 | 68516-3500-02 | 74,250 | 109,918.50 | 75,761.50 | | 75,761.50 |
| 13463 | 07/04/69 | BC BS Highmark W PA | ZAR1116503410D | 04/18/08 | 04/18/08 | 383 | J7192 | 00026-3786-60 | 64,032 | 112,056.00 | 84,074.01 | | 84,074.01 |
| 13987 | 07/04/69 | BC BS Highmark W PA | ZAR1116503410D | 05/28/08 | 05/28/08 | 343 | J7192 | 00026-3793-60 | 62,940 | 110,198.09 | 82,691.31 | | 82,691.31 |
| 14900 | 11/25/87 | BC BS Louisiana | XUP2004224S3 | 08/21/08 | 08/22/08 | 257 | J7192 | 58394-0011-04 | 31,050 | 42,228.00 | 37,881.00 | | 37,881.00 |
| 15259 | 11/25/87 | BC BS Louisiana | XUP2004224S3 | 09/17/08 | 09/18/08 | 230 | J7192 | 58394-0011-04 | 31,050 | 42,278.09 | 37,932.09 | | 37,932.09 |
| 13912 | 07/08/72 | BCBS Keystone Health Plan E | YXH30114479D1 | 05/28/08 | 05/30/08 | 341 | J7192 | 00944-2833-10 | 31,800 | 52,499.45 | 39,461.45 | 36,269.89 | 3,191.56 |
| 13836 | 07/08/72 | BCBS Keystone Health Plan E | YXH30114479D1 | 05/05/08 | 05/08/08 | 363 | J7192 | 00944-2833-10 | 16,500 | 27,270.20 | 20,505.20 | 7,958.92 | 12,546.28 |
| 15811 | 07/08/72 | BCBS Keystone Health Plan E | YXH30114479D1 | 11/01/08 | 11/03/08 | 164 | J7192 | 00944-2833-10 | 22,260 | 36,729.00 | 27,157.00 | | 27,157.00 |
| 17538 | 07/08/72 | BCBS Keystone Health Plan E | YXH30114479D1 | 03/14/09 | 03/23/09 | 44 | J7192 | 00944-2833-10 | 30,300 | 50,298.00 | 36,966.00 | | 36,966.00 |
| 17629 | 01/16/59 | BCBS PA - Personal Choice | QCB80266990 | 03/27/09 | 03/30/09 | 37 | J7192 | 00026-3792-20 | 28,130 | 49,227.50 | 34,318.60 | | 34,318.60 |
| 16502 | 01/16/59 | BCBS PA - Personal Choice | QCB80266990 | 12/23/08 | 12/24/08 | 133 | J7192 | 00026-3782-20 | 28,290 | 37,507.50 | 34,513.80 | | 34,513.80 |
| 13202 | 01/16/59 | BCBS PA - Personal Choice | QCB80266990 | 03/27/08 | 04/01/08 | 400 | J7192 | 58394-0005-02 | 38,970 | 53,027.80 | 39,778.00 | | 39,778.00 |
| 13205 | 01/16/59 | BCBS PA - Personal Choice | QCB80266990 | 03/23/08 | 04/01/08 | 400 | J7192 | 58394-0011-02 | 47,760 | 64,953.60 | 48,715.20 | | 48,715.20 |
| Totals | | | | | | | | | | 2,223,750.66 | 1,665,686.55 | 45,194.49 | 1,588,127.77 |

Total Accounts Receivable for Feldman's Medical Center as of 04/14/2009 :   $ 1,588,127.77