| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | IN THE |
| | CIRCUIT COURT |
| Plaintiff, | |
| | FOR |
| v. | |
| | BALTIMORE COUNTY |
| CAREFIRST, INC., | |
| | Case No. 03-C-09-006257 |
| Defendant. | |

## ANSWER TO COMPLAINT

Defendant CareFirst, Inc. ("CareFirst") hereby answers the Complaint by Plaintiff Feldman's Medical Center Pharmacy, Inc., as follows:

## ANSWER

Pursuant to Maryland Rule 2-323(d), Defendant generally denies all liability under Counts I through III.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred, in whole or in part, because Plaintiff fails to state claims upon which relief can be granted.

2. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

3. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

5. Plaintiff's claims are barred, in whole or in part, by the doctrine of fraud.

6. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

7. Plaintiff's claims are barred, in whole or in part, by its own actions and omissions.



RECEIVED AND FILED
2009 JUL -1 PM 4: 00
OF THE CIRCUIT COURT
BALTIMORE COUNTY

8. Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

9. Plaintiff's claims are barred, in whole or in part, by the doctrine of contributory negligence.

10. Plaintiff's claims are barred, in whole or in part, by setoff and recoupment.

11. Plaintiff's claims are barred, in whole or in part, by its own material breach of contract.

12. Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to name a necessary party.

13. CareFirst reserves the right to assert additional defenses as more information is learned during the course of discovery.

WHEREFORE, CareFirst prays for an Order and Judgment dismissing the Complaint, awarding it costs, attorneys' fees and expenses, and granting such other relief as is just and appropriate.

Respectfully submitted,

*Patrick P. de Gravelles/ADS*
Patrick P. de Gravelles
A. Dean Stocksdale
CareFirst BlueCross BlueShield
Litigation General Counsel
1501 S. Clinton Street
Baltimore, Maryland 21224
202-680-7457 (voice) (Mr. de Gravelles)
202-680-7620 (fax) (Mr. de Gravelles)
410-528-7923 (voice) (Mr. Stocksdale)
410-720-5847 (fax) (Mr. Stocksdale)

*Attorneys for Defendant CareFirst, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2009, a copy of the foregoing Answer was mailed, first-class postage prepaid, to: Neal C. Baroody, Esquire, 201 N. Charles St., Suite 2102, Baltimore, MD 21201

_Patrick P. de Gravelles/ADS_
Patrick P. de Gravelles