| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC.,<br>Plaintiff, | IN THE<br><br>CIRCUIT COURT |
| v. | FOR |
| CAREFIRST, INC.<br>Defendant. | BALTIMORE COUNTY<br><br>Case No. 03-C-09-6257 |

STATE OF PENNSYLVANIA   )
                        )  ss.:
COUNTY OF DAUPHIN       )

**WILLIAM JAMISON**, under penalty of perjury, deposes and says:

1. I am 54 years old and have suffered from hemophilia since birth. As such, I have relied on prescription medicine and supplies to inject such medication for my entire life. I suffer from Hemophilia Type A with a severe factor 8 deficiency. Without medication and proper supplies, I will bleed to death. For instance, if I even just hit my head, that could cause internal bleeding leading to my death.

2. I am employed by Factor Health Management ("FHM"), where I serve as Director of Health Care Advocacy and Public Policy. In that role, I am a hemophilia educator and I have served as a keynote speaker to various groups across the country. I have also taught classes on hemophilia at MIT and Penn State University, and have published numerous articles on hemophilia.

3. Due to the particular medication and supplies that are required to treat hemophilia, I – like other hemophiliacs – cannot just go to the local pharmacy to get the medication that I need. My prescription medication is only available from specialty providers. In choosing a provider, it is vital that the provider be immediately responsive to my medical

Exhibit A

needs and able to overnight medication to my home or wherever I am located at the time. Furthermore, it is essential that I am always sent the correct medication. If a particular pharmacy did not provide exceptional customer service or a rapid response to its hemophiliac patients, those patients could face death, even from a seemingly "minor" injury.

4. I use all the medication I receive and never resell any of the medication or give it to anyone else, nor have I ever heard of anyone doing so in all the years I have been involved with hemophilia education and treatment. The blood factor used to treat hemophiliacs does not produce a "high" nor does it have other effects that would render it susceptible to abuse.

5. Furthermore, most insurance plans have a lifetime maximum cap on benefits for any one patient. In the case of hemophiliacs, due to the high cost of the factor, it is virtually certain that every patient will reach the lifetime cap on benefits if the patient is lucky to live for so long. If a patient were to stockpile "extra" factor that was not for the patient's own use, and then give away or sell such factor on a (nonexistent, in my opinion) black market, such "extra" factor would hasten the arrival at the lifetime cap on such patient's benefits, thereby forcing the patient to cover the exorbitant cost of the factor by himself, without any reimbursement from insurance. As I previously mentioned, in all my years working with hemophiliacs and hemophilia education, I have never once heard of such stockpiling or reselling of blood factor.

6. I generally place regular orders every month or so for shipments of medication and supplies. However, if for example I am injured and suddenly get a bleed, I rely on my pharmacy to send me additional factor medication immediately.

7. I usually keep enough medication and supplies on hand for a few extra days because it is vital that I treat any bleed immediately. Any delay in treating a bleed -- for

example if I run out of my medication -- would cause severe crippling of my joints and a delay of as little as two hours could be fatal. Time is therefore of the essence for me, and I need to treat any bleed immediately at the onset of the bleed. In addition, any delay in treatment of a bleed can lead to significant damage to the affected area and will increase the cost of treatment to resolve the bleed with possible hospitalization, again, increasing costs.

8. Every patient is different, and even if two patients seem the same on paper, they may require very different levels of factor to stop their bleeds and save their lives. A doctor who has not treated a particular patient and does not intimately know the patient's medical history cannot accurately determine the level of factor necessary to stop that patient's bleeds, even if the doctor has access to some of the patient's medical records.

9. Because hemophilia is so rare -- I believe the latest numbers from the Centers for Disease Control indicate that approximately 22,000 patients suffer from hemophilia A and B in the United States with only about 13,700 of those patients requiring regular treatment -- most doctors and hospitals do not really know anything about the disorder. With proper care and access to medication, hemophiliacs can live fairly normal lives. But without such care or medication, hemophilia is debilitating and ultimately fatal.

10. Out of the approximately 22,000 people with hemophilia in the United States, approximately 10,000 were infected with HIV in the 1980s and 1990s because all products to treat hemophilia were blood and plasma products at that time. Those rates of infection with HIV caused pharmaceutical companies to synthesize genetically engineered recombinant factor products. The expense of developing the genetically engineered factor products caused the price for treatment of hemophilia to spike to the levels they are at today.

This affiant, William Jamison, herein being duly sworn upon oath, deposes and states that the facts stated in the foregoing affidavit are true and correct according to his best knowledge, information and belief.

Dated: August 5, 2009

_____
William Jamison

Subscribed and sworn to before me this 5th day of August, 2009.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lori Ann Blazina, Notary Public
Lower Paxton Twp., Dauphin County
My Commission Expires June 11, 2013
Member, Pennsylvania Association of Notaries

_____
Notary Public

My commission expires