IN THE MARYLAND CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | ) |
| Plaintiff, | ) ) Civil Action No.03-C-09-006257 CN ) ) |
| vs. | ) ) |
| CAREFIRST, INC. | ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION,
REQUEST TO SCHEDULE A HEARING FOR A PRELIMINARY INJUNCTION,
AND AN ORDER PERMITTING EXPEDITED DISCOVERY**

1. Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's" or "Plaintiff") respectfully requests the Court to schedule a hearing for a Preliminary Injunction, pursuant to Rule 15-505 of the Maryland Rules. Plaintiff also requests leave to conduct expedited discovery in aid of the Preliminary Injunction hearing.

2. Plaintiff is concurrently filing a Complaint in this action with the Court, which is incorporated herein by reference.

3. Defendant CareFirst, Inc. ("CareFirst" or "Defendant"), an affiliate and franchisee of the Blue Cross Blue Shield Association (the "BCBS Association") has, in violation of Maryland law and the Participating Professional Provider Agreement dated as of August 12, 1997 (the "PPP Agreement"), unjustifiably refused to make payment on Covered Services (as defined in the PPP Agreement) provided by Feldman's to CareFirst's customers suffering from hemophilia.

RECEIVED AND FILED
2009 JUN -1 PM 3: 50
True Copy Test
SUZANNE MENSH, Clerk CIRCUIT COURT
BALTIMORE COUNTY
Per _____
Assistant Clerk

*Request for Expedited Discovery*
*is Denied*
*Hearing _____ 6/1/09*

FILED JUN 2 2009