| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAREFIRST, INC. <br><br> Defendant | IN THE <br><br> CIRCUIT COURT FOR <br><br> BALTIMORE COUNTY <br><br><br><br> Civil Action No. 03-C-09-006257 |

NOV 17

## PLAINTIFF'S RESPONSE TO DEFENDANT CAREFIRST'S MOTION FOR ORDER COMPELLING DISCOVERY

Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Plaintiff" or "Feldman's") respectfully files this Response to Defendant CareFirst, Inc.'s ("Defendant" or "CareFirst") Motion for Order Compelling Discovery.

1. In response to Interrogatory No. 15, Plaintiff agrees to produce to CareFirst copies of the forbearance agreements obtained from General Electric Capital Corporation, the lender under Plaintiff's credit facility. Plaintiff will produce the forbearance agreements as soon as practicable, but in no event more than seven days from the date of this Response.

2. In response to Document Request No. 7, as discussed with counsel for Defendant, Plaintiff will produce tax returns for the last two years. Plaintiff underwent a change in ownership two or so years ago, and the current owners of Plaintiff have only been involved in the filing of the tax returns for the last two years. Plaintiff will produce the tax returns as soon as practicable, but in no event more than seven days from the date of this Response.

3. In response to Document Request No. 8, as discussed with counsel for Defendant, Plaintiff will produce financial statements for the last two years. Plaintiff continues, however, to object to the request for "ledgers." The Request is vague, overbroad, unduly burdensome, and will not provide Defendant with any relevant information that cannot also be obtained from the

financial statements Plaintiff will produce. Plaintiff will produce the financial statements as soon as practicable, but in no event more than seven days from the date of this Response.

## CONCLUSION

Based on the responses given above, and in light of Plaintiff's agreement to produce documents responsive to Defendant's requests, Plaintiff requests that the Court deny Defendant's Motion for Order Compelling Discovery.

Dated: November 13, 2009

**BAROODY & O'TOOLE**

By: _____
Thomas O'Toole
201 N. Charles Street, Suite 2102
Baltimore, MD 21201
(410) 539-8413 (telephone)
(410) 539-8411 facsimile)
totoolelaw@aol.com

Counsel admitted *pro hac vice*
PADUANO & WEINTRAUB LLP
Anthony Paduano
Jordan D. Becker
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
ap@pwlawyers.com
jdb@pwlawyers.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2009, a copy of the foregoing document was mailed, first class postage prepaid to:

>Patrick P. de Gravelles
>A. Dean Stocksdale
>CareFirst BlueCross BlueShield
>Litigation General Counsel
>1501 S. Clinton Street
>Baltimore, MD 21224

Thomas O'Toole