| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., <br><br>          Plaintiff and Counter-Defendant, <br><br>v. <br><br>CAREFIRST, INC., <br><br>          Defendant, Counter-Claimant and Third-Party Plaintiff, <br><br>v. <br><br>John DOES 1 and 2 <br><br>          Third-Party Defendants | IN THE <br><br>CIRCUIT COURT <br><br>FOR <br><br>BALTIMORE COUNTY <br><br>Case No. 03-C-09-006257 |

## DEFENDANT CAREFIRST, INC.'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND COUNTER-COMPLAINT FOR INTERPLEADER UNDER SEAL

Defendant CareFirst, Inc. ("CareFirst"), through the undersigned counsel, respectfully requests that the Court enter an Order granting CareFirst leave to file its Third-Party and Counter-Complaint for Interpleader ("Interpleader") under seal, and in support thereof, states as follows:

In its Complaint filed on June 1, 2009, Plaintiff and Counter-Defendant Feldman's Medical Center Pharmacy, Inc. ("Feldman's") alleges that CareFirst breached a contract by failing to pay certain claims that Feldman's submitted for factor products. Factor products are substances used by hemophiliacs to control bleeding. Feldman's asserts that it provided those

products to individuals insured by CareFirst or "affiliates" of CareFirst. CareFirst denies that it had any contract with Feldman's covering factor products. *See* Ans. to Compl. (filed July 1, 2009. CareFirst also asserts that prior to December 11, 2008, Feldman's lacked the proper licensure to distribute factor products to individuals' homes. *See id.*

As explained in the public version of the Interpleader (filed concurrently with the instant Motion), CareFirst has processed certain claims for factor products supplied by Feldman's after December 11, 2008. CareFirst continues to assert, however, that it had no contract with Feldman's to provide those products. Lacking such a contract, Feldman's was at most a "non-participating" provider of services. One consequence of being a non-participating provider is that Feldman's has no right to direct payment from CareFirst. Rather, CareFirst pays its insureds for the services received, and Feldman's must look to those insureds for payment.

The state of pleadings in this case gives rise to adverse claims of entitlement by Feldman's and by those individuals insured by CareFirst who received factor products from Feldman's after December 11, 2008. For that reason, CareFirst has paid into the registry of the Court the amounts owed for factor products received by John DOES 1 and 2 from Feldman's after December 11, 2008, and filed the Interpleader requesting that the Court direct the clerk to pay the money to John DOES 1 and 2 or to Feldman's.

The very nature of the Interpleader requires the disclosure of Medical Records of John DOES 1 and 2 as defined by Maryland Health-Gen. Sec. 4-301, and/or those individuals' Protected Health Information as defined by 45 C.F.R. § 160.103, and other information protected by the Health Insurance Portability and Accountability Act ("HIPAA"). To protect against unauthorized disclosure of such information, the public version of the Interpleader withholds the true names and addresses of John DOES 1 and 2. Obviously, however, the Court must be

supplied with that information. Therefore, CareFirst respectfully requests that the Court grant leave to file a non-public version of the Interpleader under seal. That version will contain the names and addresses of John DOES 1 and 2.

Counsel for CareFirst has conferred with counsel for Feldman's, who has not yet indicated whether Feldman's will object to the relief sought in the instant Motion.

### Conclusion

For the foregoing reasons, CareFirst respectfully requests that the Court enter an Order granting CareFirst leave to file the Third-Party Complaint and Counter-Complaint for Interpleader under seal.

Dated: November 25, 2009

_____
Patrick P. de Gravelles
A. Dean Stocksdale
CareFirst BlueCross BlueShield
Litigation General Counsel
1501 S. Clinton Street
Baltimore, Maryland 21224
202-680-7457 (voice) (Mr. de Gravelles)
202-680-7620 (fax) (Mr. de Gravelles)
410-528-7923 (voice) (Mr. Stocksdale)
410-720-5847 (fax) (Mr. Stocksdale)

*Attorneys for Defendant CareFirst, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November 2009, a copy of Defendant CareFirst, Inc.'s Motion for Leave to File Third-Party Complaint and Counter-Complaint for Interpleader Under Seal was mailed, first-class, postage prepaid to Neal C. Baroody, Esq., Baroody & O'Toole, 201 N. Charles Street, Suite 2102, Baltimore, Maryland 21201 and Anthony Paduano, Esq., Paduano & Weintraub, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020, attorneys for Plaintiff Feldman's Medical Center Pharmacy, Inc.

_____
Patrick de Gravelles