RECEIVED BY
DC LEGAL    JAN 04 2010

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> CAREFIRST, INC. <br><br> Defendant, Counter-Claimant and Third-Party Plaintiff, <br><br> John DOE 1 [Address withheld] <br><br> Third-Party Defendant, <br><br> John DOE 2 [Address withheld] <br><br> Third-Party Defendant. | IN THE <br><br> CIRCUIT COURT FOR <br><br> BALTIMORE COUNTY <br><br><br> Civil Action No. 03-C-09-006257 |

### PLAINTIFF FELDMAN'S MEDICAL CENTER PHARMACY, INC. MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND ANSWER TO THIRD PARTY COMPLAINT UNDER SEAL

Plaintiff/Counter-Defendant Feldman's Medical Center Pharmacy, Inc. ("Feldman's") respectfully requests that the Court enter an Order granting Feldman's leave to file (i) its Answer to CareFirst's Third Party Complaint and Counter-Complaint for Interpleader (the "Third Party Complaint") and (ii) its Motion for Summary Judgment and Response to CareFirst's Motion for Order Directing Clerk to Accept Interpleader Amount under seal, and in support thereof, states as follows:

On November 25, 2009, Defendant/Counter-Claimant/Third-Party Plaintiff CareFirst, Inc. ("CareFirst") filed a Motion for Leave to File Third Party Complaint and

Counter-Complaint for Interpleader Under Seal ("CareFirst's Motion for Leave"). In the CareFirst Motion for Leave, CareFirst asserted that

> [t]he very nature of the Interpleader requires the disclosure of Medical Records of John DOES 1 and 2 as defined by Maryland Health-Gen. Sec. 4-301, and/or those individuals' Protected Health Information as defined by 45 C.F.R. § 160.103, and other information protected by the Health Insurance Portability and Accountability Act ("HIPAA"). To protect against unauthorized disclosure of such information, the public version of the Interpleader withholds the true names and addresses of John DOES 1 and 2.

(CareFirst's Motion for Leave at 2).

In order to prepare its Answer to CareFirst's Third Party Complaint and to prepare its Motion for Summary Judgment, Feldman's likewise will need to disclose certain Medical Records of John DOES 1 and 2 and/or other Protected Health Information as defined by 45 C.F.R. § 160.103, and/or other information protected by the Health Insurance Portability and Accountability Act ("HIPAA"). In order to protect against unauthorized disclosure of such information, the public version of Feldman's Answer to CareFirst's Third Party Complaint and Feldman's Motion for Summary Judgment withholds the true names and addresses of John DOES 1 and 2. In order to supply the Court with the necessary information, Feldman's respectfully requests that the Court grant leave to file a non-public version of the Answer and Motion for Summary Judgment under seal. The versions filed under seal will contain the names and addresses of John DOES 1 and 2.

## Conclusion

For the foregoing reasons, Feldman's respectfully requests that the Court enter an Order granting Feldman's leave to file under seal (i) the Answer to the Third-Party Complaint and (ii) the Response to CareFirst's Motion for Order Directing Clerk to Accept Interpleader Amount and Motion for Summary Judgment.

Dated: December 31, 2009

Respectfully submitted,

By: _____
Thomas O'Toole
Baroody & O'Toole
201 N. Charles Street, Suite 2102
Baltimore, MD 21201
(410) 539-8413 (telephone)
(410) 539-8411 facsimile)
totoolelaw@aol.com

Of Counsel:
PADUANO & WEINTRAUB LLP
Anthony Paduano
Jordan D. Becker
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
ap@pwlawyers.com
jdb@pwlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of December 2009, a copy of the foregoing document was mailed, first class postage prepaid, to:

Patrick de Gravelles
CareFirst Blue Cross Blue Shield
Office of Corporate Counsel
840 1st Street, N.E., DC12-08
Washington, DC 20065

_____
Thomas O'Toole