| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | IN THE |
| Plaintiff and Counter-Defendant, | CIRCUIT COURT |
| | FOR |
| | BALTIMORE COUNTY |
| v. | Case No. 03-C-09-006257 |
| CAREFIRST, INC., | |
| Defendant, Counter-Claimant and Third-Party Plaintiff, | |
| v. | |
| John DOES 1 and 2 | |
| Third-Party Defendants | |

### DEFENDANT CAREFIRST, INC.'S MOTION FOR ORDER DIRECTING CLERK TO ACCEPT PAYMENT OF INTERPLEADER AMOUNT

Defendant CareFirst, Inc. ("CareFirst"), through the undersigned counsel, respectfully requests that the Court enter an Order directing the Clerk to accept into the registry of the Court payment in the amount of $236,864.52. Said amount is the amount at issue in CareFirst's Third-Party and Counter-Complaint for Interpleader ("Interpleader"). In support thereof, CareFirst states as follows:

Attached hereto as Exhibit 1 is a public version of the Interpleader filed by CareFirst.[1] The Clerk has informed CareFirst that payment of the Interpleader amount will be accepted once the Court enters an Order directing the Clerk to do so. As explained in the Interpleader, Plaintiff and Counter-Defendant Feldman's Medical Center Pharmacy, Inc. ("Feldman's") has an adverse interest in the amount to be interpled from the interest of Third-Party Defendants John DOE 1 and John DOE 2.

### Conclusion

For the foregoing reasons, CareFirst respectfully requests that the Court enter an Order directing the Clerk of the Court to accept the payment of $236,864.52 until such time as the Court enters an Order directing payment of the amount.

Dated: November 25, 2009

Patrick P. de Gravelles
A. Dean Stocksdale
CareFirst BlueCross BlueShield
Litigation General Counsel
1501 S. Clinton Street
Baltimore, Maryland 21224
202-680-7457 (voice) (Mr. de Gravelles)
202-680-7620 (fax) (Mr. de Gravelles)
410-528-7923 (voice) (Mr. Stocksdale)
410-720-5847 (fax) (Mr. Stocksdale)

*Attorneys for Defendant CareFirst, Inc.*

---

[1] CareFirst has also filed a motion for leave to file a non-public version of the Interpleader. The Interpleader contains protected health-related information about the Third-Party Defendants. To avoid unauthorized disclosure of those individuals' information, in its public filings CareFirst identifies them as John DOE 1 and John DOE 2.

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November 2009, a copy of Defendant CareFirst, Inc.'s Motion for Order Directing Clerk to Accept Payment of Interpleader Amount was mailed, first-class, postage prepaid to Neal C. Baroody, Esq., Baroody & O'Toole, 201 N. Charles Street, Suite 2102, Baltimore, Maryland 21201 and Anthony Paduano, Esq., Paduano & Weintraub, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020, attorneys for Plaintiff Feldman's Medical Center Pharmacy, Inc.

_____
Patrick de Gravelles