RECEIVED BY
DC LEGAL   JAN 07 2010

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | IN THE |
| Plaintiff, | CIRCUIT COURT |
| v. | FOR |
| CAREFIRST, INC., | BALTIMORE COUNTY |
| Defendant. | Case No. 03-C-09-6257 |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S THIRD PARTY COMPLAINT AND COUNTER-COMPLAINT FOR INTERPLEADER

It is stipulated and agreed by the parties, through their attorneys, that:

1. On November 25, 2009, Plaintiff was served by first class mail with a Third Party Complaint and Counter-Complaint for Interpleader.

2. Pursuant to Rule 2-321, the time within which Plaintiff is to file a response is December 28, 2009.

3. The parties stipulate that the time within which Plaintiff may file a response to Defendant's Third Party Complaint and Counter-Complaint for Interpleader shall be extended to and include December 31, 2009.

| | |
|---|---|
| BAROODY & O'TOOLE | CAREFIRST, INC. |
| By: _____ Thomas O'Toole | By: _____ Patrick de Gravelles |
| 201 North Charles Street Suite 2102 Baltimore, Maryland 21201 (410) 539-8412 Attorneys for Plaintiff | CareFirst Blue Cross Blue Shield Office of Corporate Counsel 840 1st Street, N.E., DC12-08 Washington, D.C. 20065 202-680-7457 Attorneys for Defendant |

FILED JAN 5 2010

IT IS SO ORDERED

_____  Dated: __1/4/10_____
Judge, Circuit Court for Baltimore County

True Copy Test
_____, Clerk
Per _____
Assistant Clerk