CIRCUIT COURT FOR BALTIMORE COUNTY
Suzanne Mensh
Clerk of the Circuit Court
County Courts Building
401 Bosley Avenue
P.O. Box 6754
Towson, MD 21285-6754
(410)-887-2601, TTY for Deaf: (800)-735-2258
Maryland Toll Free Number (800) 938-5802

W R I T   O F   S U M M O N S

Case Number: 03-C-09-006257 CN
C I V I L

Feldmans Medical Center Pharmacy Inc vs Carefirst Inc

STATE OF MARYLAND, BALTIMORE COUNTY COUNTY, TO WIT:

To: JOE DOE
1272 Oates Street N E
Washington, DC 20002

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Carefirst Inc
1501 South Clinton Street
Baltimore, MD 21224

WITNESS the Honorable Chief Judge of the Third Judicial Circuit of Maryland

Date Issued: 01/08/10

_____
Suzanne Mensh
Clerk of the Circuit Court, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.



To: JOE DOE

# * * * * S H E R I F F ' S   R E T U R N * * * *
(Please Print all information)

Case No: 03-C-09-006257                Old Case No:

Case Name: Feldmans Medical Center Pharmacy Inc vs Carefirst

_____ ID#_____ of the_____
        (Serving Sheriff's Name)

County Sheriff's Office represent to the Honorable Court the I:

(1) Served, _____
                        (Name of Person Served)

on _____ at _____
     (Date of Service)              (Location of Service)

_____ with the following:

____ Summons                        ____ Counter complaint
____ Complaint                      ____ Interrogatories
____ Motion                         ____ Domestic Violence Order
____ Show Cause Order               Other_____
                                         (Specify Document Served)

(2) Was unable to serve because:

____ Moved left no forwarding address    ____ No such address
____ Address not in jurisdiction         Other_____
                                              (Please Specify)

Sheriff's Fee $_____    _____
                                     (Serving Sheriff's Signature and Date)

INSTRUCTIONS TO SHERIFF'S OFFICE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.

```
              CIRCUIT COURT FOR BALTIMORE COUNTY
                        Suzanne Mensh
                   Clerk of the Circuit Court
                     County Courts Building
                        401 Bosley Avenue
                         P.O. Box 6754
                      Towson, MD 21285-6754
           (410)-887-2601, TTY for Deaf: (800)-735-2258
              Maryland Toll Free Number (800) 938-5802
```

W R I T   O F   S U M M O N S

Case Number: 03-C-09-006257 CN
C I V I L

Feldmans Medical Center Pharmacy Inc vs Carefirst Inc

STATE OF MARYLAND, BALTIMORE COUNTY COUNTY, TO WIT:

   To: JOE DOE
       1272 Oates Street N E
       Washington, DC 20002

   You are hereby summoned to file a written response by pleading or motion, within 60  days after service of this summons upon you, in this court, to the attached Complaint filed by:   Carefirst Inc
                                               1501 South Clinton Street
                                               Baltimore, MD 21224

WITNESS the Honorable Chief Judge of the Third Judicial Circuit of Maryland

Date Issued:  01/08/10

Suzanne Mensh
Clerk of the Circuit Court, per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.



To: JOE DOE

# * * * * S H E R I F F' S  R E T U R N * * * *
(Please Print all information)

Case No: 03-C-09-006257          Old Case No:

Case Name: Feldmans Medical Center Pharmacy Inc vs Carefirst

_____ ID# _____ of the _____
(Serving Sheriff's Name)

County Sheriff's Office represent to the Honorable Court the I:

(1) Served, _____
                        (Name of Person Served)

on _____ at _____
   (Date of Service)              (Location of Service)

_____ with the following:

____ Summons                        ____ Counter complaint
____ Complaint                      ____ Interrogatories
____ Motion                         ____ Domestic Violence Order
____ Show Cause Order               Other_____
                                        (Specify Document Served)

(2) Was unable to serve because:

____ Moved left no forwarding address    ____ No such address
____ Address not in jurisdiction         Other_____
                                              (Please Specify)

Sheriff's Fee $_____        _____
                                   (Serving Sheriff's Signature and Date)

INSTRUCTIONS TO SHERIFF'S OFFICE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.

Circuit Court for _____
                    City or County

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
    *Plaintiff:* This information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
    *Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE**

FORM FILED BY: ☐ PLAINTIFF ☐ DEFENDANT   CASE NUMBER _____
                                                                                                           Clerk to insert

CASE NAME: _____ vs. _____
               Plaintiff                                    Defendant

JURY DEMAND: ☐ Yes ☐ No   Anticipated length of trial: _____ hours or _____ days
RELATED CASE PENDING? ☐ Yes ☐ No   If yes, Court and case #(s) if known: _____

Special Requirements? ☐ Interpreter/communication impairment   Which language _____
(Attach Form 1-332 if Accommodation or Interpreter Needed)   Which dialect _____
               ☐ ADA accommodation: _____

