| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC.<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>v.<br><br>CAREFIRST, INC.<br><br>    Defendant,<br>    Counter-Claimant<br>    And Third-Party<br>    Plaintiff,<br><br>v.<br><br>John DOES 1 and 2<br><br>    Third-Party<br>    Defendants | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE COUNTY<br><br>Case No. 03-C-09-006257 |

## AFFIDAVIT OF JORDANA BRADLEY

I, Jordana Bradley, state as follows:

1. I am over the age of 18. The information contained herein is personally known to me and if called upon to do so, I could and would testify competently thereto.

2. I am a paralegal in the Office of Corporate Counsel for CareFirst, Inc., CareFirst Maryland, Inc., and Group Hospitalization and Medical Services, Inc.

3. As part of my job responsibilities, when any of the aforementioned three entities are sued, I liaise with the appropriate personnel to obtain the records relevant to the litigation. These records can include insurance policies, claims information, provider contracts, correspondence, and other such documents.

- 2 -

4. Using the information given in the "Policy" column of Exhibit B to the Complaint, I was able to obtain the group policies through which John DOES 1 and 2 obtained their health insurance.

5. True and correct copies of those policies for John DOE 1 and John DOE 2 are attached hereto respectively as Attachments A and B.

Dated: January 26, 2010

Jordana Bradley

District of Columbia : SS
Subscribed and Sworn to before me, in my presence, this 26th day of January, 2010

Brenda L. Gray, Notary Public, D.C.
My commission expires June 14, 2010