**Group Hospitalization and Medical Services, Inc.**
doing business as
**CareFirst BlueCross BlueShield**
840 First Street, NE
Washington, DC 20065
202-479-8000

A not-for-profit health service plan

An independent licensee of the Blue Cross and Blue Shield Association

# Group Number:
# 0YRQ

# Group Name:
# KIDDIE ACADEMY INTERNATIONAL, INC. AND AFFILATES

# Effective Date:
# January 1, 2007

# GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
## CareFirst BlueCross BlueShield (CareFirst)

840 First Street, NE
Washington, DC 20065
202-479-8000

An Independent Licensee of the Blue Cross and Blue Shield Association

## CERTIFICATE OF COVERAGE

This Certificate of Coverage, including any Riders and Amendments, is a part of the Group Contract issued to the employer or other group through which you are enrolled for health benefits (the "Group"). It contains the principal provisions of the Group Contract affecting the individuals enrolled through the Group (the "Members"). In addition, the Group Contract includes other provisions that explain the duties of the Plan and the Group. The Group Contract, in its entirety, is the complete contract between the Plan and the Group.

In this Certificate of Coverage, "you", "your" and "yours" refer to you, the Member. "We", "our" and "us" refer to Group Hospitalization and Medical Services, Inc., trading as a.

The Group accepts and agrees to the Group Contract by making payment to the Plan as required under the Group Contract. The Plan agrees to the Group Contract when we issue it to the Group. The Group's payment and our issuance make the Group Contract's terms and provisions binding on the Plan and the Group.

**Group Hospitalization and Medical Services Inc.**

*David Wolf*
———————————————
David Wolf
Interim President and Chief Executive Officer

## CONTRACT TERMS

### PART 1
### DEFINITIONS

The Certificate uses certain defined terms. When these words are capitalized, they have the following meaning.

Certificate means this Certificate of Coverage. The Certificate is made up of the following parts: Contract Terms, Description of Covered Services, Schedule of Benefits and Eligibility Schedule. In addition, your Certificate may include one or more additional Riders and Amendments.

Enrollment Application means the information submitted by or on behalf of an eligible individual in connection with a request to enroll under the Group Contract as either a Subscriber or a Dependent.

Group means the Subscriber's employer or other organization to which the Plan has issued the Group Contract.

Group Contract means the agreement issued by the Plan to the Subscriber's Group through which the benefits described in this Certificate are made available to the Subscriber and his or her enrolled Dependents, if any. In addition to this Certificate, the Group Contract includes a Group Agreement, the Group's Application, the Subscriber's Enrollment Application (including any supplemental application accepted by the Plan) and any Riders or Amendments.

Group Eligibility Requirements means the Group-specific eligibility and enrollment requirements that the Plan and the Group agree to, as set forth in the Group Application, and any Amendments or revisions to these requirements.

Member means an individual who meets all applicable eligibility requirements of Part 2, is enrolled for coverage, and for whom we receive the premiums and other required payments. A Member can be either a Subscriber or a Dependent.

    Subscriber means a Member who is covered under this Certificate as an eligible employee or member of the Group, rather than as a Dependent.

    Dependent means a Member who is covered under the Group Contract as the spouse or eligible child of a Subscriber.

Type of Coverage means either Self-Only coverage, which covers the Subscriber only, or Family Coverage, under which a Subscriber may also enroll his or her Dependents. In addition, some Group Contracts include additional categories of coverage, such as Subscriber and Spouse, or Subscriber and Child (Two-Party Coverage). The Types of Coverage available under this Certificate are described in the Group Application.

**PART 2**
**ELIGIBILITY AND ENROLLMENT**

2.1   <u>Requirements for Coverage</u>.  To be covered, you must meet <u>all</u> of the following conditions:

    a.   You must be <u>eligible</u> for coverage -- either as a Subscriber under section 2.2, below, as a spouse under section 2.3, below, or as a Dependent Child under sections 2.4 and 2.5, below;

    b.   You must <u>apply</u> for coverage by submitting an Enrollment Application to the Plan during certain periods set aside for this purpose as described in section 2.6, below;

    c.   The Group must notify us of your enrollment; and

    d.   We must receive premium payments on your behalf as required by the Group Agreement.

2.2   <u>Eligibility as a Subscriber</u>.  To enroll as a Subscriber, you must meet the Plan's basic eligibility requirements and any additional eligibility requirements that we and the Group have agreed to. These are set forth in the Eligibility Schedule (Attachment C) and in the Group Application (available through your Group).

    a.   <u>Basic Plan Requirements</u>.  You must be a permanent employee of the Group.  If you are a director, trustee, corporate officer, outside counsel, consultant, owner or partner, you are not eligible, unless you are actually employed by the Group and meet the same criteria for coverage that apply to other Group employees.  You are not eligible if you are a temporary or seasonal employee.  You must be employed by the Group on a regular, year-round basis to qualify for coverage.

    b.   <u>Additional Eligibility Requirements</u>.  In addition to the basic eligibility requirements in a., above, you must meet the additional eligibility requirements that are listed in the Group Application.  The Group is required to administer these requirements in strict accordance with the terms that have been agreed to and cannot change the requirements or make an exception unless we approve them in advance, in writing.

2.3   <u>Eligibility of Subscriber's Spouse</u>.  You may cover your legal spouse as a Dependent.  You cannot cover your spouse if you are divorced or if the marriage has been annulled.

2.4   <u>Eligibility of Dependent Children</u>.  To be covered as a Dependent Child, the child:

    a.   Must meet the age requirements described in section 2.5, below;

    b.   Must be unmarried; and

    c.   Must be related to you, the Subscriber, in one of the following ways:

        b.   Your natural child;

        c.   Your legally adopted child or grandchild;

d.   A child (including a grandchild) for whom you are the legally recognized proposed adoptive parent and who is dependent upon and living with you during the waiting period before the adoption becomes final;

e.   A stepchild who permanently resides in your household and who is dependent upon you for more than half of his or her support;

f.   A grandchild who is in the court ordered custody of and is dependent upon and residing with you;

g.   A child for whom you have been court ordered or administratively ordered to provide coverage.

Children whose relationship to you, the Subscriber, is not listed above, including grandchildren (except as provided above), foster children or children whose only relationship is one of legal guardianship are not covered under this Contract, even though the child may live with you and be dependent upon you for support.

2.5   Age Limits for Coverage of Dependent Children.   You may cover your unmarried Dependent Children up to the following age limits:

a.   All Dependent Children are eligible up to age 19;

b.   A child who is age 19 or over may be eligible if he or she meets the age limits for Non-Student Dependents or for Student Dependents, as specified in the Eligibility Schedule. To qualify as a Student Dependent, the Dependent Child must be attending an accredited school, college or university on a full time basis (a minimum of 12 credit hours per semester). You must provide us with proof of the child's student status within 31 days after the child's coverage would otherwise terminate or within 31 days after the effective date of the child's coverage under this Certificate, whichever is later, and annually thereafter. We have the right to verify whether the child is and continues to qualify as a Student Dependent.

c.   A Dependent Child (including a grandchild) who is age 19 or over will also be eligible if:

2.   The child is incapable of supporting himself or herself because of mental or physical incapacity;

3.   The incapacity occurred before the child reached age 19 or, if the child was covered beyond age 19 as a Non-Student or Student Dependent, the incapacity occurred before the child reached the limiting age;

•   The child is chiefly dependent upon the Subscriber or the Subscriber's spouse for support and maintenance; and

•   You provide us with proof of the child's dependency and incapacity, including certification by a physician, within 31 days after the child's coverage would otherwise terminate or within 31 days after the effective date of the child's

coverage under this Certificate, whichever is later. We have the right to verify whether the child is and continues to qualify as an incapacitated child.

2.6   <u>Timely Enrollment Opportunities</u>. You may enroll as a Subscriber or Dependent, as applicable, during the periods of time and under the conditions described below. If you meet these conditions, your coverage will be treated as a timely enrollment. Enrollment at other times will be treated as a late enrollment and will be subject to the conditions and limitations described in section 2.7, below.

    a.    <u>Initial Enrollment</u>. When the Group first offers our coverage, there will be an initial enrollment period for Eligible Employees. During the initial enrollment period, you may apply for coverage for yourself and your eligible Dependents.

    b.    <u>Newly Eligible Subscriber</u>. If you are a new employee or a newly eligible employee of the Group, you may enroll as a Subscriber within 60 days after you first become eligible. The eligibility requirements for Newly Eligible Subscribers in your Group are set forth in the Group Application.

    c.    <u>Coverage of a Newborn Child, Newly Adopted Child or Newly Eligible Grandchild</u>. Enrollment requirements for an eligible newborn child, newly adopted child, or newly eligible grandchild depend on the Type of Coverage that is in effect on the date of the child's First Eligibility Date, as defined below.

"First Eligibility Date" means:

- For a newborn child, the child's date of birth;

- For a newly adopted child, the earlier of:

    - A judicial decree of adoption; or

    - Date of the assumption of custody, pending adoption of a prospective adoptive child by a prospective adoptive parent.

- For a grandchild for whom you have been granted legal custody, the date of the court decree or the date the court decree becomes effective, whichever is later.

<u>Family Coverage</u>. If you already have Family Coverage on the child's First Eligibility Date, an eligible newborn child or grandchild or newly adopted child or grandchild will be covered automatically as of the child's First Eligibility Date.

<u>Self-Only Coverage</u>. If you have Self-Only Coverage on the child's First Eligibility Date, a newborn child or grandchild or a newly adopted child or grandchild will be covered automatically, but only for the first 31 days following the Child's First Eligibility Date. If you wish to continue coverage beyond this 31 day period, you must enroll the eligible newborn or newly adopted child or grandchild within 31 days following such child's First Eligibility Date. Premium changes resulting from the addition of the child will be effective as of the child's First Eligibility Date.

Two-Party Coverage. This provision applies only to Groups that offer a Two-Party category of coverage (e.g., employee and spouse or employee and one child). If you have Two-Party coverage on the child's First Eligibility Date, a newborn child or grandchild or a newly adopted child or grandchild will be covered automatically as of the child's First Eligibility Date. However, if addition of the child or grandchild results in a change in your Type of Coverage (e.g. from Two-Party coverage to Family Coverage), the child's automatic coverage will end on the 31st day following the child's First Eligibility Date. If you wish to continue coverage beyond this 31 day period, you must enroll him or her within 31 days following the First Eligibility Date. The change in Type of Coverage and corresponding premium for your new Type of Coverage will be made effective as of the child's First Eligibility Date.

d.   Coverage of Children under Court or Administrative Order. If the Subscriber (or another employee who is otherwise eligible for coverage under this Group Contract) is required under a court or administrative order to provide coverage under this Group Contract for his or her Dependent Child (or Dependent Children), the Subscriber (or employee) may enroll the eligible minor Dependent Child (or Dependent Children) included in the order at any time following the date on which the order was signed by a competent court or administrative agency. We will accept such enrollment from any of the following: a) the Subscriber (or employee); b) the non-subscriber (or non-employee) parent of the Dependent Child; c) the Child Support Enforcement Agency; or d) the Maryland Department of Health and Mental Hygiene. If the Group is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), the Group will determine whether an order received by the Group with respect to employees of the Group and their children is a "qualified medical child support order" (as that term is defined under ERISA) and whether such children are eligible for coverage under this Group Contract.

e.   New Family Member (Other than a newborn, newly adopted child or newly eligible grandchild). If you are already a Subscriber, you may enroll new family members, such as a new spouse or step-child, and/or change your type of coverage to include the new family member within 31 days following the date the new family member first becomes eligible. This enrollment opportunity applies to the new family member, only. If you also wish to enroll other family members who, though eligible, were not previously enrolled, they will be treated as Late Enrollees under section 2.7, below.

f.   Loss of Other Coverage. You may enroll as a Subscriber and/or add eligible Dependents not previously enrolled if:

- When you were first eligible, you did not enroll yourself and/or your dependents because you or your dependents already had coverage under a group employee health benefits plan that was offered by your spouse's employer; and

- Coverage through your spouse's employer terminates due to any of the following:

  - your divorce;
  - death of your spouse;
  - voluntary or involuntary termination of your spouse's employment;

- involuntary loss of your spouse's eligibility for continued group coverage; or
- cancellation of all group health benefits programs offered by your spouse's employer;

To qualify for coverage under this provision, you and each family member that you seek to enroll must have been covered under your spouse's coverage on the last day that your spouse's coverage was in effect. Except as provided below, we must receive your Enrollment Application within 31 days following the termination date of such coverage. However, if you are enrolling because your spouse was involuntarily terminated from employment (other than for cause) or because of the death of your spouse, you have up to 6 months after the termination of your spouse's coverage to submit your Enrollment Application. We may require you to submit proof of eligibility, including proof of prior coverage and of the circumstances under which such coverage terminated. If you meet these requirements, your enrollment will be treated as a timely enrollment.

2.7   Late Enrollment. If you do not meet the conditions described in section 2.6, above or if you do not enroll yourself and/or your eligible dependents within the time periods described in section 2.6, you may apply for coverage at any time. A "Late Enrollee" means an individual who enrolls under these circumstances. If you enroll as a Late Enrollee, there may be a delay in the effective date of your coverage or you may be subject to a waiting period for pre-existing conditions. The Eligibility Schedule lists the requirements and conditions that apply if you are a Late Enrollee.

2.8   Waiting Periods. Your coverage may be subject to a Waiting Period for Preexisting Conditions, as defined in your Eligibility Schedule. If a waiting period applies to you, we will not provide any benefits for services in connection with a Preexisting Condition for a specified time following your effective date. If your Enrollment Application contains questions about your health history or medical treatment history, we may apply the waiting period (in the circumstances described below) to Pre-existing conditions admitted in your Enrollment Application. If you are required to provide this information, we will notify you when you first enroll of the specific Preexisting Condition or Conditions for which no benefits will be provided during the waiting period, based on the information you provide us. We are required to issue a signed waiver in order to apply the waiting period to any Preexisting Condition you disclose in your Enrollment Application. If a signed waiver is not attached, any condition disclosed in the Enrollment Application will not be considered a Pre-Existing Condition and will be covered without a waiting period. However, if your Enrollment Application does not ask for your health history and medical treatment history, or if you are asked to provide this information but the information you provide is inaccurate or incomplete, we are not required to issue a waiver. In these instances, we can deny benefits for Preexisting Conditions during your waiting period, based on our findings as your claims are received. Consult your Eligibility Schedule to determine if this Agreement includes a Preexisting Condition limitation and if so, how we define a Preexisting Condition and the circumstances under which we will apply a waiting period.

2.9   Effective Dates. Your coverage will become effective as follows:

a.   Current Employees and Dependents. Coverage for current employees and their Dependents will become effective on the date that the Group Contract becomes effective.

b.    <u>Newly Eligible Employees</u>. Coverage for newly Eligible Employees enrolling within the time frame shown in section 2.6.b will become effective on the first day of the month following our receipt of the enrollment form; provided properly completed enrollment forms are received five calendar days before the first day of that month. If this five-day deadline is missed, coverage becomes effective the first day of the following month.

c.    <u>Coverage of Newborn Children, Newly Adopted Children and Newly Eligible Grandchildren</u>. Coverage will become effective as of the child's First Eligibility Date (as defined in section 2.6.c), if the requirements of section 2.6 are met.

d.    <u>Coverage of Children under Court or Administrative Order</u>. Coverage of a Dependent Child under a court or administrative order will become effective on the Effective Date specified in Attachment C hereof provided the Dependent was enrolled within 31 days following the date on which the order was signed by a competent court or administrative agency.

e.    <u>Coverage of Other New Dependents</u>. Coverage of other newly eligible Dependents, e.g., a new spouse or stepchild enrolling within the time frame shown in section 2.6.e will become effective on the New Dependent Effective Date as set forth in your Eligibility Schedule (Attachment C).

2.10    <u>Clerical or Administrative Error</u>. If you are ineligible for coverage, you cannot become eligible just because we or the Group made a clerical or administrative error in recording or reporting information. Likewise, if you are eligible for coverage, you will not lose your coverage because we or the Group made an administrative or clerical error in recording or reporting information.

2.11    <u>Cooperation and Submission of Information</u>. We may require you and/or your Group to verify your eligibility. You and the Group are required to cooperate with and assist us, including allowing us to review your and/or the Group's records upon request. If our request is sent to the Group and the Group fails to respond within 31 days, we will then send you a copy of the request and allow you an additional 31 days to submit the information or documents directly to us. If we do not receive the information and/or documents required to establish eligibility within this additional 31 day period, we may suspend or terminate your coverage.

**PART 3**
**TERMINATION OF COVERAGE**

3.1    <u>Termination of Group Contract</u>.  The Group Contract may be terminated as follows:

    a.    The Group may terminate the Group Contract by notifying us in writing at least 31 days in advance.

    b.    We may terminate the Group Contract for any one of the following reasons:

- Failure of the Group to pay premiums or make other payments that are due as described in the Group Agreement.

- Fraud or misrepresentation of the Group or its representatives.  In this case, the Group Contract will be terminated upon 31 days prior written notice.

- The Group's nonacceptance of an amendment to the Group Contract under section 7.14.

    c.    For the initial 12 months that the Group first has coverage through the Plan, we have agreed that we will not terminate the Group Contract, except for one of the reasons listed under paragraph b, above.  After the first 12 months, we can terminate the Group Contract at any time by giving written notice to the Group at least 31 days before the effective date of termination.

    d.    Upon termination of the Group Contract, benefits for all Members in the Group will end on the last day on which the Group contract was in effect.  However, if you are eligible for the Extension of Benefits under section 3.50, your benefits will end on the last day of your extension of benefits period.

3.2    <u>Disenrollment of Individual Members</u>.  Except as provided under the continuation of coverage provisions described in section 3.6, coverage of individual Members will terminate as follows:

    a.    The Group is required to terminate your coverage and the coverage of your Dependents if you:

    1.    Are no longer employed by the Group; or

    2.    No longer meet the eligibility requirements for health benefits coverage.

        The Group is required to notify you if your coverage is canceled.  If your Group does not notify you, this will not continue your coverage beyond the termination date of your coverage.  Your coverage will terminate on the termination date set forth in Your Eligibility Schedule.

    b.    Your coverage and the coverage of your Dependents will terminate if you cancel your coverage through the Group or change to another health benefits plan offered by the Group.

c. Except as provided in d. below, the coverage of your Dependents will terminate if you:

- Change your type of coverage to a Self-Only or other non-family contract; or

- Make a written request to us to remove an eligible Dependent from your coverage.

d. If a Dependent Child is enrolled under this Group Contract pursuant to a court or administrative order under 2.6.d, the Subscriber may not terminate or cancel the coverage of such child unless written evidence is provided to us that:

- The order is no longer in effect; or

- The child has been or will be enrolled under other reasonable health insurance coverage which will take effect not later than the effective date of the disenrollment; or

- The Group has eliminated family health coverage for all of its employees.

If coverage is canceled under this paragraph, we will not be required to give notice of termination to you or to your Dependents.

e. The coverage of your Dependents will automatically terminate if they no longer meet the eligibility requirements of the Group Contract because of a change in their age, status or relationship to the Subscriber. Coverage of an ineligible Dependent will terminate on the termination date set forth in your Eligibility Schedule.

You, the Subscriber, are responsible for notifying us (through the Group) of any changes in the status of your Dependents which affect their eligibility for coverage under this Certificate. These changes include a divorce, the marriage of a Dependent Child, or termination of a Student Dependent's status as a full-time student. If you do not notify us of these types of changes and it is later determined that a Dependent was not eligible for coverage, we have the right to recover the full value of the services and benefits provided during the period of ineligibility. We can recover these amounts from you or from the Dependent, at our option.

f. In the event of the Subscriber's death, coverage of any Dependents will continue under the Subscriber's enrollment until the last day of the month in which the Subscriber's death occurs.

g. We can terminate your coverage with 31 days prior written notice if we determine that:

1. You furnished us with incorrect or incomplete information which is material to the acceptance of the application. As a Member, you represent that all information contained in your Enrollment Application is true, correct and complete to the best of your knowledge and belief.

