IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEDLMAN'S MEDICAL CENTER PHARMACY, INC. *
  Plaintiff(s)
                                        *   Case No.: 1:10 CV 00254 WDQ
     vs.
                                        *
CAREFIRST, INC.
  Defendant(s)                          *

                        ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas O'Toole, am a member in good standing of the bar of this Court. My bar number is 10227. I am moving the admission of Anthony Paduano to appear *pro hac vice* in this case as counsel for Plaintiff Felman's Medical Center Pharmacy, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York    1984 | See attached sheet |
| New Jersey  1984 | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

Page 1 of 2

U.S. District Court (Rev. 6/09) – Pro Hac Vice

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ____Neal C. Baroody_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Thomas O'Toole | Anthony Paduano |
| Printed Name | Printed Name |
| Baroody & O'Toole | Paduano & Weintraub |
| Firm | Firm |
| 201 N. Charles Street, Suite 2102 | 1251 Avenue of the Americas, Ninth Floor |
| Baltimore, MD 21201 | New York, New York 20020 |
| Address | Address |
| 410-539-8413 | 212-785-9100 |
| Telephone Number | Telephone Number |
| 410-539-8411 | 212-785-9099 |
| Fax Number | Fax Number |
| totoolelaw@aol.com | ap@pwlawyers.com |
| Email Address | Email Address |

**Anthony Paduano Admissions:**

I am currently admitted to practice in the following Federal Courts:

- Southern District of New York, 4/19/88
- Eastern District of New York, 9/17/91
- Northern District of New York, 9/25/98
- Western District of New York, 6/22/06
- District of New Jersey, 12/20/84
- Eastern District of Wisconsin, 2/24/03
- Eastern District of Michigan, 12/11/97
- Central District of Illinois, 11/30/07
- United States Court of Appeals for the Second Circuit, 6/3/91
- United States Court of Appeals for the Third Circuit, 5/85
- United States Court of Appeals for the Fifth Circuit, 7/14/04
- The United States Supreme Court, 8/21/87