IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

FELDMAN'S MEDICAL CENTER
PHARMACY, INC.,

       Plaintiff,

v.

CAREFIRST, INC.

       Defendant,

v.

John DOES 1 and 2

       Third-Party-

       Defendants.

Civil Action No. WDQ-10-254

_____

## MOTION FOR REMAND

Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's" or "Plaintiff"), through undersigned counsel, files this Motion for Remand. For the reasons set forth in this motion and as more fully explained in the accompanying Memorandum of Law in Support of the Motion for Remand, and the Declaration of Jordan D. Becker dated March 3, 2010, attached as Exhibit 1, Plaintiff requests that this Court remand this action pursuant to 28 U.S.C. § 1447 to the Circuit Court for Baltimore County, Maryland, and requests an oral hearing on all issues

raised herein pursuant to Local Rule 105.6.

1.   A Complaint was filed in the Circuit Court for Baltimore County, Maryland, on June 1, 2009.  In the Complaint, Plaintiff pleads state-law causes of action, charging Defendant Carefirst, Inc. ("Carefirst" or "Defendant") with failure to provide payment for unpaid claims due under the Professional Provider Agreement: (i) breach of contract, (ii) unjust enrichment, and (iii) statutory bad faith.  The claims against the Defendant are based solely on state law and the Complaint does not plead an ERISA claim or defense.

2.   Plaintiff is a citizen of Maryland.  Defendant Carefirst is also a citizen of Maryland.

3.   On February 1, 2010, Defendant filed a Notice of Removal with this Court, alleging that Plaintiff is seeking to enforce rights that arise under ERISA and thus Plaintiff has asserted a cause of action arising under the laws of the United States, and this court has original jurisdiction to hear Plaintiff's claims.  See 28 U.S.C. §§ 1331 and 1441.

4.   Because this Court lacks subject-matter jurisdiction, and Defendant failed to remove this case within the required 30-days as proscribed in 28 U.S.C. § 1446(b), this case must be remanded under 28 U.S.C. § 1447(c). Additionally, Plaintiff requests that the Court require the removing Defendant to pay Plaintiff's costs and expenses, including attorney's fees, incurred as a result of

the removal, under 28 U.S.C. § 1447(c).

WHEREFORE, Plaintiff respectfully requests that the Court: (1) grant oral argument on this motion; (2) grant this motion and remand this case to the Circuit Court for Baltimore County, Maryland; and (3) order the removing Defendant to pay all Plaintiff's costs and expenses, including attorney's fees, incurred because of the wrongful removal of this action.

Dated:  March 3, 2010

BAROODY & O'TOOLE
By:  /s/

Neal C. Baroody
Thomas O'Toole
201 N. Charles Street, Suite 2102
Baltimore, MD 21201
(410) 539-8410 (telephone)
(410) 539-8411 facsimile)
nbaroody@aol.com
totoolelaw@aol.com

Counsel appearing pro hac vice
PADUANO & WEINTRAUB LLP
Anthony Paduano
Jordan D. Becker
Matthew Schweber
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
ap@pwlawyers.com
jdb@pwlawvers.com
ms@pwlawyers.com
Attorneys for Plaintiff

To:   Patrick de Gravelles
       Litigation General Counsel
       CareFirst Blue Cross Blue Shield
       Office of Corporate Counsel
       840 1st Street, N.E., DC12-08
       Washington, D.C.  20065
       Tel:  202-680-7457
       Fax: 202-680-7620