IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC. | * | |
| | * | |
| Plaintiff and Counter-Defendant | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Civil Action No.:  1:10-cv-00254-WDQ |
| | * | |
| | * | |
| | * | |
| CAREFIRST, INC. | * | |
| | * | |
| Defendant, Counter-Plaintiff and Third-Party Plaintiff | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * |

**SUPPLEMENTAL ATTACHMENTS FOR EXHIBIT A
TO NOTICE OF REMOVAL**

On February 1, 2010, CareFirst filed a Notice of Removal.  Attached to that Notice was an Exhibit A which was supposed to contain all process, pleadings and orders served upon CareFirst up to that date.  Due to an error in the docketing sheet maintained by the clerk for the Circuit Court of Maryland for Baltimore County, CareFirst inadvertently omitted from Exhibit A the following four documents:

1. Plaintiff/Counter-Defendant Feldman's Medical Center Pharmacy, Inc.'s Response to Motion for Order Directing Clerk to Accept Interpleader Amount and Motion for Summary Judgment and Request for Hearing

2. Memorandum of Law in Support of Plaintiff/Counter-Defendant's Motion for Summary Judgment and in Response to Defendant/Counter-Claimant/Third Party Plaintiff's Motion for Order Directing Clerk to Accept Interpleader Amount

3. Order[1]

4. Plaintiff Feldman's Medical Center Pharmacy, Inc. [sic] Motion for Leave to File Motion for Summary Judgment and Answer to Third Party Complaint Under Seal[2]

True and correct copies of the foregoing documents are attached hereto as Exhibits 1-4, respectively. The documents are being filed in this manner (as opposed to filing an entire amended Exhibit A) pursuant to instructions by the Court to ease the burden on the Clerk's office.

Pursuant to Local Rule 5.a., counsel certifies that with this filing, all filings from the state court have now been filed with this Court.

March 5, 2010                                    Respectfully submitted,

                                                 _____/s/_____
                                                 A. Dean Stocksdale
                                                 Bar No. 28416
                                                 Associate General Counsel
                                                 Group Hospitalization and Medical Services, Inc.
                                                 10455 Mill Run Circle
                                                 Owings Mills, Maryland  21117
                                                 (410) 998-5487
                                                 Attorney for CareFirst

---

[1] This entry is actually a proposed Order.
[2] The proposed Order for this Motion was apparently along with the Motion. The proposed Order is included in Exhibit 4.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March 2010, a copy of the foregoing Supplemental Attachments for Exhibit A to Notice of Removal was electronically transmitted to Neal C. Baroody, Esq., Baroody & O'Toole, 201 N. Charles Street, Suite 2102, Baltimore, Maryland 21201 and Anthony Paduano, Esq., Paduano & Weintraub, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020, attorneys for Plaintiff Feldman's Medical Center Pharmacy, Inc. and Third-Party Defendants.

                                               /s/
                                    A. Dean Stocksdale