IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC.<br><br>Plaintiff and Counter-Defendant<br><br>v.<br><br><br><br>CAREFIRST, INC.<br><br>Defendant, Counter-Plaintiff and<br>  Third-Party Plaintiff | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No.: 1:10-cv-00254-WDQ<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * *   *   * * * * * * * * * * * * * * * *

## REQUEST FOR ENTRY OF APPEARANCE

The undersigned respectfully requests that the Clerk of the Court enter the undersigned's appearance in this matter on behalf of Defendant, Counter-Plaintiff and Third-Party Plaintiff CareFirst, Inc.

April 29, 2010                                                          Respectfully submitted,

                                                                                    _____/s/_____
                                                                                    Patrick de Gravelles
                                                                                    Bar No.  29245
                                                                                    Litigation General Counsel
                                                                                    CareFirst BlueCross BlueShield
                                                                                    840 First Street, N.W.
                                                                                    DC 12-08
                                                                                    Washington, D.C.  20065
                                                                                    (202) 680-7457
                                                                                    Attorney for CareFirst

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April 2010, a copy of the foregoing Request for Entry of Appearance was served electronically via the CM/ECF system on Neal C. Baroody, Esq., Baroody & O'Toole, 201 N. Charles Street, Suite 2102, Baltimore, Maryland 21201, attorney for Plaintiff Feldman's Medical Center Pharmacy, Inc. and Third-Party Defendants.

                                              /s/
                                    Patrick P. de Gravelles