**CareFirst BlueCross BlueShield**
840 1ˢᵗ Street, NE
Washington, DC 20065

**Patrick de Gravelles**
**Litigation General Counsel**
**Office of Corporate Counsel**
Tel:   202/680-7457
Fax:   202/680-7620
E-mail:  patrick.degravelles@carefirst.com



June 23, 2010


Hon. William D. Quarles, Jr.
United States District Judge
United States District Court for the District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, Maryland  21201

   Re:  Feldman's Medical Center Pharmacy, Inc. v.
    CareFirst, Inc., Civil Action No. 1:10-cv-00254-WDQ

Dear Judge Quarles:

   CareFirst, Inc. ("CareFirst") is submitting this in response to the letter submitted by counsel for Feldman's Medical Center Pharmacy, Inc. ("Feldman's") on June 18, 2010. First, CareFirst would welcome the opportunity for a conference with the Court should the Court decide to entertain Feldman's request for such a meeting.

   Second, CareFirst would like to explain its position with regard to the depositions referred to in Feldman's letter.  The claims at issue in this case are broken down into two categories: claims for products delivered before Feldman's received its Residential Services Agency license ("RSA") from the State of Maryland, which happened on December 11, 2008, and claims for products delivered after that date.

   CareFirst has, for many months, maintained that the only critical issue to be resolved in this case is whether Feldman's needed an RSA to operate in the way that it did with regard to factor products.  If Feldman's did not, then CareFirst will pay Feldman's for the pre-December 11, 2008 claims.  If Feldman's did, CareFirst will not pay those claims as Feldman's was then acting in contravention of Maryland law for doing so.  Consistent with this position, CareFirst has already stated in its Interpleader action that it will pay the

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association.
®Registered trademark of the Blue Cross and Blue Shield Association.   ®'Registered trademark of CareFirst, Inc.

Hon. William D. Quarles, Jr.
June 23, 2010
Page 2


post-December 11, 2008 claims once it is determined whether the payments should be made to Feldman's or to the individual insureds.

On several occasions, CareFirst's counsel has suggested to counsel for Feldman's that all further litigation on any other issue is simply a waste of the parties' resources. CareFirst has offered to put this single question – whether an RSA was needed – to the Court for a legal determination. Despite the opportunity to save money and streamline this litigation, Feldman's has consistently refused to make what should be an obvious choice for a plaintiff. Instead, Feldman's insists on engaging in discovery to establish things like medical necessity of factor, which is something that CareFirst does not contest in this case.

Sincerely,

Patrick de Gravelles


cc:   Jordan D. Becker, Esq. (via electronic filing and FedEx)
      Thomas O'Toole, Esq.  (via electronic filing and FedEx)
      Dean Stocksdale, Esq.  (via electronic filing)