```
            IN THE UNITED STATES DISTRICT COURT FOR
           THE DISTRICT OF MARYLAND, NORTHERN DIVISION
```

|  |  |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | * |
| Plaintiff, | * |
| v. | * CIVIL NO.: WDQ-10-0254 |
| CAREFIRST, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of June 2010, ORDERED that:

1. FMCP's motion to remand (Paper No. 46) BE, and HEREBY IS, DENIED; and

2. The Clerk shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge