```
         IN THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                  *
FELDMAN'S MEDICAL CENTER
PHARMACY, INC.,                   *

     Plaintiff,                   *

                                  *
     v.                                   CIVIL NO.: WDQ-10-0254
                                  *

CAREFIRST, INC.,                  *

     Defendant.                   *

                                  *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

It is this 29th day of June 2010, ORDERED that:

1. FMCP's Motion for Preliminary Injunction (Paper No. 5) BE, and HEREBY IS, DENIED WITHOUT PREJUDICE;

2. CareFirst of Maryland's Motion to Intervene (Paper No. 28) BE, and HEREBY IS, DENIED WITHOUT PREJUDICE;

3. CareFirst's Motion to Quash (Paper No. 30) BE, and HEREBY IS, DENIED WITHOUT PREJUDICE;

4. The parties' joint Motion for Extension of Time and to Modify Scheduling Order (Paper No. 35) BE, and HEREBY IS, DENIED AS MOOT;

5. The parties' shall submit a proposed scheduling order within 14 days of this Order; and

6. The Clerk shall send copies of this Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge