# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

June 29, 2010

Neal C. Baroody, Esquire
Baroody & O'Toole
201 North Charles Street
Suite 2102
Baltimore, MD 21201

Alan D. Stocksdale, Esquire
CareFirst BlueCross Blue Shield
1501 South Clinton Street
Suite 700
Baltimore, MD 21224

Anthony Paduano, Esquire
Paduano & Weintraub LLP
1251 Avenue of the Americas

Patrick P. de Gravelles, Esquire
CareFirst BlueCross Blue Shield
840 First Street NE

Ninth Floor
New York, NY 10020

Washington, DC 20065

Re: *Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.*
    Civil No. WDQ 10-0254

Dear Counsel:

Today, the Court denied FMCP's motion to remand to the Circuit Court for Baltimore County. In a separate Order, the Court has also denied, without prejudice to their renewal, several motions that were pending in the Circuit Court at the time of removal, which rely on state procedural law. Paper Nos. 5, 28, 30. The Court has also denied as moot the parties' February 5, 2010 motion to modify the Circuit Court's scheduling order. Paper No. 35. Counsel should submit a proposed scheduling order within 14 days of this letter.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge

cc: Felicia C. Cannon, Clerk