**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288**<br>**(410) 962-3844 FAX** |

July 21, 2010

| | |
|---|---|
| Neal C. Baroody, Esquire<br>Thomas O'Toole, Esquire<br>Baroody & O'Toole<br>201 N. Charles Street, Suite 2102<br>Baltimore, Maryland 21201 | Alan D. Stocksdale, Esquire<br>CareFirst BlueCross Blue Shield<br>1501 S. Clinton Street, Suite 700<br>Baltimore, Maryland 21224 |
| Anthony Paduano, Esquire<br>Jordan D. Becker, Esquire<br>Paduano & Weintraub LLP<br>1251 Avenue of the Americas, 9th Floor<br>New York, New York 10020 | Patrick P. de Gravelles, Esquire<br>CareFirst BlueCross Blue Shield<br>840 First Street, NE, DC 12-08<br>Washington, DC 20065 |

Subject: <u>Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.</u>
Civil No.: WDQ-10-0254

Dear Counsel:

As discussed during yesterday's teleconference, you are directed to file the following letters in accordance with the deadlines set forth below. These letters shall not exceed five pages each.

| | |
|---|---|
| **Thursday, July 22, 2010:** | Plaintiff's counsel shall file a letter specifically explaining why plaintiff's proposed depositions should be allowed (<u>e.g.</u>, who are the proposed deponents and what relevant information plaintiff seeks to obtain from these deponents). |
| **Monday, July 26, 2010:** | Defense counsel shall file a letter responding to plaintiff's counsel's letter and specifically explaining defendant's substantive arguments as to why plaintiff's proposed interrogatories and requests for production of documents should not be allowed. Defense counsel should attach the relevant interrogatories and document requests to this letter. |
| **Wednesday, July 28, 2010:** | Plaintiff's counsel shall file a letter responding to defense counsel's letter. |

Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.
Civil No.: WDQ-10-0254
July 20, 2010
Page 2

    In addition, as I mentioned during the teleconference, I have an informal process for resolving discovery disputes that you may utilize in the event that additional disputes arise. I am sending you a letter under separate cover outlining these procedures.

    Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

                                          Very Truly Yours,

                                          /s/

                                        Beth P. Gesner
                                        United States Magistrate Judge