**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. WDQ-10-254 |
| v. | ) ) | |
| CAREFIRST, INC. | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| John DOES 1 and 2 | ) ) | |
| Third-Party-Defendants, | ) ) | |

**NOTICE IN COMPLIANCE WITH SCHEDULING ORDER**

The undersigned counsel for Plaintiff Feldman's Medical Center Pharmacy and Defendant CareFirst, Inc. state as follows in compliance with the Scheduling Order dated July 7, 2010:

1.   The parties jointly request an early settlement/ADR conference with a United States Magistrate Judge pursuant to Local Rule 607;

2.   The parties do not consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Local Rule 301(4);

3. The parties agree that the deposition limitations set forth in the Scheduling Order are appropriate.


Dated:  July 22, 2010

| BAROODY & O'TOOLE | CAREFIRST, INC. |
|---|---|
| By:  /s/ Neal C. Baroody<br>     Neal C. Baroody<br>201 N. Charles Street, Suite 2102<br>Baltimore, MD 21201<br>(410) 539-8412 (telephone)<br>(410) 539-8411 (facsimile) | By:  /s/ Patrick de Gravelles<br>     Patrick de Gravelles<br>CareFirst Blue Cross Blue Shield<br>Office of Corporate Counsel<br>840 1st Street, N.E., DC12-08<br>Washington, D.C.  20065<br>(202) 680-7457 (telephone)<br>(202) 680-7620 (facsimile)<br><br>Attorneys for Defendant |
| PADUANO & WEINTRAUB LLP | |
| By:    /s/ Jordan D. Becker<br>     Anthony Paduano<br>     Jordan D. Becker<br>1251 Avenue of the Americas, Ninth Floor<br>New York, New York 10020<br>(212) 785-9100 (telephone)<br>(212) 785-9099 (facsimile)<br>*Appearing pro hac vice*<br><br>Attorneys for Plaintiff | |

2