CareFirst BlueCross BlueShield
10455 Mill Run Circle
Owings Mills, MD 21117-5559
www.carefirst.com


**CareFirst**
**BlueCross BlueShield**

April 14, 2010

Barbara Fagan, Program Director
Maryland Department of Health and Mental Hygiene
Office of Health Care Quality
Spring Grove Center – Bland Bryant Building
55 Wade Avenue
Catonsville, Maryland 21228

Dear Ms. Fagan:

I contacted your office to inquire about Residential Service Agency License requirements for Home Infusion Therapy agencies in Maryland. Your staff instructed me to inquire directly to you since you are the program director.

Clarification of the Maryland Department of Health and Mental Hygiene Residential Service Agency License requirements for HIT is needed so I can respond to an inquiry. Can you provide a written response to my attention specifically addressing whether or not a retail pharmacy that is licensed by the State of Maryland also requires a Residential Service Agency License to operate as a Home Infusion Therapy agency in Maryland?

Your help is greatly appreciated. If you need to contact me directly please call 410 872 3532. Thank you for your assistance.

Sincerely,

*Janet Chavarria*
Janet Chavarria
Business Analyst
Provider Information and Credentialing

CareFirst BlueCross BlueShield is an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst of Maryland, Inc.



STATE OF MARYLAND

# DHMH

Maryland Department of Health and Mental Hygiene
Office of Health Care Quality
Spring Grove Center • Bland Bryant Building
55 Wade Avenue • Catonsville, Maryland 21228-4663

Martin O'Malley, Governor – Anthony G. Brown, Lt. Governor – John M. Colmers, Secretary

April 16, 2010

Ms. Janet Chavarria
Care First, BlueCross BlueShield
Fax 410 505 2414

Dear Ms. Chavarria,

Please be advised if a company that providers Home Infusion Therapy to a patient in their home, including delivery, set up and maintenance, that company is required to be licensed as a Residential Service Agency by the Office of Health Care Quality. As COMAR 10.07.05.01 (13) Residential Service Agency. (a) "Residential service agency" means: (i) Any individual, partnership, firm, association, corporation, or other business entity of any kind that is engaged in a nongovernmental business of employing or contracting with individuals to provide at least one home health care service for compensation to an unrelated sick or disabled individual in the residence of that individual; or (ii) An agency that employs or contracts with individuals directly for hire as home health care providers.

If you have any questions, feel free to call me at (410) 402-8040.

Sincerely,

Barbara Fagan

Barbara Fagan, Program Manager
Office of Health Care Quality