IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC. | * | |
| | * | |
| Plaintiff and Counter-Defendant | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Civil Action No.: 1:10-cv-00254-WDQ |
| | * | |
| | * | |
| | * | |
| CAREFIRST, INC. | * | |
| | * | |
| Defendant, Counter-Plaintiff and Third-Party Plaintiff | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * *  * | * * * * * * * * * * * * * * * * |

**MOTION OF DEFENDANT CAREFIRST, INC. FOR LEAVE TO FILE
AMENDED RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P. 15(a)(2), Local Rule 103.6., and the Court's Scheduling Order (Docket Entry 58), Defendant CareFirst, Inc. ("CareFirst") respectfully requests that the Court enter an Order allowing CareFirst to file an amended responsive pleading. Pursuant to Local Rule 103.6.c., CareFirst is attaching respectively as Exhibits A and B a clean copy and a redlined copy of the proposed amended pleading. In support thereof, CareFirst states as follows:

1. The original complaint in this matter was filed in the Circuit Court for Baltimore County on June 1, 2009.

2. At least 8 months ago, counsel for CareFirst explained to counsel for Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's") that Feldman's had sued the wrong party.

3. CareFirst, Inc. is a holding company and does not issue insurance. Its affiliates, CareFirst of Maryland, Inc. ("CFMI") and Group Hospitalization and Medical Services, Inc. ("GHMSI") actually issued the insurance policies that underlie the claims at issue in this matter.

4. The contract Feldman's cites in the original complaint was with CFMI, which was at the time named Blue Cross and Blue Shield of Maryland, Inc.

5. On January 9, 2010, CFMI filed a motion to intervene. Docket Entry 28. At that time the case was still pending in the District Court for Baltimore County.

6. The express reason stated in the motion was to allow CFMI to assert offsets and counterclaims. Shortly after that motion was filed, the parties actually entered into a stipulation for an Order to permit the intervention.

7. After the case was removed to this Court, the Court denied without prejudice the motion to allow CFMI to intervene. Docket Entry 55.

8. Despite being requested to do so, Feldman's has refused to stipulate again to intervention by CFMI. Nor has Feldman's sought leave to add CFMI as a defendant despite having knowledge that CFMI is the contracting party and the party (along with GHMSI) that Feldman's should have named.

9. CareFirst believes that at the appropriate time, it will be entitled to summary judgment because it never issued any insurance policies to anyone and therefore it cannot possibly be liable to Feldman's.

10. Nonetheless, should the Court determine that CareFirst is somehow liable to Feldman's notwithstanding Maryland case law to the contrary, CareFirst intends to assert the counterclaim set forth in the proposed amended responsive pleading.

11. The case law is replete with decisions that leave to amend pleadings is to be liberally granted.  *See*, *e.g.*, *Galustian v. Peter*, 591 F.3d 724, 729-30 (4th Cir. 2010).

12. It is particularly proper to grant leave to amend in this situation because Feldman's has for some time been aware of the very issues which form the basis of the amendment – the naming of the incorrect party and the desire of CareFirst, Inc. to assert a counterclaim.

13. Pursuant to Local Rule103.6.d., the undersigned counsel states that despite several attempts (the last being on August 11, 2010) to obtain the consent of Feldman's counsel regarding the matters set forth herein, such consent was not obtained.

For the foregoing reasons, CareFirst respectfully requests that the Court enter an Order allowing CareFirst, Inc. to file the attached proposed amended responsive pleading.

August 12, 2010                                        Respectfully submitted,

                                                           /s/
                                                       Patrick P. de Gravelles, Bar No. 29245
                                                       A. Dean Stocksdale, Bar No. 28416
                                                       CareFirst BlueCross BlueShield
                                                       Litigation General Counsel
                                                       1501 S. Clinton Street
                                                       Baltimore, Maryland 21224
                                                       202-680-7457 (voice) (Mr. de Gravelles)
                                                       202-680-7620 (fax) (Mr. de Gravelles)
                                                       410-528-7923 (voice) (Mr. Stocksdale)
                                                       410-720-5847 (fax) (Mr. Stocksdale)

                                                       *Attorneys for Defendant CareFirst, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August 2010, a copy of the foregoing Motion of Defendant CareFirst, Inc. for Leave to File Amended Responsive Pleading (along with the exhibits) was electronically transmitted to Neal C. Baroody, Esq., Baroody & O'Toole, 201 N. Charles Street, Suite 2102, Baltimore, Maryland 21201 and Anthony Paduano, Esq., Paduano & Weintraub, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020, attorneys for Plaintiff Feldman's Medical Center Pharmacy, Inc. and Third-Party Defendants.

                                                                                      /s/
                                                Patrick P. de Gravelles