**CareFirst BlueCross BlueShield**
840 1st Street, NE
Washington, DC 20065

**Patrick de Gravelles**
**Litigation General Counsel**
**Office of Corporate Counsel**
Tel:   202/680-7457
Fax:   202/680-7620
E-mail:  patrick.degravelles@carefirst.com



August 20, 2010


Hon. Beth P. Gesner
United States Magistrate Judge
United States District Court for the District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, Maryland  21201

     Re:  Feldman's Medical Center Pharmacy, Inc. v.
          CareFirst, Inc., Civil Action No. 1:10-cv-00254-WDQ

Dear Judge Gesner:

    Defendant CareFirst, Inc. ("CareFirst") writes both to inform the Court of recent developments and to request a status conference some time during the week beginning August 30.  The undersigned will be out of town on vacation next week and therefore requests that the conference not be held then.

    As the Court may recall, CareFirst had indicated that the only issue it feels needed to be resolved was whether Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's") needed a residential services agency license ("RSA") or not.  In order to assist in that determination, and using information learned in the course of this lawsuit, CareFirst sought an opinion from the Maryland Board of Pharmacy.  CareFirst has received an answer to its inquiry and based on that response is now ready to pay the claims at issue.  That decision was conveyed to Feldman's counsel on August 19.  Counsel also requested that in light of this decision, Feldman's agree to stay discovery on the case so the issues of the proper amount of interests on the claims and the question of attorneys fees could be decided.  In addition, it is important to note that the Court recently extended the discovery deadlines in this case by 60 days.

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association.
®Registered trademark of the Blue Cross and Blue Shield Association.   ®'Registered trademark of CareFirst, Inc.

Hon. Beth P. Gesner
August 20, 2010
Page 2

      Despite this, Feldman's counsel has indicated that it would not stay discovery.  By way of example, Feldman's counsel insisted that it would take the deposition of an employee of BlueCross and BlueShield of Louisiana ("BCBSLA") scheduled for Tuesday, August 24.  CareFirst's counsel had told BCBSLA's counsel that the claims would be paid, so BCBSLA counsel naturally wanted to cancel the deposition.  Feldman's counsel represented to counsel for BCBSLA that it had earlier today sent a confidential settlement offer to CareFirst, which CareFirst had rejected and that substantive issues remained in the case.  The undersigned sent an e-mail to Feldman's counsel and to BCBSLA counsel explaining that no substantive issues are still to be decided.  (In light of the Court's directive that the settlement process remain confidential, the undersigned did not reveal any of the specifics of Feldman's offer.)  Feldman's counsel refused to budge on the deposition, forcing BCBSLA to file a motion to quash the subpoena.

      In light of these developments, and the inability of counsel to agree on the terms to even now limit discovery in a case that is over for all intents and purposes, the undersigned respectively requests that the Court set a status conference so the parties can move forward with the determination of the issues of the proper amount of interests on the claims as well as whether Plaintiff is entitled to its attorneys fees or not.

      Thank you.

Sincerely,

  /s/

Patrick de Gravelles


cc:  Jordan D. Becker, Esq. (via CM/ECF)
     Thomas O'Toole, Esq. (via CM/ECF)