**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288**<br>**(410) 962-3844 FAX** |

August 24, 2010

| | |
|---|---|
| Neal C. Baroody, Esquire<br>Thomas O'Toole, Esquire<br>Baroody & O'Toole<br>201 N. Charles Street, Suite 2102<br>Baltimore, Maryland 21201 | Alan D. Stocksdale, Esquire<br>CareFirst BlueCross Blue Shield<br>1501 S. Clinton Street, Suite 700<br>Baltimore, Maryland 21224 |
| Anthony Paduano, Esquire<br>Jordan D. Becker, Esquire<br>Paduano & Weintraub LLP<br>1251 Avenue of the Americas, 9th Floor<br>New York, New York 10020 | Patrick P. de Gravelles, Esquire<br>CareFirst BlueCross Blue Shield<br>840 First Street, NE, DC 12-08<br>Washington, DC 20065 |

Subject: <u>Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.</u>
Civil No.: WDQ-10-0254

Dear Counsel:

I received Mr. de Gravelles' letter dated August 20, 2010 advising the court that CareFirst has agreed to pay the claims at issue in this case, that Feldman's nonetheless refuses to agree to stay discovery, and requesting a status conference. (Paper No. 74.) Plaintiff's counsel is directed to file a short letter (not to exceed 2 pages) stating its position with respect to the issues raised in Mr. de Gravelles' letter **by no later than Thursday, August 26, 2010.**

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very Truly Yours,

/s/

Beth P. Gesner
United States Magistrate Judge