# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

August 30, 2010

Neal C. Baroody, Esquire
Thomas O'Toole, Esquire
Baroody & O'Toole
201 N. Charles Street, Suite 2102
Baltimore, Maryland   21201

Alan D. Stocksdale, Esquire
CareFirst BlueCross BlueShield
1501 S. Clinton Street, Suite 700
Baltimore, Maryland   21224

Anthony Paduano, Esquire
Jordan D. Becker, Esquire
Paduano & Wientraub LLP
1251 Avenue of the Americas, 9th Fl
New York, New York   10020

Patrick P. de Gravelles, Esquire
Carefirst BlueCross Blue Shield
840 First Street NE, DC12-08
Washington, DC  20065

Subject:   <u>Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.</u>
Civil No.: WDQ-10-0254

Dear Counsel:

I am scheduling a **telephone status conference for Wednesday, September 1, 2010 at 2:30 p.m.** to discuss the issues raised in Mr. de Gravelles' letter of August 20, 2010 (Paper No. 74), and Mr. Paduano's letter of August 25, 2010 (Paper No. 76).  Mr. de Gravelles should initiate the call.  Please notify my chambers immediately if you will not be available at that time.

Notwithstanding the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge