**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

September 1, 2010

Neal C. Baroody, Esquire
Thomas O'Toole, Esquire
Baroody & O'Toole
201 N. Charles Street, Suite 2102
Baltimore, Maryland 21201

Anthony Paduano, Esquire
Jordan D. Becker, Esquire
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020

Alan D. Stocksdale, Esquire
CareFirst BlueCross Blue Shield
1501 S. Clinton Street, Suite 700
Baltimore, Maryland 21224

Patrick P. de Gravelles, Esquire
CareFirst BlueCross Blue Shield
840 First Street, NE, DC 12-08
Washington, DC 20065

Subject: <u>Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.</u>
Civil No.: WDQ-10-0254

Dear Counsel:

As discussed during our teleconference today, discovery will be stayed until your settlement conference on September 21, 2010. I look forward to receiving your <u>ex parte</u> letters on September 7, 2010. In the meantime, please feel free to contact me if you feel there is anything that needs to be brought to my attention.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very Truly Yours,

/s/

Beth P. Gesner
United States Magistrate Judge