IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC. | * | |
| | * | |
| Plaintiff and Counter-Defendant | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Civil Action No.: 1:10-cv-00254-WDQ |
| | * | |
| | * | |
| | * | |
| CAREFIRST, INC. | * | |
| | * | |
| Defendant, Counter-Plaintiff and Third-Party Plaintiff | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * |

## WITHDRAWAL OF MOTION OF DEFENDANT CAREFIRST, INC. FOR LEAVE TO FILE AMENDED RESPONSIVE PLEADING

Defendant CareFirst, Inc. ("CareFirst") hereby withdraws its Motion for Leave to File Amended Responsive Pleading (the "Motion").

As the Court may recall, CareFirst had previously indicated that the only issue it feels needed to be resolved was whether Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's") needed a residential services agency license ("RSA") or not. This was true both for Feldman's claims as well as CareFirst's proposed counterclaim.

In order to assist in that determination and using information learned in the course of this lawsuit, CareFirst sought an opinion from the Maryland Board of Pharmacy. CareFirst has received an answer to its inquiry and based on that response is now ready to pay the claims at issue. Moreover, because CareFirst is abiding by the Board's decision,

the proposed counterclaims are not sustainable. For these reasons, CareFirst withdraws the Motion.

September 2, 2010                                                     Respectfully submitted,

                                  _____/s/_____
                                  Patrick P. de Gravelles, Bar No. 29245
A. Dean Stocksdale, Bar No. 28416
CareFirst BlueCross BlueShield
Litigation General Counsel
1501 S. Clinton Street
Baltimore, Maryland 21224
202-680-7457 (voice) (Mr. de Gravelles)
202-680-7620 (fax) (Mr. de Gravelles)
410-528-7923 (voice) (Mr. Stocksdale)
410-720-5847 (fax) (Mr. Stocksdale)

*Attorneys for Defendant CareFirst, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September 2010, a copy of the foregoing Withdrawal of Motion of Defendant CareFirst, Inc. for Leave to File Amended Responsive Pleading (along with the exhibits) was electronically transmitted to Neal C. Baroody, Esq., Baroody & O'Toole, 201 N. Charles Street, Suite 2102, Baltimore, Maryland 21201 and Anthony Paduano, Esq., Paduano & Weintraub, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020, attorneys for Plaintiff Feldman's Medical Center Pharmacy, Inc. and Third-Party Defendants.

/s/
Patrick P. de Gravelles