**CareFirst BlueCross BlueShield**
840 1st Street, NE
Washington, DC 20065

**Patrick de Gravelles**
**Litigation General Counsel**
**Office of Corporate Counsel**
Tel:   202/680-7457
Fax:   202/680-7620
E-mail:  patrick.degravelles@carefirst.com



September 27, 2010

Hon. Beth P. Gesner
United States Magistrate Judge
United States District Court for the District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, Maryland  21201

      Re:  Feldman's Medical Center Pharmacy, Inc. v.
           CareFirst, Inc., Civil Action No. 1:10-cv-00254-WDQ

Dear Judge Gesner:

      Defendant CareFirst, Inc. ("CareFirst") submits this letter in response to the correspondence submitted by Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's") on September 24, 2010.

      CareFirst believes that the Court is well aware of the background of this case and no lengthy submission by CareFirst will add anything substantive to the Court's analysis of whether discovery should continue. CareFirst would like to take the opportunity to make the following points, though.

      First, CareFirst should not be forced to continue spending time and resources so that Feldman's can use the instant case to conduct discovery in aid of another action which it clearly intends to file.

      Second, Feldman's counsel has not given a complete picture of what transpired with regard to Feldman's request for an explanation of the claims that are being paid. CareFirst's counsel first explained to Jordan Becker, one of the attorneys representing Feldman's, that until the checks are actually issued, it is impossible to state specifically what amount will be paid. This is due to the fact that the amount paid on a specific claim is contingent not only on the amount allowed for the claim, but things like co-insurance,

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization
and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association.
®Registered trademark of the Blue Cross and Blue Shield Association.   ®'Registered trademark of CareFirst, Inc.

Hon. Beth P. Gesner
September 27, 2010
Page 2


co-pays and unmet deductibles. CareFirst's counsel offered to discuss with Mr. Becker the allowed amounts of the processed claims. Nothing came of that offer.

While it is not germane to the question of discovery, CareFirst will address the question of whether the checks should be paid to Feldman's or its law firm. Any attempt to change the payee on the claims is likely to result in significant delays in processing the claims. As the Court knows, these claims are not being paid as part of an agreed upon settlement, but because CareFirst is honoring its commitment to pay the claims now that the question of the Residential Services Agency ("RSA") license has been answered. This means that the claims are proceeding through the normal payment mechanisms, which are set up to pay providers or individual insureds. In addition, it appears that this request may well have something to do with the rights of the "hostile and litigious creditors" to which Feldman's counsel refers in its correspondence.

With regard to the question of the issue of the privilege log, CareFirst simply notes that neither side has produced or up to this point insisted on the exchange of logs. If CareFirst must now produce one, it is only just that Feldman's produce its log, as well.

Finally, CareFirst would like to clarify that the statement made to your Honor with regard to the timing of the payments was meant as a best faith estimate of when claims might be paid, and was given in confidence. The undersigned apologizes if this was not made clear. Last week, a check for $986,160.83, which reflects payments for some of the claims, was mailed to Feldman's. However, CareFirst is concerned that if all other claims are not paid within 30 days of the settlement conference, Feldman's counsel will attempt to misuse that issue to further impugn CareFirst with the Court. CareFirst respectfully requests that the Court correct the record with regard to CareFirst's representation on the timing of payment.

Thank you.

Sincerely,

/s/

Patrick de Gravelles

cc: All counsel via CM/ECF