FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 NOV 15 P 2: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | ) ) ) |
| Plaintiff, | ) ) Civil Action No. WDQ-10-254 |
| v. | ) ) |
| CAREFIRST, INC. | ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| John DOES 1 and 2 | ) ) |
| Third-Party-Defendants, | ) ) |

## STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

Plaintiff Feldman's Medical Center Pharmacy, Inc. and Defendant CareFirst, Inc., through their undersigned counsel, stipulate as follows:

WHEREAS, the Court issued an initial scheduling order on July 7, 2010; and

WHEREAS, the Court issued a modified scheduling order on August 16, 2010; and

WHEREAS, all discovery in this action was stayed by order of the Court on September 1, 2010; and

WHEREAS, the Court issued a second modified scheduling order on September 30, 2010; and

WHEREAS, the parties hereto have diligently attempted to meet the deadlines in the second modified scheduling order, but have been unable to do so, primarily to schedule non-party depositions; and

WHEREAS, the parties require a brief additional extension of the deadlines set by the Court;

WHEREFORE, for the reasons set forth herein, Plaintiff and Defendant respectfully request that this Court "So Order" this Stipulation and Order resetting the deadlines in this case as follows:

| Event | Date |
| --- | --- |
| Discovery Deadline and Filing of Discovery Status Report | December 22, 2010 |
| Plaintiff's Rule 26(a)(2) disclosure re experts | December 13, 2010 |
| Defendant's Rule 26(a)(2) disclosure re experts | January 7, 2011 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosure re experts | January 21, 2011 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 4, 2011 |
| Requests for admission | January 14, 2011 |
| Dispositive pre-trial motions deadline | March 4, 2011 |

Dated:    November 12, 2010

2

BAROODY & O'TOOLE
201 N. Charles Street, Suite 2102
Baltimore, Maryland 21201
(410) 539-8412 (telephone)
(410) 539-8411 (facsimile)

PADUANO & WEINTRAUB LLP

By: _____
Anthony Paduano
Jordan D. Becker
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
*Appearing pro hac vice*

Attorneys for Plaintiff

CAREFIRST, INC.

By: _____
Patrick de Gravelles
CareFirst Blue Cross Blue Shield
Office of Corporate Counsel
840 1st Street, N.E., DC12-08
Washington, D.C. 20065
(202) 680-7457 (telephone)
(202) 680-7620 (facsimile)

Attorneys for Defendant

IT IS SO ORDERED

_____
Honorable Beth P. Gesner
United States Magistrate Judge
Dated: 11-15-10