**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FELDMAN'S MEDICAL CENTER PHARMACY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. WDQ-10-254 |
| v. | ) ) | |
| CAREFIRST, INC. | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| John DOES 1 and 2 | ) ) | |
| Third-Party-Defendants, | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Feldman's Medical Center Pharmacy ("Plaintiff") and Defendant-Third-Party Plaintiff CareFirst, Inc. ("Defendant"), that the Third Party Complaint and Counter-Complaint for Interpleader, filed by Defendant on November 25, 2009, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(c).

Dated:    December 21, 2010

BAROODY & O'TOOLE
201 N. Charles Street, Suite 2102
Baltimore, Maryland 21201
(410) 539-8412 (telephone)
(410) 539-8411 (facsimile)

PADUANO & WEINTRAUB LLP

By: _____
   Anthony Paduano
   Jordan D. Becker
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)
*Appearing pro hac vice*

Attorneys for Plaintiff

CAREFIRST, INC.

By: _____
   Patrick de Gravelles
CareFirst Blue Cross Blue Shield
Office of Corporate Counsel
840 1st Street, N.E., DC12-08
Washington, D.C. 20065
(202) 680-7457 (telephone)
(202) 680-7620 (facsimile)

Attorneys for Defendant