IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Feldman's Medical Center Pharmacy, Inc. | * | |
| Plaintiff(s) | | |
| | * | |
| v. | | Case No.: SKG-10-254 |
| | * | |
| CareFirst, Inc. | | |
| Defendant(s) | * | |

\*\*\*\*\*\*

## ORDER REGARDING REFERRAL BY CONSENT OF THE PARTIES

The above case has been referred to Susan K. Gauvey with the consent of the parties for all proceedings including entry of a final judgment. If you have not already done so, within fourteen days you must file a General Consent To Proceed Before a United States Magistrate Judge.

This form is located at http://www.mdd.uscourts.gov/publications/DisplayFormsAll.asp.


Date: 1/7/2011

/s/
William D. Quarles
United States District Judge