# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

April 1, 2011

Neal C. Baroody, Esq.
Baroody & O'Toole
201 N. Charles Street, Suite 2102
Baltimore, MD  21201

Anthony Paduano, Esq.
Jordan D. Becker, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, NY  10020

Patrick de Gravelles, Esq.
CareFirst Blue Cross Blue Shield
840 1st Street, N.E., DC12-08
Washington, DC  20065

  Re:  Feldman's Medical Center Pharmacy, Inc. v. CareFirst,
    Inc., Civil No. SKG-10-254

Dear Counsel:

  I apologize for the delay in responding to your letters of
March 11 and 14.  I have now reviewed them.  Mr. de Gravelles,
you should raise your concern regarding the submission of the
plaintiffs by way of a motion.  If there is some urgency to the
motion, file a motion to shorten time contemporaneously, and
also if you believe there is some need to alter the pretrial
schedule, please include a motion to that effect as well.

      Sincerely yours,

       /s/

      Susan K. Gauvey
      United States Magistrate Judge