**CareFirst BlueCross BlueShield**
840 1ˢᵗ Street, NE
Washington, DC 20065

**Patrick de Gravelles**
**Litigation General Counsel**
**Office of Corporate Counsel**
Tel:   202/680-7457
Fax:   202/680-7620
E-mail:  patrick.degravelles@carefirst.com



June 10, 2011

Hon. Susan K. Gauvey
United States Magistrate Judge
United States District Court for the District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, Maryland  21201

   Re:  Feldman's Medical Center Pharmacy, Inc. v.
     CareFirst, Inc., Civil Action No. 1:10-cv-00254-SKG

Your Honor:

During the hearing on the parties' cross-motions to dismiss on June 9, the Court indicated that it would advise the parties' counsel if additional information is needed. I am writing to inform the Court that I will be out of the country and will have only limited access to e-mails and voice mail between the dates of June 16 and July 5.

Thank you in advance for your consideration.

Sincerely,

*Patrick de Gravelles*

Patrick de Gravelles

cc:  Jordan Becker, Esquire

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association.
®Registered trademark of the Blue Cross and Blue Shield Association.   ®'Registered trademark of CareFirst, Inc.