## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**MDD_skgchambers@mdd.uscourts.gov**
**(410) 962-4953**
**(410) 962-2985 - Fax**

June 14, 2011

Patrick de Gravelles, Esq.
CareFirst Blue Cross Blue Shield
840 1st Street, N.E., DC12-08
Washington, DC  20065

    Re:  Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc., Civil No. SKG-10-254

Dear Mr. de Gravelles:

    I received your letter dated June 10 regarding your three week absence.  I do anticipate that there will be a request for additional information during that period of time.  I assume that the other counsel of record, Mr. Stocksdale, can handle the matter as all parties seem very eager to handle this matter as soon as possible.

                                      Sincerely yours,

                                      /s/

                                    Susan K. Gauvey
                                    United States Magistrate Judge

cc:  All counsel of record