UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

August 18, 2011

Neal C. Baroody, Esq.
Baroody & O'Toole
201 N. Charles Street, Suite 2102
Baltimore, MD  21201

Anthony Paduano, Esq.
Jordan D. Becker, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, NY  10020

Patrick de Gravelles, Esq.
CareFirst Blue Cross Blue Shield
840 1st Street, N.E., DC12-08
Washington, DC  20065

    Re:  Feldman's Medical Center Pharmacy, Inc. v. CareFirst,
         Inc., Civil No. SKG-10-254

Dear Counsel:

    I request that you please provide the following information by tomorrow, **August 19, 2011, at 10 a.m.**

    Defendant should provide the invoice number for each claim it paid, the date the claim was submitted, and the date claim was paid.

    Also, there is a discrepancy between the number of claims listed in Exhibit B to the Complaint (36), in correspondence submitted to the Court by Feldman's on August 15, 2011 (42), and in the chart attached to CareFirst's correspondence also submitted to the Court on August 15, 2011 (45). Accordingly, the Court requests that Plaintiff provide the invoice number of each claim for which it seeks interest.

    Finally, you have submitted several pieces of correspondence

in relation to the outstanding motions since August 10, 2011.  I intend to docket this correspondence along with attachments on Monday, August 22, 2011.  The provider vouchers submitted by Mr. deGravelles on August 12, 2011 will be sealed.  I will docket the remaining correspondence and attachments, including the assignments of benefits, in the form provided.  Please confirm as soon as possible whether you need to redact any information before I do so.

    Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

                                              Sincerely yours,

                                                  /s/

                                             Susan K. Gauvey
                                           United States Magistrate Judge