PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

August 10, 2011

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 AUG 22  A 10: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**VIA ELECTRONIC MAIL**

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re:  Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.,
> Civil Action No. 1:10-cv-00254-WDQ

Dear Judge Gauvey:

Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's") respectfully submits this letter in response to the Court's letter of this date.

Pursuant to the Court's direction, attached are copies of the assignments for each of the insureds at issue. Feldman's was, at all relevant times, a wholly owned subsidiary of Factor Health Management, Inc. (Declaration of Jarrett Bostwick ¶ 22, Docket No. 102). In addition, as the Court requested, attached is the chart calculating the interest that was due and owing at the time Feldman's filed its motion for summary judgment. The chart was attached as Exhibit 40 to the Declaration of Jarrett Bostwick. (Docket No. 102).

PADUANO & WEINTRAUB LLP

Hon. Susan K. Gauvey
United States Magistrate Judge
August 10, 2011
Page 2

### 1. The Assignment of Benefits Issue Is Not
   Relevant to the Motions Before the Court

We submit that this issue is not relevant to the summary judgment motions pending before the Court. Critically, it is undisputed that CareFirst has paid each of the claims at issue in this case to Feldman's and not to the patients (CareFirst's Memorandum in Support of Its Summary Judgment Motion at 1, Docket No. 110), and has not relied upon the alleged invalidity of the assignments as a defense in its Answer (Docket No. 6), or in its motion for summary judgment (Docket Nos. 109, 110, 112, 115-17, 121). Thus, any argument that the assignments are not valid has been waived.

CareFirst raised the assignments in connection with the cross-motions for summary judgment with respect to a claim asserted on behalf of "Patient A" (CareFirst's Memorandum in Support of Its Summary Judgment Motion at 11-12, Docket No. 110, Declaration of Jamie Hanson at 4, Docket No, 116), This claim was, by stipulation, later removed from the motions for summary judgment because it arose <u>after</u> the filing of the Complaint.[1] (Docket No. 120-2).

Critically, CareFirst agrees that the arguments are irrelevant here, conceding that:

> **"Non-par providers can still have direct actions against insurers, however, by way of an ERISA assignment. In such cases, the provider steps in the shoes of the ERISA participant".** (CareFirst's Memorandum in Support of Its Summary Judgment Motion at 10, Docket No. 110) (emphasis added)

CareFirst has always taken the position that Feldman's lacked a valid contract for the services provided (<u>Id</u>. at 4, Docket No. 110), and therefore made its payments to Feldman's as a non-par provider.

---

[1] Ms. Hanson also attached to her declaration the purported non-assignment clauses from the insurance contracts covering five of the insureds at issue (Docket No, 116 at 7), but CareFirst never asserted that these clauses provide it any defense to payment of the claims (that it paid).

PADUANO & WEINTRAUB LLP

Hon. Susan K. Gauvey
United States Magistrate Judge
August 10, 2011
Page 3

Indeed, it was *CareFirst* that first relied on the existence of the assignments of benefits when it relied upon them in support of its removal petition (Docket No. 1), asserting that the existence of the assignments gave this Court federal question jurisdiction because it demonstrated the existence of ERISA claims. In its Opposition to Motion to Remand (Docket No. 48) at 7-8, CareFirst stated:

> **"the Court has jurisdiction under the complete preemption doctrine of [ERISA] over Plaintiff's claims for payment as a non-participating provider because the claim is based on the assignment of ERISA rights."** (Emphasis added)

When denying the motion to remand, Judge Quarles also made clear that because Feldman's:

> **"assignment-based claims allege the improper denial of benefits to the [insureds], they are ERISA claims."** (Docket No. 53 at 14) (Emphasis added)

CareFirst's assertion and the Court's holding are now the law of the case, U.S. v. Aramony, 166 F.3d 655, 661 (4th Cir. 1999), and it may not now be argued that the assignments that CareFirst relied upon to obtain jurisdiction in this Court are somehow invalid, especially after all of the claims have been paid to Feldman's.

If this matter had been truly germane to the issues, Feldman's would have taken discovery of CareFirst to obtain information to prove that CareFirst, in the ordinary course, never receives written assignments and nearly always pays providers (and not patients).

## 2. Calculation of Interest

In Feldman's Supplemental Memorandum of Law, submitted on May 24, 2011 (Docket No. 126), we set forth Feldman's position that based on prevailing law and CareFirst's practices, interest on outstanding claims must commence running 30 days from the date the claim was received. We argued that under Maryland Code Ann. Insurance § 15-1005(c), the interest rate should be the monthly rate of (i) 1.5% from the 31st day through the 60th day; (ii) 2% from the 61st day through the 120th day; and (iii) 2.5% after the 120th day.

PADUANO & WEINTRAUB LLP

Hon. Susan K. Gauvey
United States Magistrate Judge
August 10, 2011
Page 4

Just as CareFirst has conceded liability, it has conceded that it owes Feldman's interest pursuant to Maryland Code Ann. Insurance § 15-1005. (CareFirst's Memorandum in Support of Its Summary Judgment Motion at 15, Docket No. 110). Although it admits that Section 15-1005 applies, CareFirst's calculations used incorrect starting dates based on its specious argument that interest failed to run until it had consulted with the Maryland Pharmacy Board.

The chart which accompanies this letter was current as of the time of its submission to the Court on March 4, 2011, and would need to be updated to take into account the time that has passed.

We thank the Court for its courtesies.

Respectfully,

Anthony Paduano

cc:    Patrick de Gravelles, Esq. (via email)
       Thomas O'Toole, Esq. (via email)

# MATERIAL REDACTED

 **Factor Health**
**Management, LLC**
*Choice, Quality, Community Support*

 **FCS**
**Pharmacy, LLC**
an affiliate of the Factor Foundation of America
Improving the Lives of People with Bleeding Disorders

## SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____

Patient ID Number: _____2 0| 2.94_____        Date: ___8|17|06___

**Consent for Treatment**
I consent to treatment and services provided by Factor Health Management, LLC (FHM), FCS Pharmacy LLC (FCS) and/or associated contract providers consistent with a plan of care authorized by my physician, FHM care team and myself.  All pharmacy services will be authorized by my insurance company.  I understand that enrollment is my choice and that I can disenroll at any time.

**Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities.**
I understand that FHM, FCS and its associated contract providers will keep a record of my care.  I acknowledge that I have received a copy of: (i) FHM and FCS' HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FHM, FCS and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information;  (ii) FHM's Confidentiality Policy;  (iii) a written description of Patient's Rights and Responsibilities; and (iv) FHM's Grievance Procedure.

**Assignment of Benefits/Authorization for Payment/ Financial Responsibility**
In consideration of services provided by FHM, FCS and its associated contract providers, I hereby assign and transfer to FHM and FCS all rights, title and interest to reimbursement payable to me for services provided by FHM, FCS and its associated contract providers.  I agree to immediately turn over to FHM, either by endorsing any check that I receive, or by sending the amount of the payment that I receive, for services rendered by FHM, FCS or its associated contract providers.  Under no circumstance shall I retain any such payment.

I request that FHM act on my behalf to submit charges for services rendered by FCS or its associated contract providers and I hereby authorize payment directly to FHM, FCS or its associated contract providers of any benefits otherwise payable for items/services, at a rate not to exceed FHM's regular charges for such items/services.  I hereby authorize FHM, FCS or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, governmental agencies or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials and charges for services not covered by my insurance company, a governmental agency or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan.  In consideration of services to be provided, I agree to pay FHM and FCS in accordance with the regular rates and terms of each applicable provider.  Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorney's fees and collection expenses.

**Relationship between Physician and Factor Health Management**
FHM will work with my physician and incorporate my physician's treatment plan within the FHM care plan.  I understand that my physician is not an employee or agent or associated in any way with FHM or FCS.  FHM, FCS and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.

---

7700 Congress Ave., Suite 3109
Boca Raton, Florida 33487
866-322-3461

## MATERIAL REDACTED

**Signature of Agreement/ Witness**

_____        _____ 8/17/06 _____
Legal Name of Patient                                Date

_____        _____ 8/17/06 _____
Signature of Patient, Parent or Legal Guardian        Date

_____        _____ 8/17/06 _____
Witness                                              Date

_____        _____ 8/17/02 _____
Signature of FHM/FCS Representative/ Title            Date

**MATERIAL REDACTED**

## <u>SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS</u>

Patient Name:

Patient ID Number: 20140?      Date: 'b / ? / 07

### Consent for Treatment

I consent to treatment and services provided by Factor Health Management, LLC (FHM), FCS Pharmacy LLC (FCS) and/or associated contract providers consistent with a plan of care authorized by my physician, FHM care team and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

### Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities.

I understand that FHM, FCS and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FHM and FCS' HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FHM, FCS and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FHM's Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FHM's Grievance Procedure.

### Assignment of Benefits/Authorization for Payment/ Financial Responsibility

In consideration of services provided by FHM, FCS and its associated contract providers, I hereby assign and transfer to FHM and FCS all rights, title and interest to reimbursement payable to me for services provided by FHM, FCS and its associated contract providers. I agree to immediately turn over to FHM, either by endorsing any check that I receive, or by sending the amount of the payment that I receive, for services rendered by FHM, FCS or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FHM act on my behalf to submit charges for services rendered by FCS or its associated contract providers and I hereby authorize payment directly to FHM, FCS or its associated contract providers of any benefits otherwise payable for items/services, at a rate not to exceed FHM's regular charges for such items/services. I hereby authorize FHM, FCS or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, governmental agencies or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials and charges for services not covered by my insurance company, a governmental agency or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FHM and FCS in accordance with the regular rates and terms of each applicable provider. Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorney's fees and collection expenses.

### Relationship between Physician and Factor Health Management

FHM will work with my physician and incorporate my physician's treatment plan within the FHM care plan. I understand that my physician is not an employee or agent or associated in any way with FHM or FCS. FHM, FCS and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.



Factor Health Management, LLC
*Choice, Quality, Convenience, Support*

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

1

**MATERIAL REDACTED**

**Signature of Agreement/ Witness**

_____     _____ 6/9/07 _____
Legal Name of Patient              Date

_____     _____ 6/9/07 _____
Signature of Patient, Parent or Legal Guardian   Date

_____     _____
Witness                            Date

_____     _____ 6/4/07 _____
Signature of FHM/FCS Representative/Title   Date

**Factor Health Management, LLC**
Choice, Quality, Commitment · Expert
7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

2

# MATERIAL REDACTED

**FactorHealth** 

## SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____

Patient ID Number: _____          Date: 5-28-08

**Consent for Treatment**

I consent to treatment and services provided by FactorHealth Management, LLC™ (FactorHealth™), FCS Pharmacy, LLC™ (FCS™), and/or associated contract providers consistent with a plan of care authorized by my physician, FactorHealth™ care team, and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

**Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities.**

I understand that FactorHealth™, FCS™, and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FactorHealth™ and FCS™ HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FactorHealth™, FCS™, and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FactorHealth's™ Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FactorHealth's™ Grievance Procedure.

**Assignment of Benefits/Authorization for Payment/ Financial Responsibility**

In consideration of services provided by FactorHealth™, FCS™, and its associated contract providers, I hereby assign and transfer to FactorHealth™ and FCS™ all rights, title, and interest to reimbursement payable to me for services provided by FactorHealth™, FCS™, and its associated contract providers. I agree to immediately turn over to FactorHealth™ any payment I receive, either by endorsing any check I receive or by sending the amount of the payment I receive, for services rendered by FactorHealth™, FCS™, or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FactorHealth™ act on my behalf to submit charges for services rendered by FCS™ or its associated contract providers, and I hereby authorize payment directly to FactorHealth™, FCS™, or its associated contract providers of any benefits otherwise payable for items/services at a rate not to exceed FactorHealth's™ regular charges for such items/services. I hereby authorize FactorHealth™, FCS™, or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare, and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, government agencies, or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials, and charges for services not covered by my insurance company, a governmental agency, or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FactorHealth™ and FCS™ in accordance with the regular rates and terms of each applicable provider. Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorneys' fees and collection expenses.

**Relationship between Physician and FactorHealth Management, LLC™**

_____          1

### FACTORHEALTH .
ALLIANCE

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

**MATERIAL REDACTED**

### FactorHealth

FactorHealth™ will work with my physician and incorporate my physician's treatment plan within the FactorHealth™ care plan. I understand that my physician is not an employee, an agent, or associated in any way with FactorHealth™ or FCS™. FactorHealth™, FCS™, and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.

**Signature of Agreement/Witness**

_____   _____   5-28-2008
Legal Name of Patient                         Date

_____   _____   5-28-2008
Signature of Patient, Parent, or Legal Guardian   Date

_____   _____   5/28/08
Witness                                             Date

_____   _____   6/4/08
Signature of FactorHealth™/FCS™ Representative/Title   Date

2

**FACTORHEALTH**
**ALLIANCE**

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (551) 981-8804

## MATERIAL REDACTED

 **Factor Health Management, LLC**
*Choice, Quality, Community Support*

 **FCS Pharmacy, LLC**
an affiliate of the Factor Foundation of America
Improving the Lives of People with Bleeding Disorders

## SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____

Patient ID Number: _____

Date: _____ 2/16/06

### Consent for Treatment
I consent to treatment and services provided by Factor Health Management, LLC (FHM), FCS Pharmacy LLC (FCS) and/or associated contract providers consistent with a plan of care authorized by my physician, FHM care team and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

### Consent for Record Retention
I understand that FHM, FCS and its associated contract providers will keep a record of my care. I understand that I have the right to review that record with an FHM staff person.

### Confidentiality and Release of Information
I understand that FHM, FCS and its associated contract providers will maintain the strict confidentiality of all my records and will not release any information without my written informed consent. The only time that FHM would release any portion of my records without my consent would be where legally required to do so. I also understand that the FHM Comprehensive Hemophilia Health Management Program involves staff and clinicians from different disciplines, and within the Program, staff will share my personal health information in order to provide the best services possible.

### Assignment of Benefits/Authorization for Payment

I request that FHM act on my behalf to submit charges for services rendered by FCS or its associated contract providers and I hereby authorize payment directly to FHM, FCS or its associated contract providers of any benefits otherwise payable for items/services, at a rate not to exceed FHM's regular charges for such items/services.

I hereby authorize FHM, FCS or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare and/or Medicaid.

I understand that my private health insurance may require co-payment for items/services.

I understand that the Medicare allowable will be honored; however, pharmacy services may require a co-payment as shown on my Medicare Explanation of Benefits (EOB).

I understand that some Medicaid programs require a patient's share of cost (SOC) to be satisfied prior to paying providers for services rendered. If I have not met my SOC requirement at the time of services requested, I agree to be responsible to pay my SOC to FHM.

# MATERIAL REDACTED

### Financial Responsibility

I understand that I am liable for all charges incurred by myself or my dependents for items/services provided by FHM, FCS or its associated contract providers and that it is my responsibility to pay any and all denials, deductibles, co-payments or share of costs that are left unpaid by my insurance carrier, Medicare or Medicaid.  FHM, if informed by the insurance carrier, Medicare or Medicaid, of any charges not covered or changes in coverage, will inform me in writing within 30 calendar days from the date FHM becomes aware of the charges or change in coverage.

I understand that from time to time my insurance company may reimburse me directly for the products/services that I received from FCS Pharmacy. I understand that I am responsible to fully reimburse FCS Pharmacy for the full amount of the check. Remittance to FCS Pharmacy may by either endorsement of insurance reimbursement check to FCS Pharmacy or by money order or certified bank check within five (5) business days.

### Relationship between Physician and Factor Health Management

FHM will work with each Patient's physician and incorporate the physician's treatment plan for that Patient within the FHM care plan for the Patient.  It is understood that the physician is an independent contractor of the Patient and is not an employee or agent or associated in any way with FHM or FCS. FHM, FCS and its associated contract pharmacies shall not be liable for any act or omission of the physician or for following the physician's orders.

I have received a copy of the Patient's Rights and Responsibilities.

I have received a copy of FHM's Grievance Procedure.

I have received a copy of the HIPAA Notice of Privacy Practices for Personal Health Information.

I have received a copy of FHM's Confidentiality Policy and have exercised my rights to restrict the release of my personal health information to individuals or organizations that I do not want to have this information.

### Signature of Agreement/ Witness

_____          _____
Legal Name of Patient                                        Date

_____          _____
Signature of Patient, Parent or Legal Guardian          Date

_____          _____
Witness                                                          Date

_____          _____
Signature of FHM/FCS Representative/ Title          Date

 **FactorHealth Management, LLC™** **MATERIAL REDACTED** 

## SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____    Date: _3/17/08_

Patient ID Number: _____

### Consent for Treatment

I consent to treatment and services provided by FactorHealth Management, LLC™ (FactorHealth™), FCS Pharmacy, LLC™ (FCS™), and/or associated contract providers consistent with a plan of care authorized by my physician, FactorHealth™ care team, and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

### Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities

I understand that FactorHealth™, FCS™, and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FactorHealth™ and FCS™ HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FactorHealth™, FCS™, and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FactorHealth's™ Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FactorHealth's™ Grievance Procedure.

### Assignment of Benefits/Authorization for Payment/ Financial Responsibility

In consideration of services provided by FactorHealth™, FCS™, and its associated contract providers, I hereby assign and transfer to FactorHealth™ and FCS™ all rights, title, and interest to reimbursement payable to me for services provided by FactorHealth™, FCS™, and its associated contract providers. I agree to immediately turn over to FactorHealth™ any payment I receive, either by endorsing any check I receive or by sending the amount of the payment I receive, for services rendered by FactorHealth™, FCS™, or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FactorHealth™ act on my behalf to submit charges for services rendered by FCS™ or its associated contract providers, and I hereby authorize payment directly to FactorHealth™, FCS™, or its associated contract providers of any benefits otherwise payable for items/services at a rate not to exceed FactorHealth's™ regular charges for such items/services. I hereby authorize FactorHealth™, FCS™, or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare, and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, government agencies, or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials, and charges for services not covered by my insurance company, a governmental agency, or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FactorHealth™ and FCS™ in accordance with the regular rates and terms of each applicable provider. Should the account be referred

PS Doc # 5 – Revised 02-08-08.

1

 **FactorHealth** Management, LLC ™

 *Expert Care* FCS*Pharmacy*™ *To assure your well being*

## MATERIAL REDACTED

to an attorney or collection agency for collection, I agree to pay reasonable attorneys' fees and collection expenses.

### Relationship between Physician and FactorHealth Management, LLC™

FactorHealth™ will work with my physician and incorporate my physician's treatment plan within the FactorHealth™ care plan. I understand that my physician is not an employee, an agent, or associated in any way with FactorHealth™ or FCS™. FactorHealth™, FCS™, and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.

### Signature of Agreement

_____     _____ 3 / 17 / 08 _____
Legal Name of Patient                              Date

_____     _____ 3 / 17 / 08 _____
Signature of Patient, Parent, or Legal Guardian    Date

_____     _____
Signature of FactorHealth™/FCS™ Representative/Title    Date

FACTORHEALTH
ALLIANCE™
7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

**MATERIAL REDACTED**

### SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____

Patient ID Number: _____          Date: 2/28/07

**Consent for Treatment**
I consent to treatment and services provided by Factor Health Management, LLC (FHM), FCS Pharmacy LLC (FCS) and/or associated contract providers consistent with a plan of care authorized by my physician, FHM care team and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

**Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/Patient's Rights and Responsibilities.**
I understand that FHM, FCS and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FHM and FCS' HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FHM, FCS and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FHM's Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FHM's Grievance Procedure.

**Assignment of Benefits/Authorization for Payment/ Financial Responsibility**
In consideration of services provided by FHM, FCS and its associated contract providers, I hereby assign and transfer to FHM and FCS all rights, title and interest to reimbursement payable to me for services provided by FHM, FCS and its associated contract providers. I agree to immediately turn over to FHM, either by endorsing any check that I receive, or by sending the amount of the payment that I receive, for services rendered by FHM, FCS or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FHM act on my behalf to submit charges for services rendered by FCS or its associated contract providers and I hereby authorize payment directly to FHM, FCS or its associated contract providers of any benefits otherwise payable for items/services, at a rate not to exceed FHM's regular charges for such items/services. I hereby authorize FHM, FCS or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, governmental agencies or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials and charges for services not covered by my insurance company, a governmental agency or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FHM and FCS in accordance with the regular rates and terms of each applicable provider. Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorney's fees and collection expenses.

**Relationship between Physician and Factor Health Management**
FHM will work with my physician and incorporate my physician's treatment plan within the FHM care plan. I understand that my physician is not an employee or agent or associated in any way with FHM or FCS. FHM, FCS and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.



**Factor Health Management, LLC**
*Choice, Quality, Community Support*

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

1

## MATERIAL REDACTED

**Signature of Agreement/ Witness**

Legal Name of Patient _____     Date _2/28/07_____

Signature of Patient, Parent or Legal Guardian     Date _2/28/07_____

Witness _____     Date _2/28/07_____

Signature of FHM/FCS Representative/ Title     Date _____

**Factor Health Management, LLC**
Choice, Quality, Community Support

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 931-8804

2

## MATERIAL REDACTED

---

## Service Agreement/Assignment Of Benefits

---

Patient Name: _____

Patient ID Number: _____     Date: 8|24|08

**Consent for Treatment**

I consent to treatment and services provided by FactorHealth™, FCS Pharmacy, LLC™ (FCS), and/or associated contract providers consistent with a plan of care authorized by my physician, FactorHealth care team, and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

**Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities**

I understand that FactorHealth, FCS, and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FactorHealth and FCS' HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FactorHealth, FCS, and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FactorHealth's Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FactorHealth's Grievance Procedure.

**Assignment of Benefits/Authorization for Payment/ Financial Responsibility**

In consideration of services provided by FactorHealth, FCS, and its associated contract providers, I hereby assign and transfer to FactorHealth and FCS all rights, title, and interest to reimbursement payable to me for services provided by FactorHealth, FCS, and its associated contract providers. I agree to immediately turn over to FactorHealth any payment I receive, either by endorsing any check I receive or by sending the amount of the payment I receive, for services rendered by FactorHealth, FCS, or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FactorHealth act on my behalf to submit charges for services rendered by FCS or its associated contract providers, and I hereby authorize payment directly to FactorHealth, FCS, or its associated contract providers of any benefits otherwise payable for items/services at a rate not to exceed FactorHealth's regular charges for such items/services. I hereby authorize FactorHealth, FCS, or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare, and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, government agencies, or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials, and charges for services not covered by my insurance company, a governmental agency, or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FactorHealth and FCS in accordance with the regular rates and terms of each applicable provider. Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorneys' fees and collection expenses.

*continued*



# MATERIAL REDACTED

## Service Agreement/Assignment Of Benefits *continued*

### Relationship between Physician and FactorHealth

FactorHealth will work with my physician and incorporate my physician's treatment plan within the FactorHealth care plan. I understand that my physician is not an employee, an agent, or associated in any way with FactorHealth or FCS. FactorHealth, FCS, and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.

### Signature of Agreement

_____     8/24/08
Legal Name of Patient                        Date

_____     8/24/08
Signature of Patient, Parent, or Legal Guardian   Date

_____     _____
Signature of FactorHealth/FCS Representative/Title   Date

## FACTORHEALTH

7700 Congress Avenue   Suite 3109   Boca Raton, FL 33487   Ph 561-314-1700   Fax 561-981-8804   Toll Free 866-322-3461   www.factorhealth.com
Founder of the FactorHealth Alliance™

 FactorHealth

 PCSPharmacy

### SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____

Patient ID Number: _____

Date: 10/11/08

**Consent for Treatment**
I consent to treatment and services provided by FactorHealth Management, LLC™ (FactorHealth™), FCS Pharmacy, LLC™ (FCS™), and/or associated contract providers consistent with a plan of care authorized by my physician, FactorHealth™ care team, and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

**Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities.**
I understand that FactorHealth™, FCS™, and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FactorHealth™ and FCS™ HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FactorHealth™, FCS™, and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FactorHealth's™ Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FactorHealth's™ Grievance Procedure.

**Assignment of Benefits/Authorization for Payment/Financial Responsibility**
In consideration of services provided by FactorHealth™, FCS™, and its associated contract providers, I hereby assign and transfer to FactorHealth™ and FCS™ all rights, title, and interest to reimbursement payable to me for services provided by FactorHealth™, FCS™, and its associated contract providers. I agree to immediately turn over to FactorHealth™ any payment I receive, either by endorsing any check I receive or by sending the amount of the payment I receive, for services rendered by FactorHealth™, FCS™, or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FactorHealth™ act on my behalf to submit charges for services rendered by FCS™ or its associated contract providers, and I hereby authorize payment directly to FactorHealth™, FCS™, or its associated contract providers of any benefits otherwise payable for items/services at a rate not to exceed FactorHealth's™ regular charges for such items/services. I hereby authorize FactorHealth™, FCS™, or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare, and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, government agencies, or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials, and charges for services not covered by my insurance company, a governmental agency, or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FactorHealth™ and FCS™ in accordance with the regular rates and terms of each applicable provider. Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorneys' fees and collection expenses.

**Relationship between Physician and FactorHealth Management, LLC™**

1

FACTORHEALTH
ALLIANCE

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

# MATERIAL REDACTED

**FactorHealth**

**FCSPharmacy**
*Expert Care*

FactorHealth™ will work with my physician and incorporate my physician's treatment plan within the FactorHealth™ care plan. I understand that my physician is not an employee, an agent, or associated in any way with FactorHealth™ or FCS™. FactorHealth™, FCS™, and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.

**Signature of Agreement/Witness**

_____
Legal Name of Patient

_____
Signature of Patient, Parent, or Legal Guardian

_____
Witness

_____
Signature of FactorHealth™/FCS™ Representative/Title

_____
Date

_____
Date     10/11/08

_____
Date

_____
Date     10/14/08

2

**FACTORHEALTH**
ALLIANCE

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (551) 981-8804

**MATERIAL REDACTED**

*O Su Bha Koo*

## SERVICE AGREEMENT/ASSIGNMENT OF BENEFITS

Patient Name: _____

Patient ID Number: _____201265_____     Date: __11/07/06__

**Consent for Treatment**
I consent to treatment and services provided by Factor Health Management, LLC (FHM), FCS Pharmacy LLC (FCS) and/or associated contract providers consistent with a plan of care authorized by my physician, FHM care team and myself. All pharmacy services will be authorized by my insurance company. I understand that enrollment is my choice and that I can disenroll at any time.

**Consent for Record Retention/Acknowledgement of Receipt of Notice of Privacy Practices/ Patient's Rights and Responsibilities.**
I understand that FHM, FCS and its associated contract providers will keep a record of my care. I acknowledge that I have received a copy of: (i) FHM and FCS' HIPAA Notice of Privacy Practices for Personal Health Information, which describes how FHM, FCS and/or associated contract providers may use and disclose the information contained in my record and explains my rights with respect to such information; (ii) FHM's Confidentiality Policy; (iii) a written description of Patient's Rights and Responsibilities; and (iv) FHM's Grievance Procedure.

**Assignment of Benefits/Authorization for Payment/ Financial Responsibility**
In consideration of services provided by FHM, FCS and its associated contract providers, I hereby assign and transfer to FHM and FCS all rights, title and interest to reimbursement payable to me for services provided by FHM, FCS and its associated contract providers. I agree to immediately turn over to FHM, either by endorsing any check that I receive, or by sending the amount of the payment that I receive, for services rendered by FHM, FCS or its associated contract providers. Under no circumstance shall I retain any such payment.

I request that FHM act on my behalf to submit charges for services rendered by FCS or its associated contract providers and I hereby authorize payment directly to FHM, FCS or its associated contract providers of any benefits otherwise payable for items/services, at a rate not to exceed FHM's regular charges for such items/services. I hereby authorize FHM, FCS or its associated contract pharmacies to bill for services and receive payment directly from my private health insurance, Medicare and/or Medicaid.

I understand that I am responsible for and will pay in full the portion of my bill not covered by insurance companies, governmental agencies or third party payors, including, but not limited to, any applicable co-payments, share of cost payments, deductibles, denials and charges for services not covered by my insurance company, a governmental agency or third party payor, such as charges for services that are determined by such entity not to be medically necessary or not covered under the terms of my health plan. In consideration of services to be provided, I agree to pay FHM and FCS in accordance with the regular rates and terms of each applicable provider. Should the account be referred to an attorney or collection agency for collection, I agree to pay reasonable attorney's fees and collection expenses.

**Relationship between Physician and Factor Health Management**
FHM will work with my physician and incorporate my physician's treatment plan within the FHM care plan. I understand that my physician is not an employee or agent or associated in any way with FHM or FCS. FHM, FCS and its associated contract pharmacies shall not be liable for any act or omission of my physician or for following my physician's orders.



**Factor Health Management, LLC**
*Closer, Quicker, Community Support*

7700 Congress Avenue, Suite #3105, Boca Raton, FL 33487
T#: (866) 322-3461 F#: (561) 981-8804

1

## MATERIAL REDACTED

**Signature of Agreement/ Witness**

_____     ___11/07/07_____
Legal Name of Patient                 Date

_____     _____
Signature of Patient, Parent or Legal Guardian     Date

_____     _____
Witness                               Date

_____     _____
Signature of FHM/FCS Representative/ Title     Date



**Factor Health**
**Management, LLC**

7700 Congress Avenue, Suite #3109, Boca Raton, FL 33487
Tel: (866) 322-3461 Fax: (561) 981-8804

2

Additional Interest 1.6%/2%-2.6% Maryland Code §15-1005(c)

| Invoice no | Date of Service | Expected Amount (Provided by Client) | Amt 1 (Original Payment) | Amt 2 (1st Adjustment) | Amt 3 (2nd Adjustment) | Balance Payment | Date 1 (Original Payment) | Date 2 (1st Adjustment) | Date 3 (2nd Adjustment) | Interest on Original Payment | Interest on 1st Adjustment | Interest on 2nd Adjustment | Interest on Unpaid Balance Through 3/4/11 | Total (Additional Interest) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12550 | 2/6/2008 | 29,376.00 | 619.20 | 28,756.80 | - | | 2/20/2008 | 9/24/2010 | | 41.60 | 21,735.35 | - | - | 21,777.14 |
| 14917 | 8/23/2008 | 32,103.30 | 1.13 | 32,102.17 | - | | 10/2/2008 | 9/24/2010 | | 0.01 | 18,940.28 | - | - | 18,940.29 |
| 15767 | 10/31/2008 | 32,103.30 | 320.92 | 31,782.38 | - | | 12/12/2008 | 9/24/2010 | | 1.93 | 16,924.12 | - | - | 16,926.04 |
| 13967 | 5/30/2008 | 34,660.20 | 346.48 | 34,313.72 | - | | 6/20/2008 | 9/24/2010 | | - | 22,675.65 | - | - | 22,675.65 |
| 13817 | 5/2/2008 | 34,660.20 | 1.22 | 34,568.98 | 90.00 | | 2/6/2009 | 9/17/2010 | 10/1/2010 | 0.23 | 23,449.29 | 62.10 | - | 23,511.62 |
| 14727 | 8/1/2008 | 32,103.30 | 1.13 | 32,102.17 | - | | 9/26/2008 | 9/24/2010 | | 0.01 | 19,261.30 | - | - | 19,261.31 |
| 15291 | 9/19/2008 | 32,103.30 | 1,128.87 | 30,974.43 | - | | 10/31/2008 | 9/24/2010 | | 6.77 | 17,577.99 | - | - | 17,584.76 |
| 16500 | 12/19/2008 | 33,584.40 | - | 33,584.40 | - | | | 9/24/2010 | | - | 16,512.33 | - | - | 16,512.33 |
| 17675 | 3/28/2009 | 33,687.00 | - | 33,687.00 | - | | | 10/29/2010 | | - | 14,766.14 | - | - | 14,766.14 |
| 14319 | 7/7/2008 | 34,660.20 | 1.22 | 34,658.98 | - | | 9/26/2008 | 9/24/2010 | | 0.04 | 21,806.27 | - | - | 21,806.31 |
| 17360 | 3/4/2009 | 32,632.00 | - | 32,632.00 | - | | | 9/24/2010 | | - | 14,090.40 | - | - | 14,090.40 |
| 16849 | 1/22/2009 | 35,379.90 | - | 35,379.90 | - | | | 9/24/2010 | | - | 16,392.69 | - | - | 16,392.69 |
| 14685 | 8/7/2008 | 68,715.30 | 915.30 | 11,358.50 | 56,443.50 | | 10/17/2008 | 9/24/2010 | 10/8/2010 | 20.44 | 6,851.76 | 34,712.75 | - | 41,584.95 |
| 17313 | 2/26/2009 | 34,719.84 | - | 34,719.84 | - | | | 9/24/2010 | | - | 15,074.20 | - | - | 15,074.20 |
| 16035 | 11/19/2008 | 34,747.20 | - | 34,747.20 | - | | | 9/24/2010 | | - | 17,952.72 | - | - | 17,952.72 |
| 16348 | 12/12/2008 | 35,267.04 | - | 35,267.04 | - | | | 9/24/2010 | | - | 17,545.35 | - | - | 17,545.35 |
| 14904 | 8/20/2008 | 35,554.32 | 1,128.87 | 34,425.45 | - | | 10/3/2008 | 9/24/2010 | | 7.90 | 20,397.08 | - | - | 20,404.98 |
| 16321 | 9/22/2008 | 35,554.32 | - | 35,554.32 | - | | | 9/24/2010 | | - | 20,098.19 | - | - | 20,098.19 |
| 16702 | 1/10/2009 | 36,019.44 | - | 33,719.44 | - | 2,300.00 | | 9/24/2010 | | - | 15,960.53 | - | 1,397.25 | 17,357.78 |
| 16358 | 12/13/2008 | 69,231.00 | 22,278.00 | 46,953.00 | - | | 9/24/2010 | 10/8/2010 | | 11,064.74 | 23,867.78 | - | - | 34,932.52 |
| 16843 | 1/17/2009 | 69,231.00 | 22,278.00 | 46,743.31 | - | 209.69 | 10/1/2010 | 10/8/2010 | | 10,544.92 | 22,397.84 | - | 126.16 | 33,068.92 |
| 17514 | 3/11/2009 | 70,290.50 | 22,838.00 | 47,262.69 | - | 189.81 | 9/24/2010 | 10/8/2010 | | 9,568.09 | 20,007.87 | - | 105.82 | 29,781.78 |
| 16089 | 11/15/2008 | 69,645.00 | 46,953.00 | 22,701.00 | - | | 9/24/2010 | 9/24/2010 | | 24,415.56 | 11,804.52 | - | - | 36,220.08 |
| 14914 | 8/23/2008 | 70,537.50 | 23,085.00 | 47,452.50 | - | | 9/24/2010 | 10/8/2010 | | 13,620.15 | 28,550.59 | - | - | 42,170.74 |
| 13463 | 4/16/2008 | 76,838.40 | 16,898.40 | 59,940.00 | - | | 10/8/2010 | 10/8/2010 | | 11,983.78 | 42,507.45 | - | - | 54,491.23 |
| 13887 | 5/28/2008 | 76,788.80 | 71,751.60 | - | - | | 7/4/2008 | | | 251.13 | - | - | - | 251.13 |
| 13887 | 5/28/2008 | - | 5,035.20 | | | | 10/15/2010 | | | 3,423.94 | - | - | - | 3,423.94 |
| 13887 | 9/24/2010 | - | 12,031.38 | | | | 10/15/2010 | | | 210.55 | - | - | - | 210.55 |
| 14900 | 6/21/2008 | 35,088.50 | 34,298.51 | - | - | 787.99 | 9/19/2008 | | | - | - | - | 571.95 | 571.95 |
| 15259 | 9/17/2008 | 35,086.50 | 1,128.87 | 33,957.63 | - | | 3/27/2009 | 9/24/2010 | | 128.88 | 19,327.55 | - | - | 19,456.43 |
| 13912 | 5/28/2008 | 38,796.00 | 36,252.00 | 2,544.00 | - | | 2/13/2009 | 9/24/2010 | | 6,253.47 | 1,685.40 | - | - | 7,938.87 |
| 13636 | 5/5/2008 | 20,130.00 | 7,930.00 | 12,200.00 | - | | 2/13/2009 | 9/24/2010 | | 1,519.92 | 8,316.33 | - | - | 9,836.25 |
| 16811 | 11/1/2008 | 25,376.40 | - | 25,376.40 | - | | | 9/24/2010 | | - | 13,491.79 | - | - | 13,491.79 |
| 17538 | 3/14/2009 | 34,542.00 | - | 34,542.00 | - | | | 9/24/2010 | | - | 14,536.43 | - | - | 14,536.43 |
| 17629 | 3/27/2008 | 32,068.20 | - | 32,068.20 | - | | | 11/5/2010 | | - | 24,024.43 | - | - | 24,024.43 |
| 16502 | 12/23/2008 | 32,250.60 | - | 32,250.60 | - | | | 9/24/2010 | | - | 15,749.04 | - | - | 15,749.04 |
| 13202 | 3/27/2008 | 46,764.00 | - | 46,764.00 | - | | | 11/5/2010 | | - | 35,034.03 | - | - | 35,034.03 |
| 13205 | 3/29/2008 | 57,312.00 | 572.40 | 56,739.60 | - | | 5/2/2008 | 10/15/2010 | | 1.14 | 41,419.91 | - | - | 41,421.05 |
| 17790 | 4/8/2009 | 35,048.16 | - | 35,048.16 | - | | | 10/8/2010 | | - | 14,398.95 | - | - | 14,398.95 |
| 17981 | 4/28/2009 | 33,990.60 | - | 33,990.60 | - | | | 9/17/2010 | | - | 12,820.13 | - | - | 12,820.13 |
| 18258 | 5/14/2009 | 64,546.80 | 56,943.00 | 7,603.80 | - | | 10/1/2010 | 10/22/2010 | | 21,401.08 | 2,990.83 | - | - | 24,391.91 |
| 18590 | 6/30/2009 | 35,568.00 | 35,568.00 | - | - | | 12/24/2010 | | | 14,464.32 | - | - | - | 14,464.32 |
| 18387 | 3/3/2009 | 32,721.42 | - | - | - | 32,721.42 | | | | - | - | - | 18,460.33 | 18,460.33 |
| 18771 | 7/16/2009 | 33,738.30 | - | - | - | 33,738.30 | | | | - | - | - | 15,238.47 | 15,238.47 |
| 18968 | 8/7/2009 | 43,529.60 | - | - | - | 43,529.60 | | | | - | - | - | 18,862.83 | 18,862.83 |

| Assumptions: | Each month is assumed to be 30 days | | | Total Additional Interest | 909,500.93 |
|---|---|---|---|---|---|
| | | | | Cr for int paid | (23,017.00) |
| | | | | Total Additional Interest Due | 886,483.93 |