PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

August 18, 2011

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 AUG 22  A 10: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**VIA ELECTRONIC AND FIRST CLASS MAIL**

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

>  Re: Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.,
>  Civil Action No. 1:10-cv-00254-WDQ

Dear Judge Gauvey:

We represent Plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's"). Earlier today, we provided the Court with a list of 42 invoices for which Plaintiffs seek interest.

Upon consultation with CareFirst's counsel and further review, we have determined that two invoices were inadvertently included in the list provided to the Court. Accordingly, Plaintiff is submitting a revised list of 40 invoices for which it seeks interest.

We thank the Court for its courtesies.

Respectfully,

Anthony Paduano

[Enclosure]

cc: Patrick de Gravelles, Esq. (via electronic and first class mail w/enc.)
    Thomas O'Toole, Esq. (via electronic and first class mail w/enc.)

## INVOICES FOR WHICH PLAINTIFF SEEKS INTEREST

1. 14900
2. 15259
3. 12555
4. 13617
5. 13967
6. 14319
7. 14727
8. 14917
9. 15291
10. 15787
11. 16500
12. 16849
13. 17360
14. 17675
15. 17981
16. 14685
17. 14904
18. 15321
19. 16035
20. 16348
21. 16702
22. 17313
23. 17790
24. 13636
25. 13912
26. 15811
27. 17538
28. 18590
29. 13202
30. 13205
31. 16502
32. 17629
33. 18258
34. 13463
35. 13887
36. 14914
37. 16089
38. 16368
39. 16843
40. 17514