PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 28, 2011

**VIA ELECTRONIC FILING**

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Feldman's Medical Center Pharmacy, Inc. v. CareFirst, Inc.,
Civil Action No. 1:10-cv-00254-WDQ</u>

Dear Judge Gauvey:

        We represent plaintiff Feldman's Medical Center Pharmacy, Inc. ("Feldman's") in this matter. In advance of a judgment being entered, I write prior to a formal motion pursuant to Fed. R. Civ. P. 60(b) concerning an inconsistency in the Court's Memorandum Opinion and Order dated October 24, 2011 ("Order") and filed on October 25, 2011 (Docket No. 146).

        In footnote 2, on page 3, the Court acknowledges that the parties stipulated that Feldman's "is not seeking any relief in this matter with respect to the claims identified in Defendant's Motion for Partial Summary Judgment relating to patients 'A, B, and C.'" Therefore, the Court stated that it "***shall not address*** the claims pertaining to patients A, B, and C totaling $109,989.32" (emphasis added). The parties' stipulation in this regard is Docket No. 120-2.

        However, on page 59, the Court states that it "GRANTS IN PART CareFirst's motion for summary judgment as to FMCP's claim for additional reimbursement in the amount of $109,989.32".

PADUANO & WEINTRAUB LLP

Hon. Susan K. Gauvey
United States Magistrate Judge
October 28, 2011
Page 2


      This latter language is inconsistent with the Court's holding that it would not be addressing these claims in light of the parties' stipulation (and, of course, inconsistent with the stipulation itself).  Therefore, we respectfully request that the Court modify the Order to reflect that the portion of CareFirst's motion relating to the claims pertaining to patients A, B and C was rendered moot by the parties' stipulation.

      We requested that counsel for CareFirst, Inc. join this request, but we were refused.

      We thank the Court for its courtesies.

Respectfully,

Anthony Paduano

cc:   Patrick de Gravelles, Esq. (via email)
       Thomas O'Toole, Esq. (via email)