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF | |
|---|---|---|---|
| **TORTS** | **LABOR** | **A. TORTS** | |
| ☐ Motor Tort | ☐ Workers' Comp. | **Actual Damages** | |
| ☐ Premises Liability | ☐ Wrongful Discharge | ☐ Under $7,500 | ☐ Medical Bills |
| ☐ Assault & Battery | ☐ EEO | ☐ $7,500 - $50,000 | $ _____ |
| ☐ Product Liability | ☐ Other _____ | ☐ $50,000 - $100,000 | ☐ Property Damages |
| ☐ Professional Malpractice | **CONTRACTS** | ☐ Over $100,000 | $ _____ |
| ☐ Wrongful Death | ☐ Insurance | | ☐ Wage Loss |
| ☐ Business & Commercial | ☐ Confessed Judgment | | $ _____ |
| ☐ Libel & Slander | ☐ Other | | |
| ☐ False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| ☐ Nuisance | ☐ Judicial Sale | | |
| ☐ Toxic Torts | ☐ Condemnation | ☐ Under $10,000 | ☐ Declaratory Judgment |
| ☐ Fraud | ☐ Landlord Tenant | ☐ $10,000 - $20,000 | ☐ Injunction |
| ☐ Malicious Prosecution | ☐ Other _____ | ☐ Over $20,0000 | ☐ Other |
| ☐ Lead Paint | **OTHER** | | |
| ☐ Asbestos | ☐ Civil Rights | | |
| ☐ Other | ☐ Environmental | | |
| | ☐ ADA | | |
| | ☐ Other | | |

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
    A. Mediation ☐ Yes ☐ No      C. Settlement Conference ☐ Yes ☐ No
    B. Arbitration ☐ Yes ☐ No     D. Neutral Evaluation ☐ Yes ☐ No

**TRACK REQUEST**
*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY*
    ☐ 1/2 day of trial or less     ☐ 3 days of trial time
    ☐ 1 day of trial time         ☐ More than 3 days of trial time
    ☐ 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY.

Date _____     Signature _____

CC/DCM 002 (Rev. 3/2009)        Page 1 of 3

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

| ☐ **Expedited** Trial within 7 months of Defendant's response | ☐ **Standard** Trial - 18 months of Defendant's response |
|---|---|

☐ EMERGENCY RELIEF REQUESTED _____ _____
   Signature                                                  Date

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Standard-Short | Trial seven months from Defendant's response. Includes tort with actual damages up to $7,500; contract claims up to $20,000; condemnations; injunctions and declaratory judgments. |
| ☐ Standard-Medium | Trial 12 months from Defendant's response. Includes torts with actual damages over $7,500 and under $50,000, and contract claims over $20,000. |
| ☐ Standard-Complex | Trial 18 months from Defendant's response. Includes complex cases requiring prolonged discovery with actual damages in excess of $50,000. |
| ☐ Lead Paint | Fill in: Birthdate of youngest plaintiff_____ |
| ☐ Asbestos | Events and deadlines set by individual judge. |
| ☐ Protracted Cases | Complex cases designated by the Administrative Judge. |

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.
☐ Liability is not conceded, but is not seriously in dispute.
☐ Liability is seriously in dispute.

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

**CC/DCM 002** (Rev. 3/2009)          Page 2 of 3

| COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.* |
| ☐ Expedited - Trial within 7 months of filing          ☐ Standard - Trial within 18 months of filing |

**MARYLAND JUDICIARY**

☐ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR .................... City/County

Located at .................... Case No. ....................
                Court Address

STATE OF MARYLAND          Trial/Hearing Date: ....................
        or

.................... vs. ....................
   Plaintiff/Petitioner              Defendant/Respondent

## Form 1-332. NOTIFICATION OF NEED FOR ACCOMMODATION OR INTERPRETER

The person named below needs the following accommodation(s) or interpreter(s) (check all that apply):

☐ Assistive Listening Device .................... (specify type)
☐ Computer Assisted Technology
☐ Documents ☐ in large print .................... (specify size)
    or ☐ in Braille or ☐ in digital form or ☐ on cassette
☐ Communication board
☐ Electrical outlet for, e.g., assistive notetaking device
☐ Escort
☐ Familiarization with courtroom layout
☐ Guide dog accommodations .................... (specify)
☐ Interpreter (Specify language and, if necessary, any dialect thereof, for example American Sign Language, Korean, Mandarin Chinese, Russian, Spanish)
           ....................
           (Specify dialect)
☐ Lighting .................... (specify)
☐ Quiet room
☐ Recesses at .................... intervals (specify time or other interval)
☐ Scheduling of proceedings in ☐ a.m. or ☐ p.m.
☐ Small room
☐ Stair-free access to facility
☐ Use of personal tape recorder
☐ Videotaped testimony
☐ Visual aid machine .................... (specify)
☐ Wheel-chair accessible facilities, including ☐ raised/lowered counsel table ☐ accessible witness stand
☐ Other ....................
....................
....................

....................                    ....................
        Date                     Name of Person Needing Assistance

....................
Name, Address, and Telephone Number of Attorney or Other Individual Submitting this Notification

CC-DC 47 (2/2003)