2. You allowed another person to use your identification card or you used another person's

card.  The card must be returned to us upon request.

- You or your representative made fraudulent misstatements related to coverage or benefits under this Certificate.

3.3     <u>Reinstatement Requires Application</u>.  If your coverage is canceled or terminated for any reason, coverage may be renewed only if you reestablish your eligibility and submit an Enrollment Application in accordance with Section 2.  Coverage will not reinstate automatically under any circumstances.

3.4     <u>Effect of Termination</u>.  Except as provided in section 3.6, below, no benefits will be provided for any services you receive on or after the date on which your coverage under this Certificate terminates.  This includes services received for an injury or illness that occurred before the effective date of termination.

3.5     <u>Extension of Benefits</u>

a.      If you are an inpatient in a hospital or skilled nursing facility on the date that your Group Agreement terminates, you may continue your coverage under the Group Contract until the first of the following:

- The date you are discharged from the hospital or skilled nursing facility;

- The date you are no longer, in our judgment, medically required to continue care as an inpatient;

- The date that you become covered under a replacement coverage offered to you by your Group without limitation as to the condition for which you are an inpatient; or

- 12 months following termination.

b.      If you are Totally Disabled at the time the Group Contract terminates (unless termination is due to your failure to pay a premium when otherwise eligible to do so) or your coverage under this Certificate terminates,, we will continue to provide the benefits described in this Certificate for you, for the services and supplies received which are directly related to the condition which caused the Total Disability.  Benefits will be provided for such services and supplies until the earlier of the following:

- The end of the month in which you are no longer Totally Disabled;

- 12 months following termination of your coverage.

<u>Totally Disabled</u> means your inability, due to a condition of physical or mental incapacity, to engage in the duties or activities of a person of the same age and sex in reasonably good health.  We reserve the right to verify whether you are and continue to be Totally Disabled.

Benefits for the condition which caused the Total Disability will not be continued to the extent that benefits are payable for the condition under another employer's health

benefits plan that replaces and contains similar benefits to those provided under this Certificate.

3.6   Eligibility for Continuation of Coverage.

    a.    Continuation of Coverage under COBRA.   This provision applies if your Group is subject to the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended (COBRA), and your coverage terminates due to a "qualifying event" as defined under COBRA.

        If COBRA applies, you may elect to continue your coverage under the Group Contract to the extent and for the minimum period of time required by COBRA.   It is the Group's responsibility to inform you whether COBRA applies, and, if so, the terms and conditions of continuation coverage available to you under COBRA.   In addition, where applicable and required by law, you will be entitled to a Conversion Contract in accordance with Section 4 upon termination of your continued eligibility period.

    b.    Continuation of Coverage for Spouse and Children as a Result of the Death of the Subscriber.   This provision applies in the event of the death of a Subscriber who was a resident of Maryland, was covered under the Group Contract or predecessor Group Contract with the same employer for at least three months and whose coverage included one or more Dependents at the time of death.   When this provision applies, Dependents of the Subscriber may elect to remain covered under the Group Contract until the earliest of any of the following:

    1.    18 months after the date of the Subscriber's death;

    2.    Failure to make timely payment for this continuation coverage;

    3.    Enrollment in other group or non-group coverage;

    4.    The date on which the Dependent becomes entitled to benefits under Medicare;

    5.    With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under the Group Contract if the Subscriber's death had not occurred, for example if the child marries or attains the limiting age; or

    6.    The date on which the Group ceases to provide benefits to its employees under the Group Contract.

        This continuation coverage must be elected, through submission of a signed election notification form to the Group, within 45 days after the Subscriber's death.   The Dependents are responsible for payment through the Group of the full cost of this continuation coverage, which may include a reasonable administrative fee not to exceed 2% of premium, which is payable to and retained by the Group.   No evidence of insurability is required.

    c.    Continuation of Coverage for Spouse and Children in the Event of Divorce.   This provision applies in the event of the divorce of a Subscriber who is a resident of Maryland and whose coverage included one or more Dependents at the time of divorce.

When this provision applies, Dependents of the Subscriber may continue to be covered under the Group Contract until the earliest of any of the following:

B.   Termination of the Subscriber's coverage under the Group Contract;

C.   Failure to make timely payment for this continuation coverage;

D.   Enrollment of the Dependent in other group or non-group coverage;

E.   The date on which the Subscriber becomes entitled to benefits under Medicare;

F.   With regard to the coverage of a Dependent spouse, the last day of the month in which the spouse remarries;

G.   With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under the Group Contract if the Subscriber's divorce had not occurred, for example if the child marries or attains the limiting age;

H.   The effective date of an election by the Dependent to no longer be covered under the Group Contract; or

I.   The date on which the Group ceases to provide benefits to its employees under the Group Contract;

To receive this continued coverage, the Subscriber or the divorced spouse must notify the Group of the divorce no later than:

- 60 days following the divorce if, on the date of the divorce, the Subscriber is covered under the Group Contract or another group health plan offered by the Group; or

- 30 days following the effective date of the Subscriber's coverage under this Certificate if, on the date of the divorce, the Subscriber was covered under a group health plan offered through a different employer.

The Subscriber or the former spouse of the Subscriber shall pay to the Group the full cost of the continuation coverage.

d.   <u>Continuation of Coverage for Subscriber and Dependents in the Event of Involuntary Termination of Employment for Any Reason Other Than Cause</u>. This provision applies in the event of the involuntary termination of employment of a Subscriber who is a resident of Maryland, was involuntarily terminated from employment for any reason other than cause and who was covered under the Group Contract or predecessor Group Contract with the same employer for at least three months prior to the termination of employment.

When this provision applies, the Subscriber and any Dependent who was covered under the Subscriber on the date of termination may elect to remain covered under the Group Contract until the earliest of any of the following:

- 18 months after the date of termination of the Subscriber's employment;

- Failure to make timely payment for this continuation coverage;

- Enrollment in other group or non-group coverage;

- The date on which the Subscriber becomes entitled to benefits under Medicare;

- The effective date of an election by the Subscriber to no longer be covered under the Group Contract;

- With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under the Group Contract if the Subscriber's employment had not terminated, for example if the child marries or attains the limiting age; or

- The date on which the Group ceases to provide benefits to its employees under the Group Contract.

This continuation coverage must be elected, through submission of a signed election notification form to the Group, within 45 days after termination of the Subscriber's employment. The Subscriber is responsible for payment through the Group of the full cost of this continuation coverage which may include a reasonable administrative fee not to exceed 2% of premium, which is payable to and retained by the Group. No evidence of insurability is required.

e.  <u>Eligibility of Individuals Covered Under Prior Continuation Provisions</u>. If you were covered under a continuation provision of the Group's or the Subscriber's prior health insurance plan, which provision in essence is the same as one of those described in paragraphs c., d., or e. above, as applicable, you will be considered eligible for coverage under the Group Contract. Your coverage will otherwise be subject to the eligibility requirements of the Group Contract.

3.7  <u>Additional Right to Continue Group Coverage</u>.   This provision applies if the following conditions are met:

a.  You were covered under the Group Contract for at least three months prior to termination;

b.  Your coverage did not terminate for any of the following reasons:

8  Eligibility for Medicare;

9  Failure to pay premiums (or any applicable portion thereof);

3  Attainment of any limiting age specified in the Group Contract.

c.  At the time of termination, you must not be:

4       Enrolled in a Health Maintenance Organization;

5       Covered by or eligible for coverage under another group policy;

d.      You must elect this continuation coverage through submission of a signed election notification form to the Group within 60 days after termination of coverage. The Group is responsible for notifying you of your continuation privileges on or before your termination date, but not more than 61 days before. If your notice is late, your election period will be extended for an additional period of time (at least 31 days). However, a late notice may not extend your election period beyond 90 days after the termination of coverage.

e.      When this provision applies, the Subscriber and any Dependent who was covered under the Subscriber on the date of termination may elect to remain covered under the Group Contract until the earliest of any of the following:

- Six months after the date of termination of the coverage;

- Failure to make timely payment for this continuation coverage;

- Enrollment in other group or non-group coverage;

- The date on which the Subscriber becomes entitled to benefits under Medicare;

- The effective date of an election by the Subscriber to no longer be covered under this Certificate; or

- With regard to the coverage of a Dependent child, the date on which the Dependent child would no longer have been covered under this Certificate if the Subscriber's employment had not terminated, for example if the child marries or attains the limiting age;

f.      You will be responsible for payment through the Group of the full cost of this continuation coverage. If the Group Contract terminates before the end of the six-month period:

3.      You may continue your coverage by paying premiums for the remainder of the period directly to the Plan;

3.      We may impose a premium surcharge (up to an additional 20 percent).

3.8     <u>Right to Continue Coverage Under Only One Provision</u>. If you are eligible to continue your coverage under the Group Contract under more than one continuation provision as described in sections 3.6 and 3.7, you will receive only one such continuation coverage. You may select the continuation coverage of your choice.

**PART 4**
**CONVERSION PRIVILEGE**

4.1    <u>If the Subscriber Is No Longer Eligible for Group Coverage</u>.  If your coverage as a Subscriber terminates because you are no longer an employee or member of the Group or no longer meet the Group's eligibility requirements for health benefits coverage, you may purchase a Conversion Contract to cover you and your covered Dependents.

4.2    <u>Upon Subscriber's Death</u>.  Following the death of a Subscriber, the enrolled spouse or, if there is no spouse, the covered Dependent Children of the Subscriber, may purchase a Conversion Contract.

4.3    <u>Upon Termination of Marriage</u>.  If your spouse's coverage terminates due to your divorce or because the marriage is legally annulled, your spouse is entitled to purchase a Conversion Contract.

4.4    <u>Upon Termination of Coverage of a Child</u>.  If coverage of a Dependent child terminates because the child no longer meets the eligibility requirements of this Certificate (e.g., the child marries, attains the limiting age, becomes capable of self-support, etc.) the child is entitled to purchase a Conversion Contract.

4.5    <u>Upon Termination of the Group Contract by the Group</u>.  If your coverage terminates because of the termination of the Group Contract by the Group, you may purchase a Conversion Contract if the Group has not provided for your continued coverage through another health plan or other group insurance program offered by or through the Group.

4.6    <u>Upon Expiration of Continued Coverage</u>.  You may purchase a Conversion Contract upon expiration of continuation of coverage as described in sections 3.6 and 3.7.

4.7    <u>No Right to Conversion Contract</u>.  If your coverage under this Certificate terminates for any other reason, you do <u>not</u> have the right to a Conversion Contract.  These situations include:

    a.    Termination of coverage because you canceled your Group coverage or changed to another health benefits plan offered by the Group;

    b.    Loss of coverage by Dependents because the Subscriber elected to change to a Self-Only or other non-family contract or asked the Group to remove an eligible Dependent from coverage;

    c.    Termination of coverage due to nonpayment of premium by or on behalf of the Member;

    d.    Termination of coverage for any of the reasons set forth in section 3.2.g.

4.8    <u>Application for Conversion Contracts</u>.  If you are entitled to continue coverage through a Conversion Contract, we will notify you of the conversion option within 61 days of the date your coverage terminates.  We must receive your application form, including full payment of the applicable premium, within a) 31 days after the effective date of termination; or b) within 31 days following our notice, whichever gives you more time.  However, if we do not notify you of your conversion option or there is a delay in giving this notice, the time period within which you

can elect to convert will not extend beyond 90 days following the termination date. Conversion Contracts will not require evidence of insurability. Benefits under Conversion Contracts may vary from the benefits under this Certificate and we reserve all rights, subject to applicable requirements of law, to determine the form and terms of the Conversion Contract(s) we issue under this Certificate.

4.9   <u>Effective Date of Conversion Contract</u>. Conversion Contracts will be made effective on the day following the date the Group Contract terminated or the Member's coverage under this Certificate terminated.

## PART 5
## MULTIPLE COVERAGE

5.1 <u>Coordination of Benefits</u>. This provision applies if you are covered both under this Certificate and by another Health Plan. The term "Health Plan" as used in this Section means this Certificate and any other health maintenance organization or health insurance contract or policy which is issued on an individual or group basis, including a self-insured employer or union plan or program. Health Plan does not include any individual policy or contract for specified diseases or intensive care policy.

    a.      <u>Other Health Benefits</u>. When you are covered by two or more Health Plans and receive a service that is covered by this Certificate and by another Health Plan, the benefits under this Certificate will be coordinated with the other Health Plan. This prevents overpayment or duplicate payments for the same service. Under the rules to determine payment described below, the Health Plan under which benefits for Allowable Expenses, as defined below, would be determined first will be known as the "Primary Health Plan," and the Health Plan under which benefits for Allowable Expenses would be determined after those of the Primary Health Plan will be known as the "Secondary Health Plan."

    b.      <u>Effect on Benefits</u>.

- "Allowable Expenses" means any Plan Allowance, at least a portion of which is covered under at least one of your Health Plans. When a Health Plan provides benefits in the form of services rather than cash payments, the reasonable cash value of each service rendered will be counted as an Allowable Expense.

- We will coordinate benefits with your other Health Plan if the benefits under this Certificate, when added to the benefits of the other Health Plan, are greater than the Allowable Expenses.

- If we are the Primary Health Plan, we will ignore the benefits of the Secondary Health Plan when determining benefits under this Certificate.

- If we are the Secondary Health Plan, we will reduce Allowable Expenses toward which benefits may be applied to the extent that payment for those Allowable Expenses is the responsibility of the Primary Health Plan. In no event will the total benefits we provide exceed the total benefits that we would have provided if we were the Primary Health Plan.

5.2 <u>Rules to Determine Payment</u>. To determine which Health Plan is the Primary Health Plan, the following rules will be followed:

    a.      If the other Health Plan does not have a provision like this one, it will always be the Primary Health Plan.

    B.      If the Member is covered under one Health Plan as a subscriber and under the other Health Plan as a dependent, the Health Plan which covers the Member as a subscriber is the Primary Health Plan.

c.   If the Member is covered as a dependent by two different Health Plans--under one as a dependent of one parent and under the other as a dependent of his or her other parent-- the Primary Health Plan will be the Health Plan of the parent whose date of birth, excluding year of birth, occurs earlier in the calendar year. (If both parents have the same date of birth, the Health Plan which has covered a parent for the longer period of time will be the Primary Health Plan.) This rule does not, however, apply if the other Health Plan follows a different rule to determine the Primary Health Plan under these circumstances. When this occurs, the rules of the other Health Plan will be followed. In addition, there are special rules for a child of separated or divorced parents:

- If a court decree imposes financial responsibility for the health care expenses of the child on one of the parents, then the Health Plan of that parent is the Primary Health Plan. If there is no decree, the following rules apply:

- If the child is covered under one Health Plan through the parent with custody and under the other Health Plan through the parent without custody, the Health Plan of the parent with custody is the Primary Health Plan.

- If the parent with custody has remarried and the child is covered under a Health Plan of the parent with custody, under a Health Plan of the stepparent, and under a Health Plan of the parent without custody, the order of payment will be as follows: (1) the Health Plan of the parent with custody, (2) the Health Plan of the stepparent, and (3) the Health Plan of the parent without custody.

- If none of the above apply, the Health Plan that has covered the Member for the longest period of time will be the Primary Health Plan. The start of a new Health Plan does not include:

  - A change in the amount or scope of a Health Plan's benefits;

  - A change in the entity paying, providing or administering Health Plan Benefits; or

  - A change from one type of Health Plan to another (e.g., single employer to multiple employer plan).

e.   Where two or more Secondary Health Plans remain, these rules to determine payment will be repeated until our liability has been determined with respect to each remaining Health Plan.

The above rules apply whether or not the Member actually makes claim under all contracts or policies.

d.   Recovery of Overpayment. If we provide benefits greater than required by this provision, we will have the right to recover the overpayment from the Member or from any other person, insurance company, or organization that may have gained from the overpayment. When the overpayment includes services received by the Member under this Certificate, the amount of the overpayment will be based on prevailing rates for those services. You are required to do whatever is necessary to help us recover excess

payments, including the completion and filing of claim forms with other organizations or insurance companies and endorsing checks over to us.

5.3   <u>Medicare Eligibility</u>.  When benefits for covered services are paid by Medicare as primary, this benefit plan will not duplicate those payments.  When we coordinate benefits with Medicare, our payments will be based on the Medicare Allowance (if the provider is a participating provider in Medicare) or the Medicare Maximum Limiting Charge (if the provider is not a participating provider in Medicare).

5.4   <u>Injuries or Illnesses Caused by Third Parties or in Certain Motor Vehicle or other accidents</u>.

THIS PROVISION DOES NOT APPLY TO VIRGINIA ENROLLEES
(See paragraph f., below)

a.   Except as provided in f. below, this provision applies to any illness or injury which is:

    a.   Caused by an act or omission of a third party; or

    4.   Covered under medical payment provisions of a liability or automobile policy issued to or otherwise covering the Member excluding, however No Fault Insurance as defined below.

    <u>No Fault Insurance</u>.  This term refers to the medical, hospital and disability benefits described under the Annotated Code of Maryland, Article 48A, Section 539.

b.   If you receive or are entitled to receive payment from any person, organization or entity in connection with an injury, illness or need for care for which benefits were provided or will be provided under this Certificate, the payment will be treated as having been paid to you as a recovery for the medical, hospital and other expenses for which we provided or will provide benefits.  We may recover the amounts we paid or will pay in benefits up to the amount received from or on behalf of the third party.  We will reduce the amount you owe us by our pro-rata share of any attorneys' fees, court costs, or other costs you incurred in securing the payment.  The pro-rata share will be equal to your total costs multiplied by the ratio of (1) the total medical expense accounted for in the lawsuit or claim and (2) the total amount recovered.  You will not be responsible for any portion of attorneys' fees, court costs, or any other costs, which are directly related to the amount we recovered.

c.   We will have a lien on all funds you recover up to the total amount of benefits provided to you.  We may give notice of that lien to any party who may have contributed to your loss.

d.   We also have the option to be subrogated to your rights to the extent of the benefits provided under this Certificate.  This includes our right to bring suit or file claims against the third party in your name.

e.   You agree to take actions, furnish information and assistance, and execute such instruments as we may require enforcing our rights under this Section.  You agree that you will not take any action which prejudices our rights and interests under this

provision. If you do not cooperate in our administration of this provision, no benefits will be provided for the illness or injury. In addition, you will be responsible for any legal expenses we incur to enforce our rights under this Section.

f.   There are two exceptions to the requirements of paragraphs a. through e.:

    1.   If the Group Contract has been issued to a Group whose principal office is located within Virginia, the exception applies to all Members of the Group.

    1.   If the Group Contract has been issued to any other Group, the exception applies only to Members who reside in Virginia.

When one of these exceptions applies, the requirements of this paragraph will neither authorize the Plan to subrogate nor require Members to consent to subrogation of their rights to recovery for personal injuries from third persons, except as may be permitted by law.

5.5   <u>Employer or Governmental Benefits.</u>

a.   <u>Exclusion from Coverage.</u>  Coverage under this Certificate does not include the cost of services or payment for services for any illness, injury or condition for which, or as a result of which, a "Benefit" (as defined below) is provided or is required to be provided either:

    1.   Under any federal, state, county or municipal workers' compensation or employer's liability law or other similar program; or

    1)   From any federal, state, county or municipal or other government agency, including, in the case of service-connected disabilities, the Veterans Administration, but excluding Medicare benefits (See paragraph B above) and Medicaid benefits.

b.   <u>Benefit Defined.</u>  As used in this provision, "Benefit" includes a payment or any other benefit, including amounts received in settlement of a claim for Benefits.

**PART 6**
**CUSTOMER SATISFACTION PROCEDURE**

The customer satisfaction procedure is designed to assure that Member concerns are fairly heard and promptly resolved. By following the steps outlined below, Members' concerns can be quickly and responsively addressed.

Step I:  Discussion of the Problem

Often, Member concerns can be most effectively handled and resolved through informal discussions and information gathering. If your question concerns our handling of a claim or other administrative action, you should discuss the matter with our Customer Service Operations Department which can contact the appropriate individuals and gather information to answer the question. In many instances, the matter can be quickly resolved.

Step II:  Informal Complaint/Request for Reconsideration

To obtain a review and reconsideration of your claim or dispute, you should submit a written request, together with related receipts and information, to the Plan. Within 60 days after we receive the request or complaint, we will notify you of what action was or is to be taken.

Step III:  Formal Grievance

If you are still dissatisfied, you may file a formal written grievance. This must be done within 60 days after you receive the proposed resolution or reconsideration decision under Step II above. Your written statement must outline the nature of the grievance and what outcome would resolve the grievance to your satisfaction. A Customer Services Representative will help you prepare the written statement if requested by you. The formal written grievance must be addressed to the attention of the Customer Service Operations Department.

The Plan will investigate all aspects of the grievance, requesting any additional information required to do so from you or other parties. After review and reevaluation, a decision will be reached and written notice of the decision will be sent to you within 60 days after our receipt of the written grievance.

Step IV:  Appeal to the Executive Appeals Committee

If, after receiving the decision, you are still dissatisfied, you may seek an appeal from the Plan's Executive Appeals Committee. You must request this appeal within 60 days after receiving notification of the decision under Step III and it must take the form of a written letter explaining why the proposed resolution is unsatisfactory and what would constitute a satisfactory resolution. The Committee will review the written statement of appeal together with any previous records pertaining to the original grievance. The Committee will take necessary steps to reach an appropriate resolution within 60 days from receipt of the appeal. You will be notified in writing of the final decision.

**PART 7**
**GENERAL PROVISIONS**

7.1    <u>No Assignment</u>. You cannot assign any benefits or payments due under this Certificate to any person, corporation or other organization. Any assignment by the Member will be void.

7.2    <u>Payments under this Certificate</u>. Payments for covered services rendered by Participating Providers (as defined in Attachment A) will be made directly to the Participating Providers or to their representatives. If you receive covered services from any other provider, we reserve the right to pay either you or the provider. In addition, if you are covered as a Child Dependent under a court or administrative order and your parent who is not the Subscriber incurs covered expenses on your behalf, we reserve the right to make payment for these covered expenses to the non-Subscriber parent, the provider, or the Maryland Department of Health and Mental Hygiene. Our payment will, in either case, be full and complete satisfaction of our benefit and payment obligations under this Certificate.

7.3    <u>Time Period for Filing Claims</u>. All claims for covered services and supplies must be submitted to us within 15 months after the date the services were rendered or the supplies were received. We will only consider claims beyond the 15-month claims filing period if you became legally incapacitated prior to the end of the filing period.

7.4    <u>Claim Payments Made in Error</u>. If we make a claim payment to you or on your behalf in error, you are required to repay us the amount that was paid in error. If you have not repaid the full amount that you owe us and we make a subsequent benefit payment, we may subtract the amount you owe us from the subsequent payment.

7.5    <u>Entire Contract</u>. The Group Contract entered into between the Plan and Group, including the Group's application, the Subscriber's Enrollment Application (and any supplemental application accepted by the Plan), this Certificate and any Amendment or Rider attached to the Group Agreement or this Certificate, constitute the entire contract of insurance. No change in the Group Contract will be valid unless it is first approved by an officer of the Plan or his or her designee and issued as an Amendment or Rider to the Group Contract. No agent or employee has authority to change this Certificate or to waive any of its provisions.

7.6    <u>Incontestability</u>. Except in the instance of fraud, all statements made by you or the Group will be considered representations and not warranties and no such statement will be the basis for withholding coverage or denying a claim after coverage has been in force for two years from its effective date, unless the statement was material to the risk and was contained in a written application.

7.7    <u>Legal Actions</u>. Any lawsuit by a Member against the Plan under the Group Contract, including this Certificate, must be commenced within three years from the end of the claim filing period provided under section 7.3, above as it relates to the service for which or on account of which payment is being sought. In addition, before you may bring a lawsuit against us, you must first submit a claim to us and allow us at least 60 days to review the claim. The requirements to submit a claim to us before bringing a lawsuit does not apply if the lawsuit is commenced within the 60 day period immediately preceding the end of the two year period described above.

7.8    <u>Identification Card</u>. Any cards we issue to you under this Certificate are for identification only. Possession of an identification card confers no right to benefits under this Certificate. To be

entitled to such benefits, the holder of the card must, in fact, be a Member on whose behalf all applicable premiums under this Certificate have actually been paid. Any person receiving benefits to which he or she is not then entitled under the provisions of this Certificate will be liable for the actual cost of such benefits.

7.9   Member Medical Records. It may be necessary to review and/or obtain medical records and information from hospitals, skilled nursing facilities, physicians or other providers who treat the Member. When a Member becomes covered under this Certificate, the Member (or, if the Member is legally incapable of giving such consent, the representative of such Member) automatically gives us permission to obtain and use such records and information, including without limitation medical records and information requested to assist us in determining benefits and eligibility of Members.

7.10   Confidentiality. Patient-identifying information from Member medical records and patient-identifying information received by providers incident to the provider-patient relationship will be kept confidential and will not be disclosed without prior consent of the Member, except for internal use by the Plan in the administration of the Group Contract, for bona fide medical research or education, or to comply with government requirements established by law.

7.11   Relationship to Providers. Providers, including Participating Providers, are independent individuals or organizations and are not employees or agents of the Plan and are not authorized to act on behalf of or obligate the Plan with regard to interpretation of the terms of this Certificate, including eligibility of Members for coverage or entitlement to benefits. Providers maintain a provider-patient relationship with the Member and are solely responsible for the professional services they provide. The Plan is not responsible for any acts or omissions, including those involving malpractice or wrongful death, of Providers or any other individual, facility or institution which provides services to Members or any employee, agent or representative of such providers.

7.12   Our Relationship to the Group. The Group is not our agent or representative and is not liable for any acts or omissions by us or any provider. We are not an agent or representative of the Group and are not liable for any acts or omissions of the Group.

7.13   Administration of Contract. We may adopt reasonable policies, procedures, rules and interpretations to promote the orderly and efficient administration of the Group Contract.

7.14   Amendment Procedure. We may amend the Group Contract with respect to any matter, including a change in premiums, by mailing a postage-prepaid notice of the amendments to the Group at its address of record with the Plan at least 30 days before the effective date. All such amendments and changes are deemed accepted by the Group unless the Group gives the Plan written notice of nonacceptance within 15 days following the notice date, in which event the Plan may terminate the Group Contract effective as of the date on which the amendment was to have become effective, upon written notice to the Group.

No agent or other person, except an officer of the Plan, has authority to waive any conditions or restrictions of the Group Contract, or to extend the time for making payments hereunder, or to bind the Plan by making any promise or representation or by giving or receiving any information. No change in the Group Contract will be binding on the Plan, unless evidenced by an amendment signed by an authorized representative of the Plan.

7.15    Group Contract Binding on Members.  The Group Contract can be amended, modified or terminated in accordance with any provision of the Group Contract or by mutual agreement between the Plan and the Group without the consent or concurrence of Members.  By electing coverage under this Certificate, or accepting benefits under this Certificate, Members are subject to all terms, conditions and provisions of the Group Contract, including but not limited to sections 7.7, 7.9, and 7.11, above.

7.16    Group Contract Not Modified by Oral Statements.  Oral statements cannot be relied upon to modify or otherwise affect the benefits, limitations, and/or exclusions of this Certificate, or increase or void any coverage or reduce any benefits under this Certificate.  Such oral statements cannot be used in the prosecution or defense of a claim under this Certificate.

7.17    Rights Under Federal Laws.  The Group may be subject to federal law (including the Employee Retirement Income Security Act of 1974, as amended ["ERISA"] and/or the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ["COBRA"]) that relates to the health benefits you are provided under this Group Contract.  In that case, the Group is the "plan administrator" for purposes of ERISA and/or COBRA.  As the plan administrator, it is the Group's responsibility to provide you with certain information, including access to, and copies of, plan documents describing your benefits and rights to coverage under your group health plan.  Such rights include the right to continue coverage upon the occurrence of certain "qualifying events".  In any event, you should check with the Group to determine whether it is subject to ERISA and/or COBRA, and if so, what your rights are under those laws.

7.18    Rights to Vest in Guarantor.  In the event of insolvency, the Plan's rights under the Group Contract (including, but not limited to, all rights to premiums to the extent permitted by applicable bankruptcy law) will become vested in any person or entity which guarantees payment and actually pays for the services and benefits which the Plan is obligated to make available under the Group Contract.

7.19    Rules for Determining Dates and Times.  The following rules will be used when determining dates and times under the Group Contract:

    a.    All dates and times of day will be based on the dates and times applicable to the Washington, D.C. area, i.e., Eastern Standard Time or Eastern Daylight Savings Time, as applicable.

    b.    When reference is made to coverage being effective on a particular date, this means 12:01 a.m. on that date.

    c.    When reference is made to termination being effective on a particular date, this means 12:00 midnight on that date.

    d.    "Day" means a calendar day, including weekends, holidays, etc., unless a different basis is specifically stated.

    e.    "Year" refers to calendar year, unless a different basis is specifically stated.

7.20    Notices.  Whenever the terms of the Group Contract or Certificate require you, us or the Group to "give notice" or "notify" another party, the following requirements apply:

a.   <u>To the Member</u>.  Notices to Members will be sent by mail to the most recent address for the Member in the Plan's files.  The notice will be effective on the date mailed, whether or not the Member in fact receives the notice or there is a delay in receiving the notice.

b.   <u>To the Plan</u>.  When notice or payment is sent to the Plan, it must be sent by first class mail to:

**Group Hospitalization and Medical Services, Inc.**
840 First Street, NE
Washington, DC  20065

Notice will be effective on the date of receipt by the Plan, unless the notice is sent by registered mail, in which case the notice is effective on the date of mailing, as certified by the Postal Service.  The Plan may change the address at which notice is to be given by giving written notice to the Group.

c.   <u>To the Group</u>.  Notices to the Group will be sent by first class mail to the address set forth in the Group Application.  Notice will be effective on the date of receipt by the Group, unless the notice is sent by registered mail, in which case the notice is effective on the date of mailing, as certified by the Postal Service.  The Group may change the address at which notice is to be given by giving written notice thereof to the Plan.

If the Group is a brokered account, notices to the Group required or arising under the Group Contract will be effectively given by the Plan by sending such notice directly to the Group as set forth above or, alternatively, by providing notice in the manner described above to the Group's current broker of record as recognized and listed in the Plan's records.  The Group will promptly notify the Plan of any change in the designated broker under the Group Contract.

ATTACHMENT A

DESCRIPTION OF COVERED SERVICES

## Group Hospitalization and Medical Services, Inc.

trading as
CareFirst BlueCross BlueShield (CareFirst)
An Independent Licensee of the Blue Cross and Blue Shield Association
840 First Street, NE
Washington, DC 20065

This Attachment describes the services eligible for coverage. The Plan will provide the benefits described in Attachment B for covered expenses incurred while you are an eligible Member, including any extension of benefits for which you are eligible It is important to refer to Attachment B to determine the percentage of covered charges that we will pay, the charges for which you will be responsible and any specific limits on the number of services that will be covered. Attachment B also lists important information about deductibles, out-of-pocket maximums and other features that affect your coverage, including the annual deductible, specific benefit limitations and, if applicable, the lifetime maximum.

| SECTION 1 | GENERAL PROVISIONS | A-2 |
| SECTION 2 | UTILIZATION MANAGEMENT REQUIREMENTS | A-6 |
| SECTION 3 | PHYSICIANS AND PROVIDER SERVICES | A-8 |
| SECTION 4 | HOSPITAL SERVICES | A-15 |
| SECTION 5 | HOME HEALTH CARE | A-18 |
| SECTION 6 | SKILLED NURSING FACILITY SERVICES | A-20 |
| SECTION 7 | HOSPICE CARE | A-21 |
| SECTION 8 | MENTAL HEALTHS AND SUBSTANCE ABUSE SERVICES | A-22 |
| SECTION 9 | MEDICAL DEVICES AND SUPPLIES | A-24 |
| SECTION 10 | EXCLUSIONS | A-27 |

David Wolf
Interim President and Chief Executive Officer

SECTION 1
GENERAL PROVISIONS

1.1   Benefits Under the Preferred Provider Plan.   The Preferred Provider Plan offers two levels of benefits.   You may select the benefit level at which coverage will be provided each time care is sought.   Under the Preferred Provider Plan, you may receive benefits for a particular service under either the In-Network component or the Out-of-Network component.   You may not receive duplicate benefits for the same services.

1.2   In-Network Benefits.   When In-Network benefits apply, you are eligible for a higher level of benefits than the Out-of-Network benefits.   In-Network benefits apply in the following instances:

    a.   Services Rendered By a Preferred Provider.   When you use a Preferred Provider, benefits are based on the appropriate Preferred Provider Allowance.   The level of benefits is reflected in Attachment B of the Agreement.   Preferred Providers will submit claims to us directly for covered services.   The Preferred Provider will accept 100% of the Preferred Provider Allowance as full payment for covered services.

    b.   Services Rendered By an Exempt Provider.   When you use an Exempt Provider, as defined below, benefits are based on the appropriate Plan Allowance for the service or supply provided. The level of benefits (i.e., coinsurance and/or co-payment) for Exempt Provider services will be those shown under In-Network Benefits in Attachment B of the Agreement.   You may be responsible for amounts in excess of the Plan Allowance for these services.

    Exempt Provider means any Health Care Facility or Health Care Practitioner which, as a class, is not represented in the providers who have agreed to participate as Preferred Providers.   Exempt Provider also includes any Health Care Facility or Health Care Practitioner that is physically located outside the geographic area of the Preferred Provider network.   A listing of Exempt Provider classes is available from us upon request.

    c.   Other Circumstances.   In-Network benefits also apply in the following instances:

        °   If you're Preferred Provider refers you to a provider who is not a Preferred Provider.

        °   If you receive covered Emergency Services, as defined in section 4.4, below from a provider who is not a Preferred Provider.

        °   If a Preferred Provider is not reasonably available.

    In each of these instances, benefits will be based on the appropriate Plan Allowance for the service or supply provided.   The level of benefits (i.e., coinsurance and/or co-payment) for these Providers' services will be those shown under In-Network Benefits in Attachment B of the Agreement.   You may be responsible for amounts in excess of the Plan Allowance.

1.3   Out-of-Network Benefits. Out-of-Network benefits apply when you obtain covered services from  a Provider who is not a Preferred Provider in a circumstance not addressed in section 1.2.b or 1.2.c, above.   When Out-of-Network benefits apply, you will receive reduced benefits for covered services. When you use a provider that is not a Preferred Provider or other provider described in sections

1.2.b, above, benefits are based on the appropriate Plan Allowance.  The level of Out-of-Network benefits is shown in Attachment B of the Agreement. You may be responsible for amounts in excess of the Plan Allowance for these services.

1.4   Overview of Cost Sharing and Maximum Amounts.  This section summarizes the cost sharing and maximum amounts of your benefits program.  Detailed information about these features can be found in the Schedule of Benefits, including specific terms and amounts and any special exceptions.

| | |
|---|---|
| Deductibles: | For most covered services, you do not begin to receive benefits until you meet your deductible for that "year".  Your deductible will be calculated either on a calendar year or contract year basis, depending on your coverage.  This is explained in your Schedule of Benefits (Attachment B).  Your deductible is met when you receive services that are subject to the deductible and pay for these yourself.  Under the Preferred Provider Plan, there may be a single deductible for In-Network and Out-of-Network services or separate deductibles that apply to each.  This is explained in your Schedule of Benefits.  The Schedule of Benefits also provides important information about your deductible or deductibles, including the deductible amount(s), how the deductibles apply to In-Network and Out-of-Network services and a listing of the services that are subject to the deductible(s). |
| Coinsurance: | Once your deductible is met (or for services without a deductible), benefits are based on a sharing of costs between you and us.  For most services, these costs are shared based on the percentage of expenses that we pay and the percentage that you must pay.  These percentages are referred to as the coinsurance. |
| Co-payment: | A co-payment is similar to coinsurance, except that co-payments are set as a fixed dollar amount, rather than as a percentage of expenses. |
| Out-of-Pocket Maximums: | The out-of-pocket maximums limit the maximum amounts that you will have to pay for your share of benefits in any given year.  Once you meet your out-of-pocket maximum, you will no longer be required to pay your share of the coinsurance for the remainder of that year.  In addition, the out-of-pocket limits may apply to certain co-payments and deductibles.  Under the Preferred Provider Plan, there may be a single out-of-pocket maximum for In-Network and Out-of-Network services or separate out-of-pocket maximums that apply to each.  This is explained in your Schedule of Benefits.  The Schedule of Benefits also provides important  information about your out-of-pocket maximum or maximums, including the maximum out-of-pocket amount(s), how the out-of-pocket maximums apply to In-Network and Out-of-network services and a listing of the expenses that are subject to the out-of-pocket maximum(s). |
| Lifetime Maximum: | If your coverage has a Lifetime Maximum (this will be shown on your Schedule of Benefits, Attachment B), there is a cap on the total benefits that we will pay on your behalf in your lifetime.  If a Lifetime Maximum applies to your coverage and you reach the lifetime maximum, you will thereafter have either no benefit or only a limited "Annual Restoration Benefit".  Check your Schedule of Benefits. |

1.5   Benefit Terms Defined.   In addition to the previously defined terms, the Description of Covered Services uses certain defined terms.  These terms are usually defined for you in the Section in which they first appear.  The following terms are also used:

a.  Eligible Provider means either a Health Care Facility or a Health Care Practitioner, as these terms are defined below, licensed or otherwise authorized by law to provide health care services.

Health Care Facility means a hospital, ambulatory surgical facility or center, inpatient rehabilitation facility, home health agency, skilled nursing facility, hospice facility, hospice program or partial hospitalization program that is licensed or certified, or both, to operate within the jurisdiction in which it is located.

Health Care Practitioner means a physician, dentist (D.D.S. or D.M.D.) or other provider of health care whose services, by law, must be covered subject to the terms of this Agreement, such as: a chiropodist, chiropractor, doctor of podiatry, doctor of surgical chiropody, nurse anesthetist, nurse midwife, nurse practitioner, optician, optometrist, physical therapist, physiotherapist, audiologist, psychologist and social worker.

b. Participating Provider means an Eligible Provider that contracts with us to be paid directly for rendering covered services to eligible Members of this program.

c. Preferred Provider means a Preferred Facility or a Preferred Practitioner, as defined below.

° Preferred Facility means a Participating Provider that is a facility and which has a written agreement with us to render covered services to you in accordance with the terms and conditions of the Preferred Provider Plan. The fact that a facility is a Participating Provider does not guarantee that the facility is a Preferred Facility.

° Preferred Practitioner means a Participating Provider who is a licensed Health Care Practitioner and who has a written agreement with us to render covered services to you in accordance with the terms and conditions of the Preferred Provider Plan. The fact that a Health Care Practitioner is a Participating Provider does not guarantee that the Health Care Practitioner is a Preferred Practitioner.

A listing of Preferred Providers will be provided to you when you enroll and are also available from us upon request. The listing of Preferred Providers is subject to change. You may confirm the status of any provider prior to making arrangements to receive care by contacting us for up-to-date information.

1.6    Limitation on Provider Coverage. Services are covered only if the provider is an Eligible Provider as defined above. The provider must be licensed in the jurisdiction in which the services are rendered. In addition, to be covered, the services must be within the lawful scope of the services for which that provider is licensed. Coverage does not include services rendered to you by any individual who:

° is not an Eligible Provider, as defined above;

° is your spouse, mother, father, daughter, son, brother or sister; or

° resides in your home.

1.7    Plan Benefit Payments. Except when you receive services under the "Out-of-Area" program as described below, benefit payments are based on Plan Allowances as determined by us for various types of services and providers. The categories of Plan Allowances are as follows:

a. Preferred Providers. For services and supplies provided by Preferred Providers, benefit payments are based on Preferred Provider Allowances. Preferred Provider Allowances are generally the contracted

rates or fee schedules that Preferred Providers have agreed to accept from the Plan as payment under this program. In certain cases, however, Preferred Provider Allowances may be established by law.

b. Participating Providers. For services and supplies provided by Participating Providers, the Plan Allowance is based either on Preferred Provider Allowances or Participating Provider Allowances. Please refer to Attachment B, Schedule of Benefits, to determine the basis on which such benefit payments are based under this Agreement. Participating Provider Allowances are generally the contracted rates or fee schedules that Participating Providers have agreed to accept from the Plan as payment under this program. In certain cases, however, Participating Provider Allowances may be established by law. Participating Providers are not required to accept Preferred Provider Allowances as full payment. In the event that benefit payments are based on Preferred Provider Allowances, Participating Providers may bill you for the difference between the Preferred Provider Allowance and the Participating Provider Allowance.

c. Non-Participating Providers. When you use an Eligible Provider that is not a Participating Provider, (a "Non-Participating Provider") Plan Allowances are based either on Preferred Provider Allowances or Participating Provider Allowances, but in no event more than the Non-Participating Provider's usual charge for that service. Please refer to Attachment B, Schedule of Benefits, to determine the basis on which such benefit payments are based for your coverage. Non-Participating Providers are not required to accept the Plan Allowance as full payment, and may bill you for any balance above the Plan Allowance. In some cases, we are able to negotiate a lower rate with an Eligible Provider on an individual basis. In these instances, our payment will be based on the negotiated fee.

In any event, you will be responsible for applicable deductibles, coinsurance and co-payments as set out in Attachment B, Schedule of Benefits, and Preferred, Participating and Non-Participating Providers may bill you directly for such amounts.

d. Out-of-Area Program. The independent Blue Cross and Blue Shield plans throughout the country are working together in a new cooperative arrangement called the "Out-of-Area" program. Under this program, if you receive services outside our service area from a health care provider that participates with another Blue Cross and/or Blue Shield plan ("Host Plan"), that provider will file your claim for you, and you will not be responsible for the difference between the Host Plan's payment rate for that provider and the provider's billed charges. In some cases, however, that Host Plan's provider contract may require coinsurance calculation that is not based on the negotiated payment rate the provider has agreed to accept from the Host Plan but is, instead, based on the provider's full billed charges. In such cases, this may result in a higher coinsurance payment than if you had received those services within our service area from one of our participating providers. Because of the many different arrangements between Host Plans and their providers, it is not possible to give you specific information for each out-of-area provider. However, if you contact us prior to incurring out-of-area services, we may be able to give you information regarding specific Host Plan providers.

SECTION 2
UTILIZATION MANAGEMENT REQUIREMENTS

---

**Important**
Failure to meet the requirements of the Utilization Management Program may result in a reduction or denial of your benefits even if the services are otherwise medically necessary.

---

2.1   Utilization Management. Benefits are subject to review and approval under utilization management requirements established by the Plan. Through utilization management, we review your care and evaluate requests for approval of coverage in order to assess the medical necessity for the services, review the appropriateness of the hospital or facility requested and determine the approved length of confinement or course of treatment in accordance with Plan-established criteria. In addition, utilization management may include additional aspects such as second surgical opinion and/or preadmission testing requirements, concurrent review, discharge planning and case management. Failure or refusal of the Member to comply with notice requirements and other utilization management authorization and approval procedures will result in the denial of or a significant reduction in your benefits. If coverage is reduced or excluded for failure to comply with utilization management requirements, the reduction or exclusion may be applied to all services related to the treatment, admission or portion of the admission for which utilization management requirements were not met. The terms that apply to your coverage for failure to comply with utilization management requirements are set forth in the Schedule of Benefits.

2.2   Preferred Provider Responsibility. Preferred Providers are responsible for providing utilization management notices and obtaining necessary utilization management approvals on your behalf for certain types of services and/or episodes of care. These are designated in your Schedule of Benefits. For these services, you will not be responsible for notification and approvals. However, you must advise the Preferred Provider that you are covered under the Preferred Provider Plan. In addition, you must comply with utilization management requirements and determinations. If you refuse to follow these requirements, your coverage will be reduced or excluded. In all other instances, it is your responsibility to comply with the utilization management requirements described in section 2.3, below.

2.3   Member Responsibility. Except as provided in section 2.2 above, you are responsible for all utilization management requirements. It is your responsibility to assure that hospitals, physicians and other providers associated with your care cooperate with utilization management requirements. This includes initial notification in a timely manner, responding to our inquiries and, if requested, allowing our representatives to review medical records on-site or in our offices. If we are unable to conduct utilization reviews, your benefits may be reduced or excluded from coverage.

2.4   Procedures. To initiate Utilization Management review, you may directly contact us or you may arrange to have notification given by a family member or by the physician, provider, or facility that is involved in your care. However, these individuals will be deemed to be acting on your behalf. If you and/or your representatives fail to contact us as required or provide inaccurate or incomplete information, benefits may be reduced or excluded.

Share the requirements of this Section with your family members and other responsible persons who could arrange for your care in accordance with this Section in case you are unable to do so yourself.

---

We will provide you with additional information regarding utilization management requirements and procedures, including telephone numbers and hours of operation, at the time of enrollment and, additionally, at any time upon your request.

2.5   Services Subject to Utilization Management.  Except as provided in section 2.2, above, it is your responsibility to meet the following requirements:

    &deg;   Hospital Inpatient Services.  All hospitalizations (including maternity) require precertification.  You must contact us (or have your physician or the hospital contact us) at least five business days prior to an elective or scheduled admission to the hospital.  If the admission cannot be scheduled in advance because it is not medically feasible to delay the admission for five business days due to your medical condition, we must receive notification of the admission as soon as possible but in any event within 48 hours following the beginning of the admission or by the end of the first business day after the beginning of the admission, whichever is earlier.

    &deg;   Inpatient Mental Health and Substance Abuse Services.  You must contact us (or have your physician, hospital, or other provider facility contact us) at least five business days prior to an elective or scheduled admission.  If the admission cannot be scheduled in advance because care is required immediately due to your condition, we must receive notification of the admission as soon as possible but in any event within 48 hours following the beginning of the admission or by the end of the first business day after the beginning of the admission, whichever is earlier.

    &deg;   Other Services.  If you require any of the following services, you must contact us (or have your physician, hospital, or other provider facility contact us) at least five business days prior to the anticipated date upon which the elective admission or treatment will commence:

    &deg;   Outpatient Speech Therapy, Occupational Therapy or Physical Therapy

    &deg;   Home Health Services

    &deg;   Skilled Nursing Facility Services

    &deg;   Hospice Care

We reserve the right to make changes to the categories of services that are subject to utilization management requirements or to the procedures Members and/or providers must follow.  We will notify you of these changes at least 30 days in advance.

2.6   Concurrent Review and Discharge Planning.  Following timely notification as described above, we will instruct you or your representative, as applicable, about the procedures to follow, including the need to submit additional information and any requirements for re-notification during the course of treatment.

2.7   Case Management.  Case Management is used to coordinate, monitor and manage highly complex, long-term  and costly cases.  Your case manager can help you and your provider arrange and coordinate home care services and other needed services.  We will also review your case to determine how your health needs can best be met within your existing health care benefits.  If special

benefits are required, we may recommend alternative levels of care such as skilled nursing facilities, home health care or hospices.

2.8   Appealing a Utilization Management Decision. If you or your provider disagrees with a utilization management decision, we will review the decision upon your request. A utilization management appeal will be reviewed and decided upon by our Medical Director or Associate Medical Director. If necessary, the Medical Director or Associate Medical Director will discuss your case with your physician. Any non-certification or penalty may be appealed. Please contact Customer Service for more information on how to appeal a Utilization Management Decision.

SECTION 3
PHYSICIAN AND PROVIDER SERVICES

3.1   Preventive Services.  Benefits are available for the following preventive services:

    a.  The following child wellness services:

        ° All visits for and costs of childhood and adolescent immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control;

        ° Visits for the collection of adequate samples for hereditary and metabolic newborn screening and follow-up between birth and 4 weeks of age, the first of which to be collected before two weeks of age;

        ° All visits for and costs of age-appropriate screening tests for tuberculosis, anemia, lead toxicity, hearing, and vision as determined by the American Academy of Pediatrics;

        ° The following services at each of the visits described above:

            - A physical examination;

            - A developmental assessment;

            - Parental anticipatory guidance;

        ° Laboratory tests considered necessary by the physician as indicated by the services provided as described above.

    b.  Pap smears, at intervals appropriate to the Member's age and health status, as determined by the Plan;

    c.  Mammography services, at intervals described in the Schedule of Benefits (Attachment B).

    d.  Other preventive services, if any, as set forth in your Schedule of Benefits.

3.2   Diagnostic and Treatment Services.  Benefits are available for diagnostic and treatment services by a physician or other Health Care Practitioner.  Coverage includes the following services in a medical office or as a hospital outpatient:

    a.  Office visits, including care and consultation by primary care physicians and specialists. Coverage does not include charges for telephone consultations, failure to keep a scheduled visit, or completion of any form;

    b.  Diagnostic procedures, laboratory tests and x-ray services, including:

        ° electrocardiogram, electroencephalogram; tonography;

        ° laboratory services;

    °   diagnostic x-ray services, diagnostic ultrasound services;

c.  Treatment and therapeutic services in connection with a covered procedure, including:

    °   chemotherapy (benefits for high dose chemotherapy are limited to covered procedures set forth in section 3.12);

    °   electroshock therapy;

    °   radiation therapy;

    °   radioisotope services.

d.  Allergy tests, injections, and sera.

e.  Speech therapy, occupational therapy or physical therapy for conditions that we determine is subject to improvement.  Coverage does not include nonmedical ancillary services such as vocational rehabilitation, employment counseling, or educational therapy.

f.  Medical foods and low protein modified food products for the therapeutic treatment, under the direction of a physician, of inherited metabolic diseases.  A low protein modified food product means a food product that is specially formulated to have less than 1 gram of protein per serving (excluding a natural food that is naturally low in protein).

g.  Services in connection with covered Hospital Emergency Room care (see section 4.4)

3.3  Maternity and Related Services.

a.  Standard Benefits.  The following benefits are covered for all Members, subject to the limitations set forth in the Schedule of benefits:

    °   Obstetrical care for an ectopic pregnancy, miscarriage or complications of pregnancy

    °   Emergency (non-scheduled) cesarean section if medically necessary due to a complication in delivery, including post-natal care and routine newborn care while the mother is hospitalized for covered maternity care, provided the mother is a Member and the delivery was covered as an emergency cesarean section.  Coverage of routine newborn care is limited to routine newborn visits (not to exceed two visits) and male circumcision.  To qualify for coverage of other services, the newborn must be a Member in his or her own right.

    °   D&C or full term pregnancy for any female Member (including a Dependent) who became pregnant as the result of rape or incest.  If the Member is covered solely by Standard Maternity Benefits, (without Extended Maternity and Related Coverage) coverage will be provided only if the incident is reported to police authorities within 7 days or, if the victim is age 13 or younger, within 180 days following the incident.

    °   Voluntary sterilization of adult Members and surgical reversal of voluntary sterilization procedures.

b. Extended Maternity and Related Coverage

---

**NOTE**

Consult your Schedule of Benefits to determine if, and the extent to which these services are covered for you.  Your Schedule of Benefits will indicate whether benefits are:
- available to you, your spouse and your Dependent Children,
- limited to you and your spouse, or
- excluded for all Members.

---

° Obstetrical care for a normal pregnancy, including cesarean section if medically indicated, abortion, or delivery, including prenatal care and postnatal care.  When we are notified of your pregnancy, we will assist you in selecting and contacting a primary care provider for your expected newborn prior to delivery.  We will also provide you information, prior to your delivery date, on postpartum home visits for the mother and child, including the names of providers that are available for postpartum home visits.

° Routine newborn care while the mother is hospitalized for covered maternity care, provided the mother is a Member and eligible for extended maternity benefits.  Coverage is limited to routine newborn visits (not to exceed two visits) and male circumcision.  To qualify for coverage of other services, the newborn must be a Member in his or her own right.

° Elective abortions.

° Diagnosis and treatment of infertility, including artificial insemination and in vitro fertilization, as described below.

To qualify for artificial insemination, a Member's female cells must be fertilized with a man's male cells.  In addition, the Member must have had a complete infertility examination which resulted in a recommendation for artificial insemination.

To qualify for in-vitro fertilization, gamete or zygote intra-fallopian transfer, a Member's female cells must be fertilized with her husband's male cells in an artificial (e.g., test tube) environment. Coverage is limited to outpatient procedures provided in a medical facility that meets the American College of Obstetrics and Gynecology guidelines for in vitro fertilization clinics, or the American Fertility Society minimal standards for in vitro fertilization programs.  In addition, the Member must:

Have a history of infertility with her husband during the 5 years of their married life together immediately before she has in vitro fertilization or a history of an infertility condition associated with endometriosis, prenatal exposure to diethylstilbestrol (DES), blockage of one or both fallopian tubes (unless caused by a previous elective sterilization), or surgical removal of one or both fallopian tubes; and

Have been unable to achieve a successful pregnancy with her husband through any other less expensive method of fertility treatment.

The Subscriber must authorize the release of information which confirms that the Member has met the above requirements.

3.4   Surgical Care (Inpatient and Outpatient).  Benefits are available for surgical procedures performed by Health  Care Practitioners on an outpatient basis or a covered inpatient hospital admission for which benefits are being provided under Section 4, subject to applicable utilization management requirements, if any, set out in Section 2.

If two or more surgical procedures are performed during the same operative episode, we will review the procedures to determine whether the individual procedures constitute separate and distinct procedures or incidental components of a more comprehensive procedure.  If we determine that the procedures are in fact merely components of a more comprehensive procedure, benefits will be based on the Plan Allowance for that procedure, only.  If we determine that  multiple, distinctly identifiable surgical procedures were performed, the primary procedure will be covered at the full Plan Allowance; Plan Allowances for other procedures performed during the same operative episode will be reduced in accordance with established Plan guidelines.

3.5   Inpatient Medical Care.  The following Inpatient Medical Care benefits apply only if you are an inpatient in a Hospital and you are otherwise eligible for Hospital Benefits under Section 4 for the day on which these services are rendered to you:

a.  Health Care Practitioner visits during your Hospital stay, one per day.  Benefits are available for more than one inpatient visit per day if warranted by the complexity of your condition.  Also, benefits are not available for inpatient visits on any day on which benefits for your hospitalization have been denied.

b.  Intensive care which requires a Health Care Practitioner's attendance;

c.  Consultation by another Health Care Practitioner when additional skilled care is required because of the complexity of your condition.

d.  Inpatient diagnostic and treatment services provided and billed by a physician or other Health Care Practitioner, including:

    ° Diagnostic procedures, laboratory tests and x-ray services, including:
- electrocardiogram, electroencephalogram; tonography;
- laboratory services;
- diagnostic x-ray services, diagnostic ultrasound services;

    ° Treatment and therapeutic services in connection with a covered procedure, including:
- chemotherapy (benefits for high dose chemotherapy are limited to covered procedures set forth in section 3.12);
- electroshock therapy;
- radiation therapy;
- radioisotope services.
- physical therapy and inhalation therapy

Health Care Practitioner services provided to a hospitalized Member, including physician visits, charges for intensive care or consultative services, will be covered only if we determine that the Health Care Practitioner  rendered services to the Member and that such services were medically required to diagnosis or treat the Member's condition.

3.6     Anesthesia Service.  Benefits are available for the administration of general anesthesia in connection with a covered medical or surgical procedure.  To be eligible for separate coverage, the anesthesia must be administered by a Health care Practitioner other than the operating surgeon or assistant at surgery.  For example, a local anesthetic used while performing a medical or surgical procedure is not generally viewed as a separately covered charge.

3.7     Blood and Blood Products.  Benefits for blood and blood products (including derivatives and components) which are not replaced by or on behalf of the Member.

3.8     Ambulance Services.  Benefits are available for medically necessary ambulance services to or from the nearest appropriate Hospital (as defined in Section 4.1).

3.9     Treatment for Cleft Lip and Cleft Palate.  Benefits will be provided for inpatient or outpatient expenses arising from orthodontics, oral surgery, otologic, audiological and speech/language treatment for cleft lip and cleft palate.

3.10    Dental Services.

a.  Dental benefits will be provided to repair or replace sound natural teeth that have been damaged or lost due to injury if:

    °    The injury did not arise while or as a result of biting or chewing;

    °    The injury occurred while the Member was covered under this Agreement (or another agreement issued by the Plan); and

    °    Treatment is commenced within six (6) months of the injury or, if due to the nature of the injury, treatment  could not begin within 6 months of the injury, treatment began within 6 months of the earliest date that it would be medically appropriate to begin such treatment.

Benefits are limited to restoration of the tooth or teeth or the initial placement of a bridge or denture to replace the tooth or teeth injured or lost as a direct and sole result of the accidental bodily injury.

b.  Dental benefits, including orthodontic treatment, will be provided for treatment of cleft lip or cleft palate as described in Section 3.9, above

Except as listed above, all other dental care is excluded from coverage.  Benefits for oral surgery are described in section 10.6, below.

3.11    Organ/Tissue Transplants.  Benefits for organ and tissue transplants are limited to the following procedures:

a.   Kidney;  cornea;  bone;  skin (for grafting or for any other medically necessary purposes);

b.   Heart;  combined heart and lung;  single lung;  double lung;  pancreas, when performed simultaneously with a kidney transplant;  liver.  Prior to commencing a course of treatment for these procedures, you must obtain our written approval for both the procedure and the facility where the transplant will be done.  No benefits will be provided for the facility, the procedure, or any resulting complication if you did not receive our advance written approval.

c. Autologous bone marrow for:
   ° Non-Hodgkin's lymphoma, Stage III A or B, or State IV A or B;
   ° Hodgkin's lymphoma Stage III A or B, or Stage IV A or B;
   ° Neuroblastoma, Stage III or Stage IV;
   ° Acute lymphocytic leukemia following first or second relapse;
   ° Acute non-lymphocytic leukemia following first or second relapse;
   ° Germ cell tumors
   ° Treatment of other conditions for which autologous bone marrow transplants are not, in our judgment, experimental or investigational, as defined in Section 10.2, below

NOTE:   Autologous bone marrow transplant or stem cell transplant in connection with covered high dose chemotherapy treatment are covered only as described in section 3.12, below.

d. Allogeneic bone marrow for:
   ° Aplastic anemia;
   ° Acute leukemia;
   ° Severe combined immunodeficiency;
   ° Wiskott-Aldrich syndrome;
   ° Infantile malignant osteoporosis (Albers-Schonberg disease or marble bone disease);
   ° Chronic myelogenous leukemia (CML);
   ° Neuroblastoma Stage III or IV in children over one year of age;
   ° Homozygous beta thalassemia (thalassemia major);
   ° Hodgkin's lymphoma, Stage III A or B, or Stage IV A or B;
   ° Non-Hodgkin's lymphoma, Stage III or Stage IV
   ° Myelodysplastic syndromes
   ° Mucolipidoses (e.g., Gaucher's disease, metachromatic leukodystrophy)
   ° Mucopolysaccharidosis (e.g., Hunter's, Hurler's, Sanfilippo, Maroteaux-Lamy variants)
   ° Treatment of other conditions for which allogeneic bone marrow transplants are not, in our judgment, experimental or investigational, as defined in Section 10.2, below

NOTE:   Allogeneic bone marrow transplant or stem cell transplant in connection with covered high dose chemotherapy treatment are covered only as described in section 3.12, below.

If you are the recipient of a covered organ/tissue transplant, we will cover the Donor Services (as defined below) to the extent that the services are not covered under any other health insurance plan or contract.  If you are a donor and the recipient is not a Member, no benefits are available for either the Member or the recipient.  Donor Services consist of services covered under your Agreement which are related to the surgery, including evaluating and preparing a possible or actual donor and recovery services after the operation which are directly related to donating the organ or tissue.

All charges directly or indirectly relating to the transplantation of non-human organs are excluded.

3.12   High Dose Chemotherapy/Bone Marrow or Stem Cell Transplant.   Benefits   for High Dose Chemotherapy/ Bone Marrow or Stem Cell Transplant (HDC/BMTSCT) treatment will be provided as follows:

a. Coverage is provided for HDC provided in connection with bone marrow or stem cell transplant for applicable conditions listed in section 3.11.c and 3.11.d, above;

b. For HDC provided in connection with a covered condition that is not listed in section 3.11.c or 3.11.d, above, including, but not limited to, breast cancer, multiple myeloma and epithelial ovarian cancer, the following requirements apply:

° Benefits will be provided only if the patient is properly and lawfully registered in a Plan-Certified Controlled Clinical Trial, as defined below. The patient must meet and continue to meet all eligibility requirements for participation in the trial as established by the Plan-Certified Controlled Clinical Trial;

A "Plan-Certified Controlled Clinical Trial" means HDC/BMTSCT treatment that the Plan has reviewed and determined, in advance of the Member's treatment, is:

1. Approved as a controlled clinical trial by the institutional review board of the institution providing treatment;

   - Conducted for the primary purpose of determining whether or not a particular HDC/BMTSCT treatment is safe and-efficacious; and Approved by:
     An institute or center of the National Institutes of Health;
     U.S. Food and Drug Administration;
     U.S. Department of Veterans' Affairs; or
     U.S. Department of Defense.

° Coverage requires prior approval by the Plan. You or your provider must notify us when you are first evaluated as a possible recipient of HDC/BMTSCT for any of the conditions subject to this paragraph, but in any event prior to your registration in the trial. Based on the information you provide us and that we obtain from the facility or provider, we will determine your eligibility for coverage, including whether the facility and trial meet the requirements of a Plan-Certified Controlled Clinical Trial.

° Benefits will be provided subject to all limitations and conditions of this Agreement, including utilization management requirements, except as specifically modified by the terms of this Section. Benefits will not be provided for non-covered expenses, including transportation, lodging or meals or for services or supplies to the extent that they are provided without charge or at a reduced charge to other Members in the Plan-Certified Controlled Clinical Trial who do not have insurance coverage for those expenses.

---

NOTE

Participation in a controlled clinical trial, including a Plan-Certified Controlled Clinical Trial, does not guarantee that the patient will receive the treatment being evaluated by the trial. In a randomized clinical trial, some patients may be treated under one or more alternative protocols as a control to assess the safety and effectiveness of the treatment that is being evaluated under the study. The Plan does not guarantee that you will be accepted for participation in a Plan-Certified Controlled Clinical Trial or that you will receive HDC/BMTSCT in a Plan-Certified Clinical Trial to which you have been accepted.

Coverage of HDC/BMTSCT for conditions listed in sections 3.11.c and 3.11.d, does not require participation in a controlled clinical trial. For covered conditions that are not listed in sections 3.11.c or 3.11.d, coverage of HDC/BMTSCT requires the patient's participation in a Plan-Certified Controlled Clinical Trial. Coverage will not be provided if the patient is not participating in a Plan-Certified Controlled Clinical Trial for any reason, including the unavailability of a Plan-Certified Controlled Clinical Trial, the patient's ineligibility for participation in a Plan-Certified Controlled Clinical Trial or the patient's unwillingness to participate in a Plan-Certified Controlled Clinical Trial or accept the conditions and requirements for participation in a Plan-Certified Controlled Clinical Trial.

---

SECTION 4
HOSPITAL SERVICES

Hospital benefits apply when you receive covered services at a Hospital (defined below) either as an inpatient or as an outpatient. Generally, when you receive care at a Hospital, the services include both a professional component and an institutional component. For example, if you have surgery, the Hospital may charge you for the operating room and equipment while the surgeon, anesthesiologist and radiologist may charge separately for their services. Benefits for professional services of Health Care Practitioners are described in Section 3; the benefits described in this Section apply to the institutional services that are provided and billed by the Hospital.

4.1   Hospital Defined. The benefits of this Section apply only to institutions that are operated in accordance with the laws of the jurisdiction in which they are located pertaining to institutions identified as hospitals, and primarily engaged in providing, for compensation from their patients on an inpatient basis, diagnostic and therapeutic facilities for surgical and/or medical diagnosis, treatment and care of injured and sick persons by or under the supervision of a staff of duly licensed doctors of medicine, and which continuously provides twenty-four (24) hour a day nursing service by registered graduate nurses, and which is not, other than incidentally, a place for the aged, or a nursing or convalescent home or institution.

4.2   Inpatient Hospital Services.

 a. Semiprivate room (2 or more patients);

 b. Private room and board accommodations only if:
  ° no semiprivate rooms are available at the time of admission (until one becomes available) or
  ° you must be isolated to prevent contagion; or
  ° the law requires your isolation due to a communicable disease or an infectious condition.

 c. Operating, recovery, anesthesia, intensive care, coronary care and cystoscopic room

 d. If maternity benefits covered under section 3.3, labor and delivery rooms. Routine nursery care is covered while the mother is hospitalized for covered maternity care under section 3.3 (routine care is covered under the mother's coverage; non-routine care requires that the newborn be enrolled in his or her own right);

 e. Anesthesia materials;

 f. Meals, including special diets;

 g. General nursing service (private duty nursing is excluded);

 h. Drugs and medicines provided by the Hospital while you are a patient in the Hospital, including intravenous solutions and injections, provided that such drugs and medications are listed in "The United States Pharmacopeia Dispensing Information", "The American Hospital Formulary Service Drug Information" or "The American Medical Association Drug Evaluations" at the time they are administered to the Member;

 i. Oxygen, including the use of equipment for its administration;

    j.   Blood handling; sera (including blood, blood plasma and blood expanders);

    k.   Inpatient diagnostic and treatment services provided and billed by the Hospital, including:

        °   Diagnostic procedures, laboratory tests and x-ray services, including:
- electrocardiogram, electroencephalogram; tonography;
- laboratory services;
- diagnostic x-ray services, diagnostic ultrasound services;

        °   Treatment and therapeutic services in connection with a covered procedure, including:
- chemotherapy (benefits for high dose chemotherapy are limited to covered procedures set forth in section 3.12);
- electroshock therapy;
- radiation therapy;
- radioisotope services.

2. physical therapy and inhalation therapy
3.
    1.   All other care in the nature of usual hospital services that are medically necessary for the care and treatment of the patient, provided that those services cannot be rendered in an outpatient setting and are not otherwise specifically excluded under your Agreement.

4.3   Outpatient Hospital Care.  Benefits are available for the following outpatient services rendered in the outpatient department of a Hospital or in an ambulatory surgical facility, in connection with a covered medical or surgical procedure under Section 3:

    a.   Use of operating room and recovery room;

    b.   Use of special procedure rooms;

    c.   Hemodialysis;

    d.   Laboratory, x-ray and machine tests;

    e.   Chemotherapy and radiation therapy (benefits for high dose chemotherapy are limited to covered procedures set forth in section 3.12);

    f.   Cardiac rehabilitation if:

        °   The Member has been diagnosed as having angina pectoris or has been hospitalized for a diagnosed myocardial infarction or coronary surgery; and

        °   The program is approved in advance by the Plan as meeting the following requirements:

           - The program must be provided or coordinated by a Hospital or other facility that we have previously approved to provide these services;

           - The program must provide continuous cardiac rehabilitative exercise, education and counseling.

A list of approved cardiac rehabilitation providers is available upon request.

4.4   Emergency Room Services.  Benefits for services received in or through a Hospital emergency room are limited to Emergency Services, only, as defined below.

"Emergency Services" means those health care services that are rendered after the sudden onset of a medical condition that manifests itself by symptoms of sufficient severity, including severe pain, that the absence of immediate medical attention could reasonably be expected by a prudent layperson who possesses an average knowledge of health and medicine to result in: (i) serious jeopardy to the mental or physical health of the individual; or (ii) danger of serious impairment of the individual's bodily functions; or (iii) serious dysfunction of any of the individual's bodily organs; or (iv) in the case of a pregnant woman, serious jeopardy to the health of the fetus.  Examples might include, but are not limited to, heart attacks, uncontrollable bleeding, inability to breathe, loss of consciousness, poisonings, and other acute conditions as we determine.

SECTION 5
HOME HEALTH CARE

5.1   Qualified Home Health Agency.   The benefits described in section 5.2 are available only when the patient is under the care of a Qualified Home Health Agency, as defined below.

A Qualified Home Health Agency is a licensed program which is a Participating Provider or which is approved for participation as a home health agency under Medicare or certified as a home health agency by the Joint Commission on Accreditation of Healthcare Organizations or any successor.

5.2   Covered Home Health Care.   The home health benefits listed below are available when care is received from a Qualified Home Health Agency, subject to our certification of the need and continued appropriateness of such services in accordance with our utilization management requirements.

1. Part-time or intermittent home nursing care by a licensed professional (LPN or RN) nurse.

2. Respiratory, speech, audiology, physical and occupational therapy that we determine will result in improvement of your condition and achieve demonstrable treatment objectives, as identified in the Qualified Home Health Agency's treatment plan.

3. Part-time or intermittent home health aide services.

4. Drugs and medications directly administered to the patient during a covered home health visit, including home intravenous infusion therapy and incidental medical supplies directly expended in the course of a covered home health visit.  Drugs and medications for home use (other than as described above) are not covered, except as may be provided under a separate Rider or Endorsement issued in conjunction with this Agreement.  Medical supplies and purchase or rental of durable medical equipment is covered under Section 9, below.

5. Covered diagnostic tests and laboratory services.

6. Services of a medical social worker.

7. Nutrition guidance by a registered dietician;

8. Ambulance services to or from a Hospital when your condition is such that other methods of transportation would be hazardous to your health.

5.3   Conditions for Coverage.   Home Health Services must be authorized or approved by us under our utilization management requirements as meeting the following conditions for coverage:

a.   The Member must be confined to "home" due to a medical condition.  "Home" can not be an institution, convalescent home or any facility which is primarily engaged in rendering medical or rehabilitative services to sick, disabled or injured persons.

b.   The home health visits must be a substitute for hospital care or for care in a Skilled Nursing Facility (i.e., if home health visits were not provided, the Member would have to be admitted to a Hospital or Skilled Nursing Facility).

c.  The Member must require and continue to require skilled nursing care or rehabilitation services "Skilled nursing care" means non-custodial care that requires medical training as a Registered Nurse (R.N.) or Licensed Practical Nurse (L.P.N.) for performance.

d.  The need for home health services must not be custodial in nature (see section 5.4, below).

e.  The plan of treatment covering the Home Health Care service is established and approved in writing by the attending physician.

f.  All services must be arranged and billed by the Qualified Home Health Agency.  Providers may not be retained directly by the Member.

5.4  Custodial Care Is Not Covered.  Benefits will not be covered under this Agreement (for Home health services or any other covered services)  for any visits or services which we determine were provided primarily for custodial care.  Custodial care is care which does not require the continuing attention of trained medical personnel.  This includes any service which can be learned and provided by an average individual who does not have medical training.  Examples of custodial care include:

a.  Assistance in performing the activities of daily living, such as feeding, dressing, and personal hygiene;

b.  Administration of oral medications, routine changing of dressing, or preparation of special diets; or

c.  Assistance in walking or getting in or out of bed.

These services are custodial even if the Member cannot provide this care for himself or herself because of age or illness and even if there is no one in the Member's household who can perform these services for the Member.

SECTION 6
SKILLED NURSING FACILITY SERVICES

6.1     Covered Skilled Nursing Facility Services.  The services listed below are covered only in a "Qualified Skilled Nursing Facility" as defined below during a Plan-approved confinement.  Coverage for Skilled Nursing Facility Services is subject to our certification of the need for Skilled Nursing Facility confinement and the appropriate length of stay for such confinement in accordance with our utilization management requirements.

a.  Room and board in a semiprivate room.

b.  The following inpatient physician and medical services if we determine that the Health Care Practitioner rendered services to you and that such services were medically required to diagnose or treat your condition.  In addition you must be eligible for Skilled Nursing Facility benefits for the day on which these services are rendered to you:

  °   Health Care Practitioner visits during your Hospital stay, one per day*;
  °   Consultation by another Health Care Practitioner when additional skilled care is required because of the complexity of your condition.

*Benefits are available for more than one inpatient visit per day if warranted by the complexity of your condition.  Also, benefits are not available for inpatient visits on any day on which benefits for your hospitalization have been denied.

c.  Services and supplies ordinarily furnished by the facility to inpatients for diagnosis or treatment, including:

  °   Use of special equipment in the facility.
  °   Drugs, medications, solutions, biological preparations, and medical supplies used while the Member is an inpatient in the facility.

6.2     Qualified Skilled Nursing Facility.  A "Qualified Skilled Nursing Facility" is a licensed facility which is approved for participation as a Skilled Nursing Facility under Medicare or certified as a Skilled Nursing Facility by the Joint Commission on Accreditation of Healthcare Organizations or any successor.  Skilled Nursing Facility benefits will not be provided in a facility that is used primarily as a rest home or a home for the aged, or in a facility for the care of drug addiction or alcoholism.

6.3    Conditions for Coverage.  Skilled Nursing Facility care must be authorized or approved by us as meeting the following conditions for coverage:

a.  The admission to the Skilled Nursing Facility must be a substitute for hospital care (i.e., if the Member were not admitted to a Skilled Nursing Facility, he or she would have to be admitted to a hospital).

b.  The Member must require skilled nursing care or skilled rehabilitation services which:

°  Are required on a daily basis;

°  Are not custodial (see section 5.4, above); and

Can only be provided on an inpatient basis.

c.  The admission and continued confinement must be certified by us as meeting the criteria for coverage.

SECTION 7
HOSPICE CARE

7.1 Covered Hospice Care Services. Benefits will be provided for the services listed below when provided by a Qualified Hospice Care Program, as defined below. Coverage for Hospice Care Services is subject to our certification of the need and continued appropriateness of such services in accordance with our utilization management requirements.

a. Intermittent nursing care by or under the direction of a registered nurse

b. Medical social services for the terminally ill patient and his or her "Immediate Family." Immediate Family means the patient's spouse and children or, if the terminally ill patient is a child, the parents, brothers and sisters of the child.

c. Nutritional guidance.

d. Non-custodial home health visits as described in Section 5.

e. Medical/surgical supplies.

f. Laboratory tests and x-ray services.

g. Ambulance services, when medically required.

h. Family counseling and bereavement services will be provided to the Immediate Family when authorized or approved by us and subject to the benefit limits set forth in the Schedule of Benefits.

7.2 Conditions for Coverage. Hospice Care Services must be certified by us, provided by a Qualified Hospice Care Program (as defined below) and meet the following conditions for coverage:

a. The Member must have a life expectancy of six months or less.

b. The Member's attending physician must submit a written Hospice Care Services plan of treatment to us.

c. The Member must meet the criteria of the Qualified Hospice Care Program.

d. The need and continued appropriateness of Hospice Care Services must be certified by us as meeting the criteria for coverage in accordance with our utilization management requirements.

7.3 Qualified Hospice Care Program. A "Qualified Hospice Care Program" is a coordinated, interdisciplinary program provided by a Hospital, Qualified Home health Agency or other Health Care Facility that is licensed or certified by the state in which it operates as a hospice program.

7.4 Hospice Eligibility Period. A Hospice Eligibility Period begins on the first date hospice services are rendered and terminates 180 days later or on the death of the terminally ill Member, if sooner. If the patient requires an extension of the Eligibility period, you or your representative must notify us in advance to request an extension of benefits. We reserve the right to extend the eligibility period on

an individual case basis if we determine that the patient's prognosis and continued need for services are consistent with a program of Hospice Care.

7.5   Hospice Benefits Not Provided.  The following are not covered:

a.  Services, visits, medical equipment or supplies that are not included in our approved plan of treatment.

b.  Financial and legal counseling.

c.  Any service for which a Qualified Hospice Care Program does not customarily charge the patient or his or her family.

d.  Reimbursement for volunteer services.

SECTION 8
MENTAL HEALTH AND SUBSTANCE ABUSE SERVICES

8.1   Covered Mental Health and Substance Abuse Care Services.   Benefits will be provided for the services listed below for diagnosis, care and treatment of Mental Illness, Emotional Disorder and Alcohol Abuse and Drug Abuse, as defined in section 8.2, below.   Coverage is subject to the limits described in the Schedule of Benefits, including limits on numbers of visits and days covered and, if applicable, limitations on the total benefits available for these services.   In addition, coverage is subject to our certification of the need and continued appropriateness of such services in accordance with our utilization management requirements, if any, set out in Section 2.

8.2   Mental Health Conditions and Substance Abuse

Mental Illness and Emotional Disorders.   Benefits for services required in connection with the diagnosis, care or treatment of Mental Illness and Emotional Disorders, as defined below, will be provided solely under and subject to the terms and conditions described in this Section.   For the purposes of determining the benefits, if any, available under your Agreement, Mental Illness and Emotional Disorders are broadly defined as including any mental disorder, mental illness, psychiatric illness, mental condition or psychiatric condition (whether organic or non-organic, whether of biological, nonbiological, chemical or nonchemical origin, and irrespective of cause, basis or inducement).   This includes, but is not limited to, psychoses, neurotic disorders, schizophrenic disorders, affective disorders, personality disorders, and psychological or behavioral abnormalities associated with transient or permanent dysfunction of the brain or related neurohormonal systems. (This is intended to include disorders, conditions and illnesses classified on Axes I and II in the current edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association, Washington, D. C.)

Alcohol Abuse means a disease that is characterized by a pattern of pathological use of alcohol with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

Drug Abuse means a disease which is characterized by a pattern of pathological use of a drug with repeated attempts to control the use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

8.3   Outpatient Mental Health and Substance Abuse Services.   The following services are covered, subject to the terms and conditions outlined below and in accordance with the limits described in the Schedule of Benefits:

a.   Diagnosis and treatment for mental illness and emotional disorders at physician offices, at other outpatient medical offices and facilities and at Qualified Partial Hospitalization Programs.

b.   Diagnosis and treatment for alcohol abuse and drug abuse as defined above, including detoxification and rehabilitative services as an outpatient in a covered alcohol or drug rehabilitation program or Qualified Partial Hospitalization Program.

    c. Other covered medical and medical ancillary services will be covered for conditions related to mental illness, emotional disorders, alcohol abuse and drug abuse on the same basis as other covered medical conditions.

8.4   Medication Management Office Visits. Office visits for medication management in connection with mental illness, emotional disorders, alcohol abuse or drug abuse.

8.5   Partial Hospitalization. Benefits are available for partial hospitalization in a Qualified Partial Hospitalization Program as defined below, subject to the limits described in the Schedule of Benefits.

A Qualified Partial Hospitalization Program means a licensed or certified facility or program that provides medically directed intensive or intermediate short-term treatment for mental illness, emotional disorder, drug abuse or alcohol abuse for a period of less than 24 hours but more than 4 hours in a day.

8.6   Inpatient Services. Benefits are available for inpatient treatment of mental illness, emotional disorders, alcohol abuse or drug abuse. When you are an inpatient in a Hospital or other Plan-approved Health Care facility for treatment of a mental illness, emotional disorders, alcohol abuse or drug abuse will be covered as follows:

    a. Hospital benefits will be provided, as described in Section 4, on the same basis as a medical (non-Mental Health or Substance Abuse) admission, up to the limits described in the Schedule of Benefits for benefits under this section.

    b. The following Inpatient Health Care Practitioner benefits apply only if you are eligible for Hospital Benefits under paragraph a, above for the day on which these services are rendered to you:

      ° Health Care Practitioner visits during your Hospital stay, one per day*;
      ° Intensive care which requires a Health Care Practitioner's attendance;
      ° Consultation by another Health care Practitioner when additional skilled care is required because of the complexity of your condition.

    *Benefits are available for more than one inpatient visit per day if warranted by the complexity of your condition. Also, benefits are not available for inpatient visits on any day on which Health care facility benefits have been denied.

    Health Care Practitioner services provided to a hospitalized Member, including physician visits, charges for intensive care or consultative services will be covered only if we determine that the Health Care Practitioner rendered services to the Member and that such services were medically required to diagnosis or treat the Member's condition.

    Coverage for inpatient Mental Health and Substance Abuse Services is subject to our certification of the need and continued appropriateness of such services in accordance with our utilization management requirements.

c. Diagnosis and treatment for alcohol abuse or drug abuse, including inpatient detoxification and rehabilitative services in an acute care hospital or Qualified Treatment Facility, as defined below.

A Qualified Treatment Facility means a non-residential facility or distinct part of a facility which is licensed in the jurisdiction(s) in which it operates and accredited by the Joint Commission of Accreditation of Healthcare Organizations (JCAHO) as a substance abuse and alcohol treatment facility and which operates a program for the treatment and rehabilitation of alcohol and drug abuse.

Members must meet the applicable criteria for acceptance into, and continued participation in, treatment facilities/programs, as determined by the Plan.

SECTION 9
MEDICAL DEVICES AND SUPPLIES

9.1   Benefits Provided.  Benefits will be provided for Covered Medical Devices and Medical Supplies (as defined below).  To qualify for benefits, the Member must have coverage under this Agreement at the time that the supply, equipment, prosthetic or appliance is prescribed and received.  When Durable Medical Equipment is rented, the Member must continue to be eligible to receive benefits for the duration of time for which the equipment is authorized.  Covered Medical Supplies are eligible for benefits.

9.2   Definitions

a.   Covered Medical Device.  As used in this Agreement, a Covered Medical Device means the following, subject to other terms and conditions of coverage, including the limitations and exclusions set forth in paragraph 3, below.

Covered Durable Medical Equipment means equipment furnished by a supplier, Qualified Home Health Agency or Hospice Care Program which is primarily and customarily used to serve a medical purpose; can withstand repeated use; generally is not useful to a person in the absence of illness or injury; is appropriate for use in the home; and is necessary and reasonable for the care or treatment of the Member's illness or injury.  All requirements of this definition must be met before an item can be considered Covered Durable Medical Equipment.  Items such as hospital beds, wheelchairs, home dialysis equipment, respirators,  commodes and suction machines are examples of Covered Durable Medical Equipment.

Covered Prosthetic Device means an externally worn device which replaces a body part or performs or assists the patient in performing a bodily function.  Covered Prosthetic Devices do not include eyeglasses or contact lenses (except when used as a prosthetic lens replacement for aphakic patients, as described below), hearing aids or dental prosthetics.  Artificial limbs and implanted prosthetic devices, such as pacemakers and hip or knee joints are examples of Covered Prosthetic Devices.  If you are aphakic due to intraocular surgery or an accidental injury, we will cover one pair of eyeglasses or contact lenses used to replace the natural lens and subsequent changes required due to a change in your prescription.

Covered Corrective Appliance means an externally worn brace which supports, aligns or corrects deformities to or improves the function of a limb or other moving body part, including soft or rigid gas permeable contact lenses or sclera shells for use in the treatment of a condition other than correction of vision.  Corrective braces, casts, slings, and crutches, are examples of Covered Corrective Appliances.

b.   Covered Medical Supply.   Benefits for Covered Medical Supplies are limited to the items listed below.  To qualify for benefits, Covered Medical Supplies must be prescribed or ordered by a Health Care Practitioner for the Member's own use and must be determined by us to be medically necessary and appropriate:

°   Diabetic diagnostic supplies used to test blood and urine for glucose and used by a patient at home, including testing supplies for special diabetic equipment;

    °   Disposable syringes necessary to self-administer insulin or other covered injectables

    °   Ostomy and catheter supplies;

    °   Dialysis supplies;

    °   Oxygen;

    °   Medical foods for inherited metabolic diseases and inborn deficiencies of amino acid metabolism;

    °   Dressings required in connection with a covered injury, surgical procedure or condition.

9.3   Exclusions and Limitations.

   a.   Benefits will not be provided for purchase, rental or repair of:

     °   Medical equipment/supplies of an expendable nature, except as specifically listed a s a Covered medical supply in paragraph a., above.  Non-covered supplies include incontinence pads or ace bandages.

     °   Equipment that can be used for non-medical purposes, such as air conditioners, humidifiers, electric air cleaners.  These items are not covered even though they may be prescribed, in the individual's case, for a medical reason.

     °   Equipment that basically serves comfort or convenience functions or is primarily for the convenience of a person caring for a Member, i.e., exercycle or other physical fitness equipment, elevators, hoyer lifts, shower/bath bench.

     °   Eyeglasses or contact lenses (except as stated above), hearing aids or dental prostheses or appliances.

     °   Corrective shoes (unless required to be attached to a leg brace), shoe lifts or special shoe accessories.

   b.   Benefits will be limited to the lower of purchase or rental, taking into account the length of time you required or are reasonably expected to require the equipment, the durability of the equipment, etc.

   c.   The purchase price or rental cost must be the least expensive of its type adequate to meet the medical needs of the Member.  If the Member selects a deluxe version of the appliance, device or equipment not determined by us to be medically necessary, we will pay an amount which does not exceed our payment for the basic device (minus the Member co-payment) and the Member will be fully responsible for paying the remaining balance.

   d.   Benefits for the repair, maintenance or replacement of Covered Durable Medical Equipment are limited as follows:

   ° Coverage of maintenance costs is limited to routine servicing such as testing, cleaning, regulating and checking of equipment.

   ° Coverage of repairs costs is limited to adjustment required by normal wear or by a change in the Member's condition and repairs necessary to make the equipment/appliance serviceable. Repair will not be authorized if the repair costs exceed the market value of the appliance, prosthetic or equipment.

   ° Replacement coverage is limited to once every two years due to irreparable damage and/or normal wear or a significant change in medical condition.  Replacement costs necessitated as a result of malicious damage, culpable neglect, or wrongful disposition of the equipment or device on the part of the Member or of a family Member are NOT covered.

9.4   Responsibility of the Plan.  We will not be liable for any claim, injury, demand or judgment based on tort or other grounds (including warranty of equipment) arising out of or in connection with the rental, sale, use, maintenance or repair of prosthetic devices, corrective appliances or durable medical equipment, whether or not covered under this Agreement.

SECTION 10
EXCLUSIONS

10.1 Medical Necessity and Appropriateness. Benefits will not be provided for services, tests, procedures or supplies which we determine are not necessary for the prevention, diagnosis or treatment of the Member's illness, injury or condition. Although a service or supply is listed as covered, benefits will be provided only if it is medically necessary and appropriate in the Member's particular case. A service or supply is medically necessary and appropriate only if, in our judgment it is:

a. Necessary and appropriate for the symptom, diagnosis, prevention or treatment of the Member's illness, injury or condition;

b. Consistent with the symptom, diagnosis, prevention or treatment of the Member's illness, injury or condition;

c. The most appropriate supply, treatment or level of service that can be provided safely to the Member and, if the Member is an inpatient, cannot be provided safely on an outpatient basis; and

d. Not primarily for the convenience of the Member or provider.

Services, supplies, and accommodations will not automatically be considered Medically Necessary because they were prescribed by an Eligible Provider. We may consult with professional medical consultants, peer review committees, or other appropriate sources for recommendations on whether the services, supplies, or accommodations a Member receives are Medically Necessary.

10.2 Accepted Medical Practice. Benefits will not be provided for any treatment, procedure, facility, equipment, drug, drug usage, device or supply which, in our judgment, is experimental, investigational or not in accordance with accepted medical or psychiatric practices and standards in effect at the time of treatment. A service or supply is deemed to be experimental or investigational if:

a. A preponderance of scientific data, such as controlled studies in peer-reviewed journals or literature has not demonstrated that its use results in an improved net health outcome for a specific diagnosis;

b. It is not in accordance with generally accepted standards of medical practice; or

c. It does not have federal or other required governmental agency approval at the time it is received.

10.3 Free Care. Payment will not be made for services which, if the Member were not covered under the Group Contract, would have been provided without charge, including any charge or any portion of a charge which, by law, the provider is not permitted to bill or collect from the patient directly.

10.4 Routine Care of Feet. Benefits will not be provided for any services in connection with corns, calluses, flat feet, fallen arches, weak feet, chronic foot strain, and symptomatic complaints of the feet or partial removal of a nail without the removal of its matrix. However, benefits will be provided for these services if we determine that medical attention was needed because of a medical condition affecting the feet, such as diabetes and, that all other conditions for coverage have been met.

10.5   Dental Care.  Except as provided in Section 3.10, benefits will not be provided for any other type of dental care including extractions, treatment of cavities, care of the gums or bones supporting the teeth, treatment of periodontal abscess, removal of impacted teeth, orthodontia, false teeth or any other dental services or supplies, unless provided in a separate Rider or Endorsement to this Agreement.

10.6   Oral Surgery.  Benefits are limited to non-dental surgical procedures for congenital defects, such as hare lip or cleft palate and for medically necessary diagnostic and surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to procedures to correct accidental injuries of the jaw, cheeks, lips, tongue, roof and floor of the mouth when such injuries occurred while covered under this Agreement; the reduction of, dislocation of, or excision of temporomandibular joints; procedures involving accessory sinuses, salivary glands or ducts; excision of tumors and cysts of the jaw, cheeks, roof and floor of the mouth when pathological examination is required; excision of exostosis of the jaw and hard palate when not related to the fitting of dentures; extraoral incision and drainage of abscesses with cellulites.  All other procedures involving the teeth or areas surrounding the teeth, including shortening of the mandible or maxillae for cosmetic purposes or for correction of malocclusion, Temporomandibular Joint Syndrome (TMJ) treatment or treatment for craniomandibular pain syndrome (CPS), will not be covered.  However, benefits will be provided for surgical services for TMJ and CPS, if Medically Necessary and if there is a clearly demonstrable radiographic evidence of joint abnormality due to an illness.

10.7   Cosmetic Services.  Benefits will not be provided for plastic surgery, cosmetic surgery or other services primarily intended to correct, change or improve the Member's appearance.  Except as provided in paragraph (b) below, such services are excluded, regardless of the underlying cause of the condition or any expectation that an alteration of the patient's appearance may be psychologically or developmentally beneficial to the patient.  Benefits for reconstructive surgery are limited to surgical procedures which, in our judgment, are:

a.   Medically necessary to correct conditions which have resulted in a functional physiological defect;

b.   Required to correct a congenital anomaly (must be a physical defect that was apparent at birth) that has produced a major physical effect on the Member's condition and provided the surgery or procedure can be reasonably expected to correct the condition; or

c.   Required to correct conditions which have resulted from accidental injury or non-cosmetic surgery if:

°   The accident or surgery has produced a major physical effect on the Member's appearance; and

°   At the time of the accident or surgery, the Member was enrolled under this coverage or another Plan-issued contract; and

°   In our judgment, the surgery can be reasonably expected to correct the condition.

10.8   Prescription Drugs.  Except as provided in a separate rider or endorsement to this Agreement, benefits will not be provided for prescription drugs, unless administered to the Member in the course

of covered outpatient or inpatient treatment.  Take-home prescriptions or medications, including self-administered injections which can be administered by the patient or by an average individual who does not have medical training, or medications which do not medically require administration by or under the direction of a physician are not covered, except as may be provided in a separate rider or endorsement to this Agreement, even though they may be dispensed or administered in a physician or provider office or facility.

10.9  Organ Transplants.  Organ transplant procedures, including complications resulting from any such procedure, services or supplies related to any such procedure such as, but not limited to, high dose chemotherapy, radiation therapy or any other form of therapy, or immunosuppressive drugs are not covered, except as provided in Sections 3.11 and 3.12.

10.10 Other Exclusions.  Benefits will not be provided for the following:

a.  Services or supplies received before the effective date of your coverage under this Agreement.

b.  Treatment of sexual dysfunctions or inadequacies limited to surgical implants for impotence (medical therapy and psychiatric treatment are not covered).

c.  Any procedure or treatment designed to alter an individual's physical characteristics to those of the opposite sex.

d.  Weight reduction or obesity treatment.

e.  Speech therapy, occupational therapy or physical therapy, unless we determine that your condition is subject to improvement.  Coverage does not include  nonmedical ancillary services such as vocational rehabilitation, employment counseling, or educational therapy.

f.  Fees and charges relating to fitness programs, weight loss or weight control programs, physical, pulmonary conditioning programs or other programs involving such aspects as exercise, physical conditioning, use of passive or patient-activated exercise equipment or facilities and self-care or self-help training or education.  Cardiac rehabilitation programs are covered as described in Section 4.3.f.

g.  Medical or surgical treatment of myopia or hyperopia, including radial keratotomy and other forms of refractive keratoplasty or any complications thereof.

h.  Services to the extent they are covered by any governmental unit, except in Veteran's Administration or armed forces facilities for services received, such as for non-service connected disabilities, for which the recipient is liable.  Services or supplies for injuries or diseases related to a covered person's job to the extent the covered person is required to be covered by a workers' compensation law.  Services or supplies resulting from accidental bodily injuries arising out of a motor vehicle accident to the extent the services are payable under a medical expense payment provision of an automobile insurance policy, excluding no fault insurance.

i.  Services that are beyond the scope of the license of the provider performing the service.

j.  Except for covered ambulance services, travel, whether or not recommended by an Eligible Provider.

k.  Services or supplies for conditions that State or local laws, regulation, ordinances, or similar provisions require to be provided in a public institution.

l.   Services or supplies received from a dental or medical department maintained by or on behalf of an employer, mutual benefit association, labor union, trust, or similar persons or groups.

m.  Contraceptive devices.

n.  Partial removal of a nail without the removal of the matrix.

o.  Assistive reproductive procedures, other than those described in Section 3.3.b.

p.  Any claim, bill or other demand or request for payment for health care services determined to be furnished as a result of a referral prohibited by Section I-302 of the Maryland Health Occupations Article.

q.  Services solely on court order or as a condition of parole or probation unless approved by the Plan.

r.  Any illness or injury caused by war, declared or undeclared, including armed aggression.

s.  Any service, supply or procedure which is not specifically listed in your Agreement as a covered benefit.

**ATTACHMENT B**

**SCHEDULE OF BENEFITS**

| GENERAL PLAN BENEFIT FEATURES | |
|---|---|
| **DEDUCTIBLES** | |
| IN-NETWORK DEDUCTIBLE | OUT-OF-NETWORK DEDUCTIBLE |
| The Individual Deductible is $ 0 per calendar year.<br><br>The Family Deductible is $ 0 per calendar year.<br><br>The following amounts apply to the In-Network Deductible:<br><br>c.   100% of the Preferred Provider Allowance for covered In-Network services that are subject to the In-Network Deductible, as indicated in the benefit chart below.<br><br>Any amounts that have been applied to the Out-of-Network Deductible will also count toward your In-Network Deductible. | The Individual Deductible is $250 per calendar year.<br><br>The Family Deductible is $500 per calendar year.<br><br>The following amounts apply to the Out-of-Network Deductible:<br><br>100% of Plan Allowance for covered Out-of-Network services that are subject to the Deductible, as indicated in the benefit chart below.<br><br>Any amounts that have been applied to the In-Network Deductible will also count toward your Out-of-Network Deductible. |
| **IN-NETWORK AND OUT-OF-NETWORK DEDUCTIBLES** | |

If you have Self-Only Coverage, you must meet the Individual Deductible.

If you have Two-Party Coverage, each Member must satisfy their own Deductible by meeting the Individual Deductible.

If you have Family Coverage, you can satisfy your own Deductible by meeting the Individual Deductible.  In addition, eligible expenses of all covered members can be combined to satisfy the Family Deductible.  An individual family member cannot contribute more than the Individual Deductible toward meeting the Family Deductible.  Once the Family Deductible is met in this manner, this will satisfy the Deductible for all covered family members.

The following amounts may <u>not</u> be used to satisfy the In-Network OR Out-of-Network Deductibles:

   a.   Copayments.

   b.   Amounts incurred for failure to comply with the Utilization Management Program requirements.

   c.   The portion of any provider charge that is in excess of the Plan Allowance.

The benefit chart below indicates whether a covered service is subject to a Deductible.  If a Deductible

applies, the chart will also indicate whether a Deductible applies to In-Network benefits, Out-of-Network benefits, or both.

| Out-Of-Pocket Limits | |
|---|---|
| IN-NETWORK | OUT-OF-NETWORK |
| The Individual Out-of-Pocket Limit is $1,000 per calendar year. | The Individual Out-of-Pocket Limit is $2,000 per calendar year. |
| The Family Out-of-Pocket Limit is $2,000 per calendar year. | The Family Out-of-Pocket Limit is $4,000 per calendar year. |
| These amounts apply to the In-Network Out-of-Pocket Limit: | These amounts apply to the Out-of-Network Out-of-Pocket Limit: |
| Coinsurance for Covered In-Network Services. | Coinsurance for Covered Out-of-Network Services. |
| Copayments for Covered In-Network Services. | Copayments for Covered Out-of-Network Services. |
| The In-Network Deductible. | |
| The Out-of-Network Deductible. | The Out-of-Network Deductible. |
| When you have reached the In-Network Out-of-Pocket Limit, no further Coinsurance or Deductibles will be required in that calendar year for In-Network services. | The In-Network Deductible. |
| | When you have reached the Out-of-Network Out-of-Pocket Limit, no further Coinsurance or Deductibles will be required in that calendar year for Out-of-Network services. |

### IN-NETWORK AND OUT-OF-NETWORK

If you have Self-Only Coverage, you must meet the Individual Out-of-Pocket Limit.

If you have Two-Party Coverage, each Member must satisfy their own Out-of-Pocket Limit by meeting the Individual Out-of-Pocket Limit.

If you have Family Coverage, you can satisfy your own Out-of-Pocket Limit by meeting the Individual Out-of-Pocket Limit. In addition, eligible expenses of all covered members can be combined to satisfy the Family Out-of-Pocket Limit. An individual family member cannot contribute more than the Individual Out-of-Pocket Limit toward meeting the Family Out-of-Pocket Limit. Once the Family Out-of-Pocket Limit is met in this manner, this will satisfy the Out-of-Pocket Limit for all covered family members.

The following amounts may not be used to meet the In-Network or Out-of-Network Out-of-Pocket Limits:

> Coinsurance or Copayments, if any, for services covered under a Rider or Endorsement, unless specifically provided in the Rider or Endorsement.

Amounts incurred for failure to comply with the Utilization Management Program requirements.

The portion of any provider charges which is in excess of the Plan Allowance.

### MAXIMUM COMBINED OUT-OF-POCKET LIMIT

If you are using a combination of In-Network and Out-of-Network services, this feature avoids having to meet two separate Out-of-Pocket Limits.  Your total Out-of-Pocket expenses (In-Network and/or Out-of-Network combined) are limited to your Out-of-Network Out-of-Pocket Limit amount.  You can meet the Maximum Combined Out-of-Pocket Limit through any combination of In-Network and/or Out-of-Network Out-of-Pocket Limit expenses.  If you meet your Maximum Combined Out-of-Pocket Limit, this automatically satisfies your In-Network **and** Out-of-Network Out-of-Pocket Limits for that year.

### LIFETIME MAXIMUM

There is a Lifetime Maximum of $2,000,000 per Member.

100% of all benefit payments made to or on behalf of a Member are applied to the Member's Lifetime Maximum.

If you exceed the Lifetime Maximum, your benefits thereafter will be limited to a Restoration Allowance of $2,500 per calendar year.  For the remainder of the calendar year in which you exceed your Lifetime Maximum, the $2,500 Restoration Allowance will be reduced by the total amount of benefits you received that year before meeting your Lifetime Maximum.

### UTILIZATION MANAGEMENT NON-COMPLIANCE

Failure or refusal to comply with Utilization Management Requirements will result in:
Benefits for health care facility services associated with your care or treatment will be reduced by 50%.

| BENEFITS |
|---|

| **PLAN ALLOWANCES** |
|---|
| **Preferred Providers**.  For services and supplies provided by Preferred Providers, the benefit payments are based on Preferred Provider Allowances.<br><br>**Participating Providers**.  For services and supplies provided by Participating Providers, the Plan Allowance is based on Participating Provider Allowances.<br><br>**Non-Participating Providers**.  When you use a Non-Participating Provider, the Plan Allowance is based on the Participating Provider Allowances.  Non-Participating Providers may bill you for any balance above the Plan Allowance. |

| **SERVICE** | **SPECIAL LIMITATIONS** | **PLAN COVERS** | | |
|---|---|---|---|---|
| | | **IN-NETWORK** | **SUBJECT TO DEDUCTIBLES ?** | **OUT-OF NETWORK** |
| **PHYSICIAN AND PROVIDER SERVICES** | | | | |
| **Preventive Services** | | | | |
| Child Wellness | Up to age 18 | 100% of the Preferred Provider Allowance, minus a Member Copayment of $10 per visit<br><br>(Including related lab tests and immunizations) | NO | 80% of Plan Allowance<br><br>(Including related lab tests and immunizations) |
| Adult Preventive Physical Examinations | Age 18 and over | 100% of the Preferred Provider Allowance, minus a Member Copayment of $10 per visit<br><br>(Including related services) | Out-of-Network, Only | 80% of Plan Allowance<br><br>(Including related services) |

| SERVICE | SPECIAL LIMITATIONS | PLAN COVERS | | |
|---|---|---|---|---|
| | | IN-NETWORK | SUBJECT TO DEDUCTIBLES ? | OUT-OF NETWORK |
| Screening Mammography | Age 35-39: One baseline mammogram of each breast.<br><br>Age 40-49: One preventive mammogram of each breast every two calendar years or more frequently if recommended by a physician.<br><br>Age 50 and above: One preventive mammogram of each breast per calendar year. | 100% of the Preferred Provider Allowance | NO | 100% of Plan Allowance |
| Routine Pap Smears | None | 100% of the Preferred Provider Allowance | NO | 100% of Plan Allowance |
| **Diagnostic and Treatment Services** | | | | |
| Office Visits | None | 100% of the Preferred Provider Allowance, minus a Member Copayment of $10 per visit | Out-of-Network, Only | 80% of Plan Allowance |
| Allergy Shots | None | 100% of the Preferred Provider Allowance, minus a Member Copayment of $5 per visit | Out-of-Network, Only | 80% of Plan Allowance |
| Other Covered Services | None | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |

| SERVICE | SPECIAL LIMITATIONS | PLAN COVERS | | |
|---------|---------------------|-------------|---|---|
| | | IN-NETWORK | SUBJECT TO DEDUCTIBLES ? | OUT-OF NETWORK |
| Maternity and Related Services | | | | |
| Standard Benefits | None | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| Extended Benefits | The Subscriber/Spouse and Dependent children are eligible for these benefits. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| Surgical Care | Benefits apply on an inpatient or outpatient basis. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| Inpatient Medical Care | Covered only if hospitalization qualifies for coverage. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| Anesthesia Service | Benefits apply on an inpatient or outpatient basis when provided in connection with a covered procedure. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| Ambulance Service | None | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| **HOSPITAL SERVICES** | | | | |
| **Inpatient Hospital Services** | Must be authorized in advance under utilization management program.  Your Preferred Provider will handle In-Network utilization management requirements on your behalf. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| **Outpatient Hospital Services** | | | | |
| Emergency Room Treatment | None | 100% of the Preferred Provider Allowance, minus a Member Copayment of $50 | NO | Covered at the In-Network Level (does not require the use of a Preferred Provider) |

| SERVICE | SPECIAL LIMITATIONS | PLAN COVERS | | |
| --- | --- | --- | --- | --- |
| | | IN-NETWORK | SUBJECT TO DEDUCTIBLES ? | OUT-OF NETWORK |
| | | per visit | | |
| Cardiac Rehabilitation | Limited to 90 days per calendar year. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| Other Outpatient Hospital Services | None | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| **HOME HEALTH CARE** | Must be authorized in advance under utilization management program.<br><br>Your Preferred Provider will handle In-Network utilization management requirements on your behalf.<br><br>Limited to 40 visits (up to four hours per visit) per calendar year. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| **SKILLED NURSING FACILITY SERVICES** | Must be authorized in advance under utilization management program.<br><br>Your Preferred Provider will handle In-Network utilization management requirements on your behalf.<br><br>Limited to 60 days per calendar year. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |

| SERVICE | SPECIAL LIMITATIONS | PLAN COVERS | | |
|---|---|---|---|---|
| | | IN-NETWORK | SUBJECT TO DEDUCTIBLES ? | OUT-OF NETWORK |
| **HOSPICE CARE SERVICES** | Must be authorized in advance under utilization management program.<br><br>Your Preferred Provider will handle In-Network utilization management requirements on your behalf.<br><br>Services limited to maximum 180 day Hospice Eligibility Period.<br><br>Bereavement Counseling will be provided for the Immediate Family or Family Caregiver of the Member for the 6-month period following the Member's death or 15 visits, whichever occurs first. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| **MENTAL HEALTH AND SUBSTANCE ABUSE CARE** | | | | |
| **Outpatient Services** | | | | |
| Medication Management Office Visits | None | 100% of the Preferred Provider Allowance, minus a Member Copayment of $10 per visit | Out-of-Network, Only | 80% of Plan Allowance |

| SERVICE | SPECIAL LIMITATIONS | PLAN COVERS | | |
|---|---|---|---|---|
| | | IN-NETWORK | SUBJECT TO DEDUCTIBLES ? | OUT-OF NETWORK |
| Other Outpatient Services | None | Per calendar year:<br><br>Visits 1-5: 100% of the Preferred Provider Allowance<br><br>Visits 6-30: 80% of the Preferred Provider Allowance<br><br>Visits in excess of 30: 50% of the Preferred Provider Allowance | Out-of-Network, Only | Per calendar year:<br><br>Visits 1-5: 80% of Plan Allowance<br><br>Visits 6-30: 65% of Plan Allowance<br><br>Visits in excess of 30: 50% Plan Allowance |
| **Partial Hospitalization** | None | 100% of the Preferred Provider Allowance, minus a Member Copayment of $10 per visit | Out-of-Network, Only | 80% of Plan Allowance |
| **Hospital Inpatient** | Must be authorized in advance under utilization management program.<br><br>Your Preferred Provider will handle In-Network utilization management requirements on your behalf. | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |
| **MEDICAL DEVICES AND SUPPLIES** | None | 100% of the Preferred Provider Allowance | Out-of-Network, Only | 80% of Plan Allowance |

**FOREIGN TRANSPORTATION SERVICES COVERAGE RIDER**
issued by

# GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

trading as
**CareFirst BlueCross BlueShield (CareFirst)**
(the "Plan")

840 First Street, NE
Washington, DC 20065

An Independent Licensee of Blue Cross and Blue Shield Association

The following provisions regarding FOREIGN TRANSPORTATION SERVICES COVERAGE are added to and made a part of your Certificate or Agreement, effective as of the effective date of your coverage under the Certificate or Agreement.

## SECTION 1:  FOREIGN TRANSPORTATION SERVICES

Subject to the terms and conditions of this Rider, and the Certificate or Agreement to which it is attached, upon your request, or the request of one acting in your behalf, we, or our authorized agent, will provide the following benefits:

> If you are outside the United States and require treatment by a medical professional, this Rider provides the benefits described below for costs required to transport you to the nearest location where more appropriate medical care is available to you.  Benefits include air or ground ambulance services, when medically necessary.  Benefits under this Rider are not subject to provisions in your Certificate or Agreement which exclude or limit benefits for air or ground ambulance services.

## SECTION 2:  BENEFITS FOR FOREIGN TRANSPORTATION SERVICES

The following benefits will be provided for covered Foreign Transportation Services:

A.  Benefits are subject to the Deductible set forth in Attachment B of your Certificate or Agreement.

B.  We will cover 100% of the Plan Allowance for covered Foreign Transportation Services.

C.  Benefits under this Rider are subject to the Out-of-Pocket Limit, as described in Attachment B of your Certificate or Agreement.

D.  Benefits under this Rider are subject to the Lifetime Maximum Benefit, as described in Attachment B of your Certificate or Agreement.

**SECTION 3:  GENERAL PROVISIONS**

Except as provided above, this Rider is subject to all of the terms and conditions of the Certificate or Agreement to which this Rider is attached.  This Rider does not change any of those terms or conditions, except as specifically stated in this Rider.

**Group Hospitalization and Medical Services, Inc.**

_David Wolf_

David Wolf
Interim President and Chief Executive Officer

**AMENDMENT**
(Utilization Management Changes)
Issued by

# GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
trading as
## CareFirst BlueCross BlueShield (CareFirst)
(the "Plan")
840 First Street, NE
Washington, DC  20065
202-479-8000

An Independent Licensee of Blue Cross and Blue Shield Association

This Amendment is effective as of the effective date of the Certificate or Agreement to which it is attached.

The Services Subject to Utilization Management subsection of the Utilization Management Requirements section in the Certificate of Coverage to which this Amendment is attached is hereby amended to add the following provision:

<u>Mental Illness, Emotional Disorders, Drug Abuse and Alcohol Abuse Services.</u>  We will review and evaluate claims for mental illness, emotional disorders, drug abuse and alcohol abuse services to assess the medical necessity and appropriateness of the services.  We will instruct you or your representative, as applicable, about the procedures to follow, including the need to submit additional information and any requirements for re-notification during the course of treatment.

The first item listed under the Other Services paragraph in the Services Subject to Utilization Management subsection of the Utilization Management Requirements ("Outpatient Speech Therapy, Occupational Therapy or Physical Therapy" or "Outpatient Speech, Occupational and Physical Therapy") is hereby deleted.

This Amendment is subject to all the terms and conditions of the Certificate or Agreement to which this Amendment is attached.  This Amendment does not change any of those terms and conditions, unless specifically stated in this Amendment.

### GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

David Wolf
Interim President and Chief Executive Officer

# GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

trading as
### CareFirst BlueCross BlueShield (CareFirst)
840 First Street, NE
Washington, DC 20065

An Independent Licensee of the Blue Cross and Blue Shield Association

## BLUECARD PPO AMENDMENT
## TO
## ATTACHMENT A, THE DESCRIPTION OF COVERED SERVICES

This Amendment is effective as of the effective date of the Certificate or Agreement to which it is attached or January 28, 1997, whichever is later. Section 1.7 d., *Out-of-Area Program*, contained in Attachment A, The Description of Covered Services, is hereby deleted and replaced by the following:

    **d.**    **BlueCard Program** - The independent Blue Cross and Blue Shield Plans throughout the country work together in a cooperative arrangement, called the BlueCard Program. Under this Program, if you receive services outside our CareFirst service area from an eligible provider that participates with another Blue Cross and/or Blue Shield Plan ("Host Plan") you are responsible only for your coinsurance, copayment, and/or deductible. The calculation of your liability for covered services for claims incurred will be processed through the BlueCard Program. Your coinsurance, copayment, and/or deductible payments will be based on the lower of the provider's billed charges or the negotiated rate we, CareFirst, pay the Host Plan.

The negotiated rate paid by us, CareFirst, to the Host Plan for health care services provided through the BlueCard Program may represent either:

    (i)    the actual price paid on the claim, or

    (ii)    an estimated price that reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions with all of the Host Plan's health care providers OR one or more particular providers, or

    (iii)    a discount from billed charges representing the Host Plan's expected average savings for all of its providers or for a specified group of providers.

Host Plans using either the estimated price or average savings factor methods may prospectively adjust the estimated or average price to correct for overestimated or underestimated past prices.

In addition, in a small number of states, statutes require Blue Cross and/or Blue Shield Plans to use a basis for calculating your liability for covered services that does not reflect the entire savings realized or expected to be realized on a particular claim. Therefore, when you receive covered services in these states, your liability for covered services will be calculated using these states' statutory methods. However, when this payment method results in a conflict of statutes or regulations between two states, we, CareFirst, are

obligated to comply with the statutes of the jurisdiction in which this contract was issued.

e.   **BlueCard PPO.**  As a Member of a BCBS Preferred Provider product, when you receive treatment under the BlueCard Program described above, you may take advantage of the "Host" Plan's preferred provider network.  If you see a preferred provider from the Host Plan, you will receive benefits at the "In-Network" level and will only be responsible for your coinsurance, copayment, and/or deductible.  If you choose not to see a preferred provider from the Host Plan, when one was available to you, benefits will be administered at the "Out-of-Network" level.

To receive "In-Network" benefits through BlueCard PPO Program, the Member should follow the steps outlined below:

(i)   Call the BlueCard PPO number, 1-800-810-BLUE (2583), to obtain names of preferred providers in that area.  (This phone number is also printed on your identification card).

(ii)   Present your identification card with the PPO Logo to the preferred provider.

(iii)   The preferred provider will render the service and submit the claim to the Host Plan.  The claim will then be processed through the BlueCard Program described above.

(iv)   The Member is responsible for obtaining authorization for the following services:

Hospitalization
Home Health Care
Skilled Nursing Facility
Hospice

Failure to receive authorization and to comply with the Utilization Management Requirements will result in penalties.  Please consult your Attachment B, the Schedule of Benefits, for more information.

(v)   If you receive services from a provider under the following circumstances, you will receive benefits at the "in-network" level

Emergency Medical Services;
Receive services from an Exempt Provider
A Preferred Provider refers you to a Non-Preferred Provider.

This Amendment is subject to all of the terms of the Certificate or Agreement to which it is attached. This Amendment does not change any of those terms except as specifically stated.

**GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.**

David Wolf
Interim President and Chief Executive Officer

AMENDMENT
(Preventive Services)

# GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

trading as
CareFirst BlueCross BlueShield (CareFirst)
(the "Plan")
840 First Street, NE
Washington, DC 20065
An Independent Licensee of Blue Cross and Blue Shield Association

This Amendment is effective as of the effective date of the Certificate or Agreement to which it is attached.  Section 3.1, Preventive Services, of the Description of Covered Services is hereby deleted and replaced with the following:

3.1     Preventive Services.  Benefits are available for the following preventive services:

a.      Well child visits including but not limited to the following :

All visits for and costs of childhood and adolescent immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control;

Visits for the collection of adequate samples for hereditary and metabolic newborn screening and follow-up between birth and 4 weeks of age, the first of which to be collected before two weeks of age;

All visits for and costs of age-appropriate screening tests for tuberculosis, anemia, lead toxicity, hearing, and vision as determined by the American Academy of Pediatrics;

The following services at each of the visits described above:

A physical examination;

A developmental assessment;

Parental anticipatory guidance;

Laboratory tests considered necessary by the physician as indicated by the services provided as described above.

b.      The following cancer screening services:

Pap smears, at intervals appropriate to the Member's age and health status, as determined by the Plan;

Mammography services, at intervals described in the Schedule of Benefits (Attachment B); and

Prostate cancer services - benefits are available for a medically recognized diagnostic examination which shall include a Digital Rectal Exam and the Prostate-Specific Antigen (PSA) Test.  This service will pay in accordance with other cancer screening services such as Pap smears and Mammography services, as described in the Schedule of Benefits, but will not be subject to the same limitations.

c.      Other preventive services, if any, as set forth in your Schedule of Benefits.

In addition, Section 3.2.b, Diagnostic and Treatment Services, of the Description of Covered Services is hereby amended to read as follows:

b.      Diagnostic procedures, laboratory tests and x-ray services, including:

electrocardiogram, electroencephalogram; tonography;

laboratory services, including: prostate-specific antigen (PSA) tests and digital rectal exams when used for the purpose of guiding patient management in monitoring the response to prostate cancer treatment and/or when used for staging in determining the need for a bone scan in patients with prostate cancer;

diagnostic x-ray services, diagnostic ultrasound services;

This Amendment is subject to all the terms and conditions of the Certificate or Agreement to which it is attached and does not change any terms and conditions, except as specifically stated.

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

David Wolf
Interim President and Chief Executive Officer

AMENDMENT
(Osteoporosis Prevention and Treatment)

**GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.**
trading as
**CareFirst BlueCross BlueShield (CareFirst)**
(the "Plan")
840 First Street, NE
Washington, DC 20065
An Independent Licensee of Blue Cross and Blue Shield Association

This Amendment is effective as of the effective date of the Certificate or Agreement to which it is attached.  Section 3, Physician and Provider Services, of the Description of Covered Services is hereby amended to include the following provision:

3.13   **Osteoporosis Prevention and Treatment Services.**

Benefits are available for Bone Mass Measurement for the prevention, diagnosis, and treatment of Osteoporosis when the Bone Mass Measurement is requested by a Health Care Provider for the Qualified Individual.

"Bone Mass Measurement" means a radiologic or radioisotopic procedure or other scientifically proven technology performed on a Qualified Individual for the purpose of identifying bone mass or detecting bone loss.

"Qualified Individual" means:

° an estrogen deficient individual at clinical risk for osteoporosis;

° an individual with a specific sign suggestive of spinal osteoporosis, including roentgenographic osteopenia or roentgenographic evidence suggestive of collapse, wedging, or ballooning of one or more thoracic or lumbar vertebral bodies, who is a candidate for therapeutic intervention or for an extensive diagnostic evaluation for metabolic bone disease;

° an individual receiving long-term glucocorticoid (steroid) therapy;

° an individual with primary hyperparathyroidism; or

° an individual being monitored to assess the response to or efficacy of an approved osteoporosis drug therapy.

This Amendment is subject to all the terms and conditions of the Certificate or Agreement to which it is attached and does not change any of those terms and conditions, except as specifically stated.

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

David Wolf
Interim President and Chief Executive Officer

AMENDMENT
(Hospice Care Benefits)

## GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
trading as
CareFirst BlueCross BlueShield (CareFirst)
(the "Plan")
840 First Street, NE
Washington, DC 20065
202-479-8000
An Independent Licensee of Blue Cross and Blue Shield Association

This Amendment is effective as of the effective date of the Certificate or Agreement to which it is attached.  Section 7 of the Description of Covered Services is hereby deleted and replaced with the following:

SECTION 7
HOSPICE CARE

7.1     Covered Hospice Care Services.  Benefits will be provided for the services listed below when provided by a Qualified Hospice Care Program, as defined below.  Coverage for Hospice Care Services is subject to our certification of the need and continued appropriateness of such services in accordance with our utilization management requirements.

   a.     Intermittent nursing care by or under the direction of a registered nurse.

   b.     Medical social services for the terminally ill patient and his or her Immediate Family. "Immediate Family" means the spouse, parents, siblings, grandparents, and children of the terminally ill Member.

   c.     Counseling, including dietary counseling, for the terminally ill Member.

   d.     Non-custodial home health visits as described in Section 5.

   e.     Services, visits, medical/surgical equipment or supplies; including equipment and medication required to maintain the comfort and manage the pain of the terminally ill Member.

   f.     Ambulance services, when medically required.

   g.     Family Counseling will be provided to the Immediate Family and the Family Caregiver before the death of the terminally ill Member when authorized or approved by us. "Family Counseling" means counseling given to the Immediate Family or Family Caregiver of the terminally ill Member for the purpose of learning to care for the Member and to adjust to the death of the Member. "Family Caregiver" means a relative by blood, marriage, or adoption who lives with or is the primary caregiver of the terminally ill Member.

    h.      Bereavement Counseling will be provided for the Immediate Family or Family Caregiver of the Member for the 6-month period following the Member's death or 15 visits, whichever occurs first. "Bereavement Counseling" means counseling provided to the Immediate Family or Family Caregiver of the Member after the Member's death to help the Immediate Family or Family Caregiver cope with the death of the Member.

    i.       Respite Care will be limited to an annual benefit of 14 days. "Respite Care" means temporary care provided to the terminally ill Member to relieve the Family Caregiver from the daily care of the Member.

    j.       30 days of inpatient care per Member.

7.2    <u>Conditions for Coverage</u>. Hospice Care Services must be certified by us provided by a Qualified Hospice Care Program (as defined below) and meet the following conditions for coverage:

    a.      The Member must have a life expectancy of 6 months or less.

    b.      The Member's attending physician must submit a written Hospice Care Services plan of treatment to us.

    c.      The Member must meet the criteria of the Qualified Hospice Care Program.

    d.      The need and continued appropriateness of Hospice Care Services must be certified by us as meeting the criteria for coverage in accordance with our utilization management requirements.

7.3    A "Qualified Hospice Care Program" is a coordinated, interdisciplinary program provided by a Hospital, Qualified Home Health Agency or other Health Care Facility that is licensed or certified by the state in which it operates as a Hospice Program and is designed to meet the special physical, psychological, spiritual and social needs of terminally ill individuals and their families, by providing palliative and supportive medical, nursing and other health services through home or inpatient care during the illness and bereavement period.

7.4    <u>Hospice Eligibility Period</u>. A Hospice Eligibility Period begins on the first date hospice services are rendered and terminates 180 days later or on the death of the terminally ill Member, if sooner. If the patient requires an extension of the Eligibility period, you or your representative must notify us in advance to request an extension of benefits. We reserve the right to extend the eligibility period on an individual case basis if we determine that the patient's prognosis and continued need for services are consistent with a program of Hospice Care.

7.5    <u>Hospice Benefits Not Provided</u>. The following are not covered:

    a.      Services, visits, medical equipment or supplies not required to maintain the comfort and manage the pain of the terminally ill member.

    b.      Financial and legal counseling

    c.      Any services for which a Qualified Hospice Care Program does not customarily charge the patient or his or her family.

d.       Reimbursement for volunteer services.

This Amendment is subject to all the terms and conditions of the Certificate or Agreement to which it is attached and does not change any of those terms and conditions, except as specifically stated.

**GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.**

David Wolf
Interim President and Chief Executive Officer

# GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC

trading as
**CareFirst BlueCross BlueShield (CareFirst)**
840 First Street, NE
Washington, DC 20065

## CONTRACEPTIVE DRUGS AND DEVICES AMENDMENT

This Amendment is effective as of the effective date of the Certificate or Agreement to which it is attached. This Amendment amends Section 10, Other Exclusions, of Attachment A, Description of Covered Services.

Section 10 - Exclusions, Provision 10.10m. is deleted and replaced by the following:

10.10m. Contraceptive Drugs and Devices. Except as provided in a separate rider or endorsement to this Agreement, benefits will not be provided for contraceptive drugs or devices, unless otherwise stated below:

> Depo-Provera, Norplant, and Intrauterine Devices (I.U.D's) administered to the Member in the course of covered outpatient or inpatient treatment are covered under this Agreement.

This Amendment is subject to all the terms and conditions of the Certificate, Agreement and/or Description of Covered Services to which this Amendment is attached. This Amendment does not change any of those terms and conditions unless specifically stated in this Amendment.

Group Hospitalization and Medical Services, Inc.

David Wolf
Interim President and Chief Executive Officer

## Group Hospitalization and Medical Services, Inc.

trading as
CareFirst BlueCross BlueShield (CareFirst)
840 First Street, NE
Washington, DC  20065
(202) 479-8000

This Amendment is effective as of the effective date of this contract.

The Certificate, to which this Amendment is attached, is hereby amended to include the following:

Notwithstanding any provision in the Certificate of Coverage to which this Amendment is attached, benefits will be provided for Diabetes Equipment, Supplies, and Self-Management Training.

Coverage will be provided for all medically appropriate and necessary diabetes equipment, diabetes supplies, and diabetes outpatient self-management training and educational services, including medical nutrition therapy, when deemed by the treating physician or other appropriately licensed health care provider to be necessary for the treatment of diabetes (Types I and II), or elevated blood glucose levels induced by pregnancy.

If deemed necessary, the diabetes outpatient self-management training and educational services, including medical nutrition therapy, shall be provided through a program supervised by an appropriately licensed, registered, or certified health care provider whose scope of practice includes diabetes education or management.

Group Hospitalization and Medical Services, Inc.

David Wolf
Interim President and Chief Executive Officer

AMENDMENT
(Treatment of Infertility)

## GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
trading as
CareFirst BlueCross BlueShield (CareFirst)
(the "Plan")
840 First Street, NE
Washington, DC 20065
An Independent Licensee of the Blue Cross and Blue Shield Association

This Amendment is effective as of September 1, 1998 or the effective date of the Contract to which it is attached, whichever is later. Section 2.5, Services Subject to Utilization Management, is hereby deleted and replaced with the following:

**Services Subject to Utilization Management.** Except as provided in section 2.2, above, it is your responsibility to meet the following requirements:

**Hospital Inpatient Services.** All hospitalizations (including maternity)require precertification. You must contact us (or have your physician or the hospital contact us) at least five business days prior to an elective or scheduled admission to the hospital. If the admission cannot be scheduled in advance because it is not feasible to delay the admission for five business days due to your medical condition, we must receive notification of the admission as soon as possible but in any event within 48 hours following the beginning of the admission or by the first day after the beginning of the admission, whichever is earlier.

**Inpatient Mental Health and Substance Abuse Services.** You must contact us (or have your physician, hospital, or other provider facility contact us) at least five business days prior to an elective or scheduled admission. If the admission cannot be scheduled in advance because care is required immediately due to your condition, we must receive notification of the admission as soon as possible but in any event within 48 hours following the beginning of the admission or by the end of the first business day after the beginning of the admission, whichever is earlier.

**Mental Illness, Emotional Disorders, Drug Abuse and Alcohol Abuse Services.** We will review and evaluate claims for mental illness, emotional disorders, drug abuse and alcohol abuse services to assess the medical necessity and appropriateness of the services. We will instruct you or your representative, as applicable, about the procedures to follow, including the need to submit additional information and any requirements for re-notification during the course of treatment.

**Other Services.** If you require any of the following services, you must contact us (or have your physician, hospital, or other provider facility contact us) at least

five business days prior to the anticipated date upon which the elective admission or treatment will commence:

Home Health Services

Skilled Nursing Facility Services

Hospice Care

Treatment of Infertility, limited to:

> Artificial Insemination (AI);
> Intrauterine Insemination (IUI);
> Assisted Reproductive Technology, including:
>> In Vitro Fertilization (IVF);
>> Gamete Intrafallopian Transfer (GIFT);
>> Zygote Intrafallopian Transfer (ZIFT)

We reserve the right to make changes to the categories of services that are subject to utilization management requirements or to the procedures Members and/or providers must follow. We will notify you of these changes at least 30 days in advance.

This Amendment is subject to all the terms and conditions of the Certificate or Agreement to which it is attached and does not change any terms and conditions, except as specifically stated.

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.

David Wolf
Interim President and Chief Executive Officer

**AMENDMENT**
(Treatment of Infertility)
**GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.**
trading as
**CareFirst BlueCross BlueShield (CareFirst)**
(The "Plan")
840 First Street, NE
Washington, DC 20065
202-479-8000

An Independent Licensee of the Blue Cross and Blue Shield Association

This Amendment is effective as the effective date of the Contract to which it is attached.  The Schedule of Benefits is hereby amended to include the following:

| SERVICE | SPECIAL LIMITATIONS | PLAN COVERS | | |
|---|---|---|---|---|
| | | IN-NETWORK | SUBJECT TO DEDUCTIBLES? | OUT-OF-NETWORK |
| **Treatment of Infertility** | The following Treatments of Infertility must be authorized in advance under utilization management program:<br><br>Artificial Insemination (AI)<br><br>Intrauterine Insemination (IUI)<br><br>In Vitro Fertilization (IVF)<br><br>Gamete Intrafallopian Transfer ((GIFT)<br><br>Zygote Intrafallopian Transfer (ZIFT)<br><br>Your Preferred Provider will handle In-Network utilization management requirements on your behalf | 100% of the Preferred Provider Allowance | Out-of-Network only | 80% of Plan Allowance |

This Amendment is subject to all the terms and conditions of the Certificate or Agreement to which it is attached and does not change any terms and conditions, except as specifically stated.

**GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.**

David Wolf
Interim President and Chief Executive Officer

**AMENDMENT**

*GENERAL ANESTHESIA FOR DENTAL CARE*

Issued by

## Group Hospitalization and Medical Services, Inc., d.b.a.
### CareFirst BlueCross BlueShield (CareFirst)
840 First Street, NE
Washington, DC 20065
(202) 479-8000

This Amendment is effective for services rendered on or after January 1, 1999. Terms that have a specific meaning are Capitalized and are defined below or in Part1, *Definitions*, of the Certificate of Coverage. Section 3, *Physician and Provider Services*, of the Description of Covered Services is hereby amended to include the following provision:

3.16   General Anesthesia for Dental Care. Benefits for general anesthesia and associated hospital or ambulatory facility charges in conjunction with dental care will be provided to a Member under the following circumstances:

    A.    If the Member is:

        1.    seven years of age or younger, or developmentally disabled;

        2.    an individual for whom a successful result cannot be expected from dental care provided under local anesthesia because of a physical, intellectual, or other medically compromising condition of the Member; and

        3.    an individual for whom a superior result can be expected from dental care provided under general anesthesia.

    B.    Or, if the Member is:

        1.    seventeen years of age or younger;

        2.    an extremely uncooperative, fearful, or uncommunicative individual;

        3.    an individual with dental needs of such magnitude that treatment should not be delayed or deferred; and

        4.    an individual for whom lack of treatment can be expected to result in oral pain, infection, loss of teeth, or other increased oral or dental morbidity.

    C.    Benefits for general anesthesia and associated hospital or ambulatory facility charges are restricted to dental care that is provided by:

      1.      a fully accredited specialist in pediatric dentistry;

      2.      a fully accredited specialist in oral and maxillofacial surgery; and

      3.      a dentist to whom hospital privileges have been granted.

D.      This Amendment does not provide benefits for general anesthesia and associated hospital or ambulatory facility charges for dental care rendered for temporal mandibular joint disorders.

E.      This Amendment does **not** provide benefits for the dental care for which the general anesthesia is provided.

This Amendment is subject to all of the terms and conditions of the Certificate of Coverage or Agreement to which this Amendment is attached.  This Amendment does not change any of those terms and conditions, unless specifically stated in this Amendment.

### Group Hospitalization and Medical Services, Inc.

_David Wolf_

David Wolf
Interim President and Chief Executive Officer

**AMENDMENT**

*COVERAGE FOR CLINICAL TRIALS*

Issued by

## Group Hospitalization and Medical Services, Inc., d.b.a.
CareFirst BlueCross BlueShield (CareFirst)
840 First Street, NE
Washington, DC 20065
(202) 479-8000

This Amendment is effective as of July 1, 1999 or the effective date of this contract, whichever is later. Section 3, *Physician and Provider Services*, of the Description of Covered Services is hereby **amended to include** the following provision:

3.15    Clinical Trials. Benefits for Patient Cost to a Member in a Clinical Trial will be provided in accordance with the terms below.

      a.    Defined terms are Capitalized and defined below or in Part 1, Definitions, of the Certificate of Coverage.

        Cooperative Group means a formal network of facilities that collaborate on research projects and have an established NIH-approved peer review program operating within the group.

        Cooperative Group includes:

        1.    the National Cancer Institute Clinical Cooperative Group;

        2.    the National Cancer Institute Community Clinical Oncology Program;

        3.    the Aids Clinical Trials Group; and,

        4.    the Community Programs For Clinical Research In Aids.

        FDA: means the federal Food And Drug Administration.

        Multiple Project Assurance Contract means a contract between an institution and the federal Department of Health and Human Services that defines the relationship of the institution to the federal Department of Health and Human Services and sets out the responsibilities of the institution and the procedures that will be used by the institution to protect human subjects.

        NIH: means the National Institutes of Health.

        Patient Cost means the cost of a medically necessary health care service that is incurred as a result of the treatment being provided to the Member for purposes of the Clinical Trial. Patient Cost does not include:

1.     the cost of an investigational drug or device;

2.     the cost of nonhealth care services that a Member may be required to receive as a result of the treatment being provided for purposes of the Clinical Trial;

3.     costs associated with managing the research associated with the Clinical Trial; or

4.     costs that would not be covered under this Agreement for non-investigational treatments.

b.     Patient Cost related to a Clinical Trial will be covered if the Member's participation in the Clinical Trial is the result of:

    1.     treatment provided for a life-threatening condition; or

    2.     prevention, early detection, and treatment studies on cancer.

c.     Coverage for Patient Cost will be provided only if:

    1.     The treatment is being provided or the studies are being conducted in a Phase I, Phase II, Phase III, or Phase IV Clinical Trial for cancer; or

    2.     The treatment is being provided in a Phase I, Phase II, Phase III, or Phase IV Clinical Trial for any other life-threatening condition;

    3.     The treatment is being provided in a Clinical Trial approved by:

        (i)     one of the National Institutes of Health; or

        (ii)     an NIH Cooperative Group or an NIH Center; or

        (iii)     the FDA in the form of an investigational new drug application; or

        (iv)     the federal Department of Veterans Affairs; or,

        (v)     an institutional review board of an institution in a state that has a Multiple Project Assurance Contract approved by the Office Of Protection From Research Risks of the NIH;

    4.     The facility and personnel providing the treatment are capable of doing so by virtue of their experience, training, and volume of patients treated to maintain expertise;

    5.     There is no clearly superior, noninvestigational treatment alternative; and,

    6.     The available clinical or preclinical data provide a reasonable expectation that the treatment will be at least as effective as the noninvestigational alternative.

d.   Coverage is provided for the Patient Cost incurred for drugs and devices that have been approved for sale by the FDA whether or not the FDA has approved the drug or device for use in treating the Member's particular condition, to the extent that the drugs or devices are not paid for by the manufacturer, distributor, or provider of that drug or device.

Section 3.12 of Attachment A, Description of Covered Services, is **deleted** and **replaced** by the following:

Section 3.12   High Dose Chemotherapy/Bone Marrow or Stem Cell Transplant. Benefits for High Dose Chemotherapy/Bone Marrow or Stem Cell Transplant (HDC/BMTSCT) treatment will be provided as follows:

a.   Coverage is provided for HDC provided in connection with bone marrow or stem cell transplant for applicable conditions listed in section 3.11.c and 3.11.d;

b.   For HDC provided in connection with a covered condition that is not listed in section 3.11.c or 3.11.d, including, but not limited to, breast cancer, multiple myeloma and epithelial ovarian cancer, the following requirements apply:

Benefits will be provided only if the patient is properly and lawfully registered in a Clinical Trial as defined in Clinical Trials, sections 3.15(c)(3) - 3.15(c)(6).

Coverage requires prior approval by the Plan. You or your provider must notify us when you are first evaluated as a possible recipient of HDC/BMTSCT for any of the conditions subject to this paragraph, but in any event prior to your registration in the trial. Based on the information you provide us and that we obtain from the facility or the provider, we will determine your eligibility for coverage, including whether the facility and trial meet the requirements of a Clinical Trial.

Benefits will be provided subject to all limitations and conditions of this Agreement, including utilization management requirements, except as specifically modified by the terms of this section and section 3.15. Benefits will not be provided for non-covered expenses, including transportation, lodging or meals or for services or supplies to the extent that they are provided without charge or at a reduced charge to other participants in the Clinical Trial who do not have insurance coverage for those expenses.

---

**NOTE**

Participation in a controlled clinical trial, including a Clinical Trial as defined in section 3.15, does not guarantee that the patient will receive the treatment being evaluated by the trial.  In a randomized clinical trial, some patients may be treated under one or more alternative protocols as a control to assess the safety and effectiveness of the treatment that is being evaluated under the study.  The Plan does not guarantee you will be accepted for participation in a Clinical Trial or that you will receive HDC/BMTSCT in a Clinical Trial to which you have been accepted.

Coverage of HDC/BMTSCT for conditions listed in sections 3.11.c and 3.11.d, does not require participation in a controlled clinical trial.  For covered conditions that are **not** listed in sections 3.11.c or 3.11.d, coverage of HDC/BMTSCT requires the patient's participation in a Clinical Trial.  Coverage will not be provided if the patient is not participating in a Clinical Trial for any reason, including unavailability of a Clinical Trial, the patient's ineligibility for participation in a Clinical Trial or the patient's unwillingness to participate in a Clinical Trial or accept the conditions and requirements for participation in a Clinical Trial.

---

Section 10, *Exclusions*, 10.2, Accepted Medical Practice is **amended to include** the following language:

> This exclusion will not be used, however, to deny Patient Cost when the clinical trial meets all of the requirements under Section 3.15, Clinical Trials.

This Amendment is subject to all of the terms and conditions of the Certificate of Coverage or Agreement to which this Amendment is attached.  This Amendment does not change any of those terms and conditions, unless specifically stated in this Amendment.

**Group Hospitalization and Medical Services, Inc.**

*David Wolf*

---
David Wolf
Interim President and Chief Executive Officer

# Group Hospitalization and Medical Services, Inc.

trading as

**CareFirst BlueCross BlueShield**

(the "Plan")

An independent licensee of the Blue Cross and Blue Shield Association

840 First Street, NE

Washington, DC  20065

(202) 479-8000

### October 1, 1999 Amendment for Subrogation and Termination

This Amendment is effective as of January 1, 2007.

The Group Contract and Certificate of Coverage to which this Amendment is attached is hereby amended by the following provisions:

## SUBROGATION

Paragraph 5.4 b of the Section entitled "Multiple Coverage" is deleted and replaced by the following:

If you receive or are entitled to receive payment from any person, organization or entity in connection with an injury, illness or need for care for which benefits were provided or will be provided under this Certificate, the payment will be treated as having been paid to you as a recovery for the medical, hospital and other expenses for which we provided or will provide benefits. We may recover the amounts we paid or will pay in benefits up to the amount you received or are entitled to receive from or on behalf of the third party. We will reduce the amount you owe us by our pro-rata share of any attorneys' fees, court costs, or other costs you incurred in securing the payment. The pro-rata share will be the amount that is determined by:

    dividing the total amount of the personal injury recovery into the total amount of the attorney's fees incurred by the injured person for services rendered in connection with the injured person's claim; and
    Multiplying the result by the amount of our subrogation claim.

This percentage may not exceed one-third (1/3).

If you or your attorney demands a reduction of the subrogation claim, we reserve the right to require certification by you, the Member, that states the amount of the attorney's fees incurred by you for services rendered in connection with your claim.

This Amendment is subject to all of the terms and conditions of the Group Contract and Certificate of Coverage to which it is attached and does not change any terms or conditions, except as specifically stated herein.

### Group Hospitalization and Medical Services, Inc.

_____
David Wolf
Interim President and Chief Executive Officer

**Group Hospitalization and Medical Services, Inc.**
trading as
**CareFirst BlueCross BlueShield**
(the "Plan")
An independent licensee of the Blue Cross and Blue Shield Association
840 First Street, NE
Washington, DC  20065
(202) 479-8000

**October 1, 1999 Amendments**

This Amendment is effective as of October 1, 1999 or the effective date of the Contract to which it is attached, whichever is later.

The Out-of-Network Group Contract and Out-of-Network Certificate of Coverage to which this Amendment is attached is hereby amended by the addition of the following provisions:

<u>Coverage for Prosthesis after Mastectomy</u>

Coverage will be provided for a prosthesis that has been prescribed by a physician for a Member who has undergone a Mastectomy and has not had breast reconstruction.

<u>Coverage for Chlamydia Screening Test</u>

<u>Chlamydia Screening Test</u> means any laboratory test that

> Specifically detects for infection by one or more agents of chlamydia trachomatis; and
> Is approved for this purpose by the Federal Food and Drug Administration.

<u>Multiple Risk Factors</u> means having a prior history of a sexually transmitted disease, new or multiple sex partners, inconsistent use of barrier contraceptives, or cervical ectopy.

Coverage will be provided for an annual routine Chlamydia Screening Test for women who are:
> under the age of 20 years if they are sexually active; and
> 20 years or older if they have Multiple Risk Factors.

Coverage will be provided for an annual routine Chlamydia Screening Test for men who have Multiple Risk Factors.

Annual routine Chlamydia Screening Tests will be subject to the same Copayment or Coinsurance  or Deductible that similar services are subject to.

<u>Follow-up Home Care after Mastectomy or Surgical Removal of a Testicle</u>

For a Member who receives less than 48 hours of inpatient hospitalization following a Mastectomy or the surgical removal of a testicle, or who undergoes a Mastectomy or the surgical removal of a testicle on a outpatient basis, coverage shall be provided